**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION**

| | | |
|---|---|---|
| STATE OF KANSAS, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | Civil Action No. 5:24-CV-04041-JWB- |
| UNITED STATES DEPARTMENT OF | § | ADM |
| EDUCATION; et al., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## <u>MOTION FOR EXCESS PAGES</u>

Plaintiffs hereby request that the Court allow them to exceed the ordinary page limit

for their Motion for a Preliminary Injunction, and in support thereof state as follows:

1. Plaintiffs filed a complaint on May 14, 2024. ECF # 1.

2. Plaintiffs intend to file a Motion for a Preliminary Injunction requesting Defendants be
   enjoined from carrying out the Final Rule.

3. D. Kan. Rule 7.1(d)(3) provides a fifteen-page limit for both briefs in support of a
   motion. Due to the complex nature of the Final Rule and Plaintiffs' injuries, Plaintiffs
   anticipate the Motion will require more than the ordinary fifteen pages.  Plaintiffs
   anticipate the Motion will require no more than fifty-five pages.

4. Plaintiffs cannot confer with counsel for Defendants at this time as they have not yet
   entered an appearance in the case.

WHEREFORE, Plaintiffs request that the Court grant their motion to exceed the page

limit and accept a brief in support of a motion for preliminary injunction, not to exceed fifty-five

pages.

Respectfully submitted,

KRIS W. KOBACH
Attorney General of Kansas

*/s/ Erin B. Gaide*
Erin Gaide
KS S. Ct. No. 29691
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-6109
Fax: (785) 291-3767
Email: erin.gaide@ag.ks.gov
Counsel for Plaintiff State of Kansas