**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**TOPEKA DIVISION**

| | | |
|---|---|---|
| STATE OF KANSAS, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | § § § § | Civil Action No. 5:24-cv-04041-JWB-ADM |
| *Defendants*. | § § § | |

## MOTION FOR A STAY / PRELIMINARY INJUNCTION

Plaintiff States of Kansas, Alaska, Utah, and Wyoming, together with Plaintiffs K.R., Young America's Foundation, Moms for Liberty, and Female Athletes United seek preliminary relief to prevent irreparable injury from the Defendants' new rule, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024) (to be codified at 34 C.F.R. pt 106) (the "Final Rule") before it goes into effect August 1, 2024.  Plaintiffs respectfully move the Court to postpone the effective date of the Final Rule under the stay provision of the APA. 5 U.S.C. § 705.  They also ask that the Court grant a preliminary injunction to enjoin the application and enforcement of the Final Rule against them.

For the reasons discussed in the accompanying memorandum in support of the stay / preliminary injunction, preliminary injunctive relief should also preclude Defendants from interpreting, applying, or enforcing Title IX as prohibiting discrimination on the bases of sexual orientation or gender identity.

1

Respectfully submitted this 24th of May, 2024.

KRIS W. KOBACH
**Attorney General of Kansas**

/s/ *Abhishek S. Kambli*
Abhishek S. Kambli
*Deputy Attorney General*
Erin B. Gaide
*Assistant Attorney General*
Jay Rodriguez
*Assistant Attorney General*
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: abhishek.kambli@ag.ks.gov
      erin.gaide@ag.ks.gov
      jay.rodriguez@ag.ks.gov

TREG TAYLOR
**Attorney General of Alaska**

/s/ *Cori Mills*
Cori Mills**
Deputy Attorney General
ALASKA DEPARTMENT OF LAW
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
(907) 465-4239
(515) 281-4209 (fax)
cori.mills@alaska.gov

*Counsel for Plaintiff State of Alaska*

SEAN REYES
**Attorney General of Utah**

/s/ *Lance F. Sorenson*
Lance F. Sorenson**
Assistant Utah Attorney General
UTAH ATTORNEY GENERAL
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0100
lancesorenson@agutah.gov

*Counsel for Plaintiff State of Utah*

BRIDGET HILL
Attorney General of Wyoming

/s/ Ryan Schelhaas
Ryan Schelhaas**
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786 Direct line
(307) 777-6869 Fax
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

/s/ Braden H. Boucek
Kimberly S. Hermann*
Ga. Bar No. 646473
Braden H. Boucek*
Tenn. BPR No. 021399
Ga. Bar No. 396831
Jordan Miller*
Michigan Bar. No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel.: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
jmiller@southeasternlegal.org

*Counsel for Plaintiffs Moms for Liberty and Young America's Foundation*

/s/ William E. Trachman
William E. Trachman**
James L. Kerwin**
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
Phone: (303) 292-2021
wtrachman@mslegal.org
jkerwin@mslegal.org

*Counsel for Plaintiffs Moms for Liberty and Young America's Foundation*

/s/ Tyson C. Langhofer
Tyson C. Langhofer
Kansas Bar No. 19241

Rachel A. Rouleau*
Virginia Bar No. 97783
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
tlanghofer@ADFlegal.org
rrouleau@ADFlegal.org

Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W. Frampton, IV*
South Carolina Bar No. 75314
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Natalie D. Thompson*
TX Bar No. 24088529
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for Plaintiffs K.R. and FAU*

* Pro Hac Vice
* Pro Hac Vice Forthcoming

## CERTIFICATE OF SERVICE

This is to certify that on this the 24th day of May, 2024, Plaintiffs' Motion for a Stay and/or Preliminary Injunction was electronically filed with the Clerk of the Court by using the CM/ECF system. Counsel will serve a copy of this motion on the Defendants through the United States Attorney for the District of Kansas in accordance with F.R.C.P. 4(i)(1)(A)(i) as counsel for the Defendants have yet to make an appearance in the matter.

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli