UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>    *Defendants*. | Case No. 5:24-cv-04041-JWB-ADM<br><br>District Judge John W. Broomes<br>Magistrate Judge Angel D. Mitchell |

**MOTION OF NEW JERSEY, CALIFORNIA, PENNSYLVANIA, COLORADO, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEW YORK, OREGON, RHODE ISLAND, VERMONT, AND WASHINGTON FOR LEAVE TO APPEAR AND FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A STAY AND/OR PRELIMINARY INJUNCTION**

The Proposed Amici States—New Jersey, California, Pennsylvania, Colorado, Delaware, District of Columbia, Hawaii, Illinois, Massachusetts, Michigan, Minnesota, New York, Oregon, Rhode Island, Vermont, and Washington ("Amici States")—respectfully move for leave to file a brief as amici curiae in support of Defendants' opposition to Plaintiffs' motion for a stay and/or preliminary injunction. A copy of the proposed brief is attached hereto as Exhibit 1.

District courts have broad discretion to permit appearance as an amicus curiae. *See U.S. v. Feng Tao*, 499 F. Supp. 3d 940, 972 (D. Kan. 2020); *Hammond v. City of Junction City, Kan.*, 2001 WL 1665374, at *1 (D. Kan. Dec. 17, 2001). Courts generally permit participation as amicus when "the proffered information of amicus is useful or otherwise necessary to the administration of justice." *Hammond*, 2001 WL 1665374, at *1 (internal quotations omitted); *see also N.M. Oncology & Hematology Consultants Ltd. v. Presbyterian Healthcare Servs.*, 994 F.3d 1166, 1175-76 (10th

1

Cir. 2021) (motions for leave to participate as amicus under Fed. R. App. P. 29 may be granted where the brief provides the court with useful information, and the briefing is relevant to the disposition of the case); *Lieberenz v. Wilson*, 2024 WL 2952150, at *5 n.6 (10th Cir. 2024) (same); *Albuquerque Pub. Sch. Bd. of Educ. v. Armstrong*, 2022 WL 17576355, at *3 n. 2 (10th Cir. 2022) (same).

Federal appellate courts expressly recognize the inherent value of sovereign states' contributions to the determination of legal issues through amicus briefs, allowing states to file them as of right. *See* Fed. R. App. P. 29(a)(2) ("[A] state may file an amicus brief without the consent of the parties or leave of court."). While this Court does not have a similar rule, *Hammond*, 2001 WL 1665374, at *1, given the procedural posture, Amici States seek the Court's leave to file the attached amicus brief under general principles regarding amicus briefs.

The Court should grant this motion for the following reasons:

1.  Amici States, which all accept federal funding subject to Title IX,[1] are home to millions of students attending tens of thousands of public elementary and secondary schools. As of fall 2022, Amici States were collectively responsible for the education of 19,782,273 students[2] attending 40,236 public primary and secondary schools,[3] representing 39.9% of all students at public primary and secondary schools and 40.5% of the schools they attend nationwide.

2.  Additionally, 5,335,496 students attended Amici States' public degree-granting postsecondary institutions as of fall 2022.[4]

---

[1] *See* Nat'l Ctr. for Educ. Stats., *Digest of Education Statistics* tbl. 235.20 (2023), https://nces.ed.gov/programs/digest/d23/tables/dt23_235.20.asp.
[2] *See id*. tbl. 203.40 (2023), https://nces.ed.gov/programs/digest/d23/tables/dt23_203.40.asp.
[3] *See id*. tbl. 216.70 (2023), https://nces.ed.gov/programs/digest/d23/tables/dt23_216.70.asp.
[4] *See id*. tbl. 304.15 (2023), https://nces.ed.gov/programs/digest/d23/tables/dt23_304.15.asp.

3. Amici States also have numerous private and charter schools, vocational and technical training programs, and private postsecondary institutions which may accept federal educational funding.

4. Plaintiffs in this case seek to enjoin enforcement of the U.S. Department of Education's ("ED") new rule, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024) ("Final Rule") nationwide, which would impact Amici States' compelling interests in ensuring that their educational programs operate free of sex discrimination and sexual harassment and protecting students from harm.

5. Amici States offer an important and unique perspective in this case as sovereign states charged with ensuring that our schools operate in a manner that is free from sex discrimination and harassment, including on the basis of gender identity. Amici States' experience confirms that sex discrimination and harassment based on gender identity, and sex stereotypes imposed on transgender and nonbinary individuals, causes direct economic, physical, and emotional harms to students. To prevent these tangible injuries, Amici States have adopted laws and policies that combat sex discrimination against students on the basis that they appear, act, and identify as a sex different from their sex assigned at birth, and to ensure that students in our jurisdictions have the ability to learn in safe and supportive environments. The Final Rule furthers these efforts by clarifying protections for transgender and nonbinary students and rectifying the harm caused to our schools and communities through ED's prior rule, promulgated in 2020, which undermined Title IX's nondiscrimination mandate by arbitrarily narrowing the scope of Title IX's sexual harassment protections.

6. Amici States' proposed amicus brief is relevant to the disposition of the case, and will assist the Court in understanding the impact of enjoining the Final Rule on the public interest and on Amici States' unique and compelling interests. Importantly, Amici States' experiences discussed in

the proposed amicus brief demonstrate that preventing sex-based discrimination, protecting against sexual harassment, and ensuring equal access to educational opportunities for all students without regard to sex, sex stereotypes, or sex characteristics confer wide educational and societal benefits without imposing substantial costs on schools or compromising student privacy or safety.

