IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| STATE OF ALABAMA *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, *et al.*,<br><br>    Defendants. | No. 7:24-cv-533-ACA |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendants respectfully move this Court to extend their deadline to respond to the Complaint by 21 days, until July 26, 2024. The Complaint was filed on April 29, 2024 and served on Defendants on May 6, 2024; accordingly, the current deadline for Defendants to respond to the Complaint is July 5, 2024. Fed. R. Civ. P. 12(a)(2).

There is good cause for the requested extension. Counsel for Defendants has been occupied with preliminary injunction proceedings in this case and in other cases challenging the Rule. The requested extension would allow Defendants to fully evaluate and respond to the claims in the Complaint, as well as permit the requisite coordination and intra- and inter-agency review. In the event that this Court issues a

1

decision on Plaintiffs' motion for preliminary relief, the requested extension may also aid the parties in meeting and conferring regarding a proposal for next steps in this case.

Plaintiffs consent to the requested relief. No previous extensions have been sought in this case. The requested extension will not affect any other existing deadlines.

Dated: June 28, 2024

Respectfully submitted,

Brian M. Boynton
Principal Deputy Assistant Attorney General

Emily B. Nestler
Assistant Branch Director

<u>/s/ *Rebecca Kopplin*</u>
REBECCA KOPPLIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20004
Phone: 202-514-3953
Fax: (202) 616-8470
E-mail: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*