IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION *et al.*, <br><br> *Defendants*. | No. 24-4041-JWB |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants respectfully move this Court to extend their deadline to respond to the Complaint by 21 days, until August 5, 2024. The Complaint was filed on May 14, 2024 and served on Defendants on May 16, 2024, ECF No. 11; accordingly, the current deadline for Defendants to respond to the Complaint is July 15, 2024. Fed. R. Civ. P. 12(a)(2).

There is good cause for the requested extension. Defendants are considering how to proceed in light of the Court's recent ruling. Granting an extension would aid the parties in meeting and conferring regarding a proposal for next steps in this case. Counsel for Defendants has further been occupied with preliminary injunction proceedings in this case and in other cases challenging the Rule, and the requested extension would allow Defendants to fully evaluate and respond to the claims in the Complaint, as well as permit the requisite coordination and intra- and inter-agency review.

Plaintiffs do not oppose the requested relief. No previous extensions have been sought in this case. The requested extension will not affect any other existing deadlines.

Dated: July 8, 2024                            Respectfully submitted,

                                                           BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Rebecca Kopplin*
REBECCA KOPPLIN
Cal. Bar 313970
ELIZABETH TULIS
BENJAMIN TAKEMOTO
HANNAH SOLOMON-STRAUSS
PARDIS GHEIBI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-514-3953
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*