IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STATE OF KANSAS *et al.*,

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF EDUCATION *et al.*,

    *Defendants*.

No. 24-4041-JWB

## NOTICE OF APPEAL

NOTICE is hereby given that Defendants Miguel Cardona, in his official capacity as Secretary of Education; the United States Department of Education; Merrick Garland, in his official capacity as United States Attorney General; and the United States Department of Justice appeal to the United States Court of Appeals for the Tenth Circuit from the Court's July 2, 2024, Memorandum and Order (ECF No. 53) and Preliminary Injunction (ECF No. 54) granting Plaintiffs' motion for a preliminary injunction (ECF No. 24).

Dated: July 10, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Rebecca Kopplin*
REBECCA KOPPLIN
Cal. Bar 313970
ELIZABETH TULIS
BENJAMIN TAKEMOTO

HANNAH SOLOMON-STRAUSS
PARDIS GHEIBI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-514-3953
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*