EXHIBIT A

DECLARATION of TIFFANY JUSTICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| STATE OF KANSAS, *ET AL.*, § § § *Plaintiffs*, § § v. § § § Civil Action No. 24-4041-JWB UNITED STATES DEPARTMENT OF § EDUCATION, *ET AL.* § § § *Defendants*. § | |

## DECLARATION OF TIFFANY JUSTICE

I, Tiffany Justice, declare the following:

1. The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I am a citizen of the United States, a resident of Florida, over 18 years of age, and have personal knowledge of the facts set forth herein.

3. I am fully competent to make this declaration.

4. I am the Co-Founder of Moms for Liberty.

5. Moms for Liberty has over 130,000 members across the country.

6. When a parent joins Moms for Liberty, the parent is not asked to identify the school district, no less the school, at which his or her child is in attendance.

7. Instead, Moms for Liberty, which has approximately 300 county chapters, records the location of its members based on the county in which a member resides.

8. Attempting to obtain the specific schools that the children of over 130,000 members attend would place an immeasurable administrative and time burden on Moms for Liberty. This is particularly true where many of our members have more than one child, in more than one grade, and more than one school.

9. Additionally, Moms for Liberty uses counties to record the location of members in part because of privacy concerns of its membership. These concerns are the result of threats made against its members and the children of its members.

10. Individual members of Moms for Liberty are regularly subject to threats, both general and specific, because of their membership in the organization. The press has documented the threats and harassment to members of Moms for Liberty and to our organization. *See* Tyler O'Neil, *'I WILL…ERADICATE YOU'*: Moms for Liberty Threatened, Treated as 'Subhuman,' after SPLC Attack, The Daily Signal (July 10, 2023), https://www.dailysignal.com/2023/07/10/exclusive-moms-for-liberty-undaunted-by-death-threats-being-treated-as-subhuman-after-splc-attack/.

11. Fanning the threats and harassment of members of Moms for Liberty face, the Southern Poverty Law Center's "Hate Map" identifies the location of many of the Moms for Liberty's county chapters. The more information Moms for Liberty is asked to disclose about the precise location of its members and the children of its members, the more our members will become the target of groups like the Southern Poverty Law Center and those individuals who access the "Hate Map." Through Freedom of Information Act requests, Moms for Liberty has further learned that the United States Department of Justice's Community Relations Service Division has both tracked the activities of Moms for Liberty and obtained and distributed reports from the Southern Poverty Law Center labeling Moms for Liberty a hate or antigovernment extremist group. The United States Department of Education has engaged in similar conduct.

12. Members of Moms for Liberty regularly receive harassment simply for identifying as members of the organization. Among the types of harassment that members typically experience are threats of physical violence to themselves and their children, threats to their employment and work status, having the personal information of members and their children released to the public, being shut out of participation in their schools, and being constantly subjected to harassing language in person and over the internet.

13. Many members of Moms for Liberty have been the target of doxing, including having their personal information made publicly available on the internet, allowing for intense, personal harassment. Among the most insidious types of this harassment occurs when information about the members' children is posted. There have been multiple instances when children's names, faces, and even personal school information has been made public on the internet.

14. Further harassment occurs when members are cut off for participation in their schools because of their membership in Moms for Liberty. Members have been denied the right to continue work as substitute teachers, have been shut out of PTA and other organizational meetings, and are regularly denied the right to speak at school board meetings.

15. Members of Moms for Liberty are also regularly subjected to continual and severe harassing language because of their membership in the organization.

16. The above statements represent just a few types of the constant harassment that our members receive. Exposing the Members of Moms for Liberty in any way would enable and perhaps even encourage additional harm to its members.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: 07/12/24

*Tiffany Justice*
Tiffany Justice (Jul 12, 2024 13:11 CDT)
Tiffany Justice