7. Among other relevant and important information, the proposed brief highlights Amici States' experiences with implementing bathroom and locker room facility policies that allow students to use a bathroom consistent with their gender identity and the ways in which implementation of such policies can safeguard against serious harm for transgender students while also protecting privacy and safety for all students, underscoring that the Final Rule will further our goal of creating school environments that are safe and supportive for all students. The proposed brief also highlights Amici States' experiences that prohibiting discrimination on the basis of gender identity does not impose significant costs on schools, and promotes positive health outcomes for LGBTQ students. On the other hand, a return to ED's prior regulatory efforts to narrow Title IX would impose significant costs on local and state governments when students experience increased or uncorrected incidents of sex-based discrimination and sexual harassment, including financial, health, and societal costs, increased absenteeism, lost revenue from dropouts, and unemployment and health service costs.

Overall, the proposed amicus brief demonstrates that Plaintiffs' narrow interpretation of Title IX is not supported by law or ED's prior longstanding policy and practice, and that the balance of equities and public interest cut heavily against the extraordinary relief they seek. Amici States thus respectfully request that this Court grant this motion for leave and deem the attached amici curiae brief filed.

| | |
|---|---|
| Respectfully submitted, | Date: June 18, 2024 |
| **JASON A. ZAVADIL**<br>*Specially Designated Local Counsel* | **MATTHEW J. PLATKIN**<br>*Attorney General*<br>*State of New Jersey* |
| */s/ Jason A. Zavadil*<br>JASON A. ZAVADIL (BAR #26808)<br>Irigonegaray, Turney & Revenaugh, L.L.P.<br>1535 SW 29th Street<br>Topeka, KS 66611<br>(785) 267-6115<br>jason@itrlaw.com | */s/ Lauren Van Driesen*<br>LAUREN E. VAN DRIESEN (*pro hac vice* pending)<br>JESSICA L. PALMER<br>ANDREW H. YANG<br>AMANDA I. MOREJÓN<br>GIANCARLO G. PICCININI<br>Deputy Attorneys General<br>New Jersey Attorney General's Office<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>(973) 648-2893<br>Lauren.VanDriesen@law.njoag.gov<br>*Attorneys for Proposed Amicus Curiae State of New Jersey* |
| **ROB BONTA**<br>*Attorney General*<br>*State of California* | **MICHELLE HENRY**<br>*Attorney General*<br>*Commonwealth of Pennsylvania* |
| */s/ Edward Nugent*<br>EDWARD NUGENT<br>CHRISTINA RIEHL<br>Deputy Attorneys General<br>LAURA FAER<br>Supervising Deputy Attorney General<br>California Attorney General's Office<br>455 Golden Gate, Suite 1100<br>San Francisco, CA 94102-7004<br>(415) 510-4400<br>Edward.Nugent@doj.ca.gov<br><br>*Attorneys for Proposed Amicus Curiae State of California* | */s/ Lisa E. Eisenberg*<br>LISA E. EISENBERG<br>Deputy Attorney General<br>Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>(215) 560-2980<br>leisenberg@attorneygeneral.gov<br><br>*Attorney for Proposed Amicus Curiae Commonwealth of Pennsylvania* |

[additional counsel listed on subsequent page]

# ADDITIONAL COUNSEL

PHILIP J. WEISER
*Attorney General*
*State of Colorado*
1300 Broadway, 10th Floor
Denver, CO 80203

KATHLEEN JENNINGS
*Attorney General*
*State of Delaware*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801

BRIAN L. SCHWALB
*Attorney General*
*District of Columbia*
400 6th Street N.W.
Washington, DC 20001

ANNE E. LOPEZ
*Attorney General*
*State of Hawaiʻi*
425 Queen Street
Honolulu, Hawaiʻi, 96813

KWAME RAOUL
*Attorney General*
*State of Illinois*
115 South LaSalle Street
Chicago, IL 60603

ANDREA JOY CAMPBELL
*Attorney General*
*Commonwealth of Massachusetts*
One Ashburton Place
Boston, MA  02108

DANA NESSEL
*Attorney General*
*State of Michigan*
P.O. Box 30212
Lansing, Michigan 48909

KEITH ELLISON
*Attorney General*
*State of Minnesota*
102 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

LETITIA JAMES
*Attorney General*
*State of New York*
28 Liberty Street
New York, NY 10005

ELLEN F. ROSENBLUM
*Attorney General*
*State of Oregon*
1162 Court Street NE
Salem, OR 97301

PETER F. NERONHA
*Attorney General*
*State of Rhode Island*
150 South Main Street
Providence, RI 02903

CHARITY R. CLARK
*Attorney General*
*State of Vermont*
109 State Street
Montpelier, Vermont 05609-1001

ROBERT W. FERGUSON
*Attorney General*
*State of Washington*
P.O. Box 40100
Olympia, WA 98504

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, June 18, 2024, I caused the attached documents to be electronically filed with the Clerk of the Court and served the same by electronic mail upon counsel of record for all parties.

Dated:  June 18, 2024                                                   Respectfully submitted,

                                             **JASON A. ZAVADIL**
                                             *Specially Designated Local Counsel*

                                             */s/ Jason A. Zavadil*
                                             JASON A. ZAVADIL (BAR #26808)
                                             Irigonegaray, Turney & Revenaugh, L.L.P.
                                             1535 SW 29th Street
                                             Topeka, KS 66611
                                             (785) 267-6115
                                             jason@itrlaw.com

                                             **MATTHEW J. PLATKIN**
                                             ATTORNEY GENERAL OF NEW JERSEY

                                             /s/ *Lauren Van Driesen*
                                             Lauren Van Driesen
                                             Deputy Attorney General
                                             Division of Law
                                             124 Halsey Street, 5th Floor
                                             P.O. Box 45029-5029
                                             Newark, NJ 07101
                                             973-648-2893
                                             Lauren.VanDriesen@law.njoag.gov