EXHIBIT B

LIST OF COUNTIES

Alaska

AK, Anchorage
AK, Fairbanks North Star Borough
AK, Matanuska-Susitna Borough

Alabama
AL, Autauga County
AL, Baldwin County
AL, Blount County
AL, Cherokee County
AL, Etowah County
AL, Houston County
AL, Jefferson County
AL, Lee County
AL, Limestone County
AL, Madison County
AL, Marshall County
AL, Mobile County
AL, Montgomery County
AL, Shelby County
AL, St. Clair County
AL, Talladega County

Arkansas
AR, Benton County
AR, Craighead County
AR, Crittenden County
AR, Izard County
AR, Lee County
AR, Pulaski County
AR, Saline County
AR, Washington County

Arizonia

AZ, Apache County
AZ, Cochise County
AZ, Coconino County
AZ, Gila County
AZ, Graham County
AZ, La Paz County
AZ, Maricopa County
AZ, Mohave County
AZ, Navajo County
AZ, Pima County
AZ, Pinal County
AZ, Santa Cruz County
AZ, Yavapai County
AZ, Yuma County

California

CA, Alameda County
CA, Colusa County
CA, Contra Costa County
CA, El Dorado County
CA, Fresno County
CA, Kern County
CA, Lake County
CA, Los Angeles County
CA, Mariposa County
CA, Merced County
CA, Monterey County
CA, Nevada County
CA, Orange County
CA, Placer County
CA, Riverside County
CA, Sacramento County
CA, San Bernardino County
CA, San Diego County
CA, San Francisco County
CA, San Joaquin County
CA, San Luis Obispo County
CA, San Mateo County
CA, Santa Barbara County
CA, Santa Clara County
CA, Santa Cruz County
CA, Shasta County
CA, Solano County
CA, Sonoma County
CA, Tuolumne County
CA, Ventura County
CA, Yolo County

Colorado

CO, Adams County
CO, Arapahoe County
CO, Boulder County
CO, Broomfield County
CO, Delta County
CO, Denver County
CO, Douglas County
CO, El Paso County
CO, Fremont County
CO, Garfield County
CO, Gunnison County
CO, Jefferson County
CO, Kit Carson County
CO, Larimer County
CO, Logan County
CO, Mesa County
CO, Montrose County
CO, Morgan County
CO, Otero County
CO, Pueblo County
CO, Rio Grande County
CO, Teller County
CO, Weld County

Connecticut

CT, Fairfield County
CT, Hartford County
CT, Litchfield County

District of Columbia
DC, District of Columbia

Delaware
DE, Kent County
DE, New Castle County
DE, New Castle County

Florida

FL, Alachua County
FL, Bay County
FL, Brevard County
FL, Broward County
FL, Charlotte County
FL, Citrus County
FL, Clay County
FL, Collier County
FL, Duval County
FL, Escambia County
FL, Flagler County
FL, Hernando County
FL, Highlands County
FL, Hillsborough County
FL, Indian River County
FL, Lake County
FL, Leon County
FL, Manatee County
FL, Marion County
FL, Martin County
FL, Miami-Dade County
FL, Monroe County
FL, Nassau County
FL, Okaloosa County
FL, Orange County
FL, Osceola County
FL, Palm Beach County
FL, Pasco County
FL, Pinellas County
FL, Polk County
FL, Putnam County
FL, Santa Rosa County
FL, Sarasota County
FL, Seminole County
FL, St. Johns County
FL, St. Lucie County
FL, Sumter County
FL, Suwannee County
FL, Volusia County

Georgia

GA, Appling County
GA, Barrow County
GA, Bartow County
GA, Bibb County
GA, Brantley County
GA, Bryan County
GA, Butts County
GA, Camden County
GA, Carroll County
GA, Catoosa County
GA, Chatham County
GA, Chattooga County
GA, Cherokee County
GA, Clarke County
GA, Cobb County
GA, Coffee County
GA, Columbia County
GA, Cook County
GA, Coweta County
GA, DeKalb County
GA, Dougherty County
GA, Douglas County
GA, Effingham County
GA, Fannin County
GA, Fayette County
GA, Floyd County
GA, Forsyth County
GA, Fulton County
GA, Glynn County
GA, Greene County
GA, Gwinnett County
GA, Habersham County
GA, Hall County
GA, Haralson County
GA, Harris County
GA, Hart County
GA, Henry County
GA, Houston County
GA, Jackson County
GA, Jenkins County
GA, Lamar County
GA, Laurens County
GA, Liberty County

GA, Long County
GA, Lowndes County
GA, Lumpkin County
GA, Marion County
GA, McDuffie County
GA, McIntosh County
GA, Morgan County
GA, Murray County
GA, Muscogee County
GA, Newton County
GA, Oconee County
GA, Paulding County
GA, Peach County
GA, Pickens County
GA, Pierce County
GA, Putnam County
GA, Richmond County
GA, Taylor County
GA, Thomas County
GA, Toombs County
GA, Troup County
GA, Union County
GA, Walker County
GA, Walton County
GA, Ware County
GA, White County
GA, Whitfield County

Hawaii
HI, Honolulu County

Iowa

IA, Allamakee County
IA, Boone County
IA, Buchanan County
IA, Calhoun County
IA, Carroll County
IA, Dallas County
IA, Dickinson County
IA, Dubuque County
IA, Hardin County
IA, Linn County
IA, Madison County
IA, Marion County
IA, Page County
IA, Pocahontas County
IA, Polk County
IA, Scott County
IA, Sioux County
IA, Story County
IA, Warren County
IA, Webster County


Idaho

ID, Ada County
ID, Canyon County
ID, Cassia County
ID, Custer County
ID, Kootenai County
ID, Nez Perce County
ID, Twin Falls County
ID, Valley County

Illinois

IL, Cook County
IL, DeKalb County
IL, Douglas County
IL, DuPage County
IL, Effingham County
IL, Fulton County
IL, Grundy County
IL, Iroquois County
IL, Kane County
IL, Lake County
IL, Macon County
IL, Madison County
IL, McHenry County
IL, McLean County
IL, Ogle County
IL, Pike County
IL, Sangamon County
IL, St. Clair County
IL, Tazewell County
IL, Washington County
IL, Will County
IL, Winnebago County

Indiana

IN, Allen County
IN, Boone County
IN, Cass County
IN, Delaware County
IN, Grant County
IN, Hamilton County
IN, Hendricks County
IN, Howard County
IN, Jackson County
IN, La Porte County
IN, Lake County
IN, Marion County
IN, Monroe County
IN, Noble County
IN, Porter County
IN, Putnam County
IN, Rush County
IN, St. Joseph County
IN, Tipton County
IN, Warrick County
IN, Whitley County

Kansas

KS, Atchison County
KS, Barton County
KS, Bourbon County
KS, Butler County
KS, Clay County
KS, Ford County
KS, Jefferson County
KS, Johnson County
KS, Leavenworth County
KS, Sedgwick County
KS, Shawnee County

Kentucky

KY, Boone County
KY, Campbell County
KY, Daviess County
KY, Fayette County
KY, Garrard County
KY, Grant County
KY, Hardin County
KY, Jefferson County
KY, Johnson County
KY, Larue County
KY, Laurel County
KY, Muhlenberg County
KY, Simpson County
KY, Warren County

Louisiana

LA, Caddo Parish
LA, East Baton Rouge Parish
LA, Evangeline Parish
LA, Jefferson Parish
LA, Orleans Parish
LA, Ouachita Parish
LA, St. Tammany Parish
LA, West Feliciana Parish

Massachusetts

MA, Bristol County
MA, Middlesex County
MA, Plymouth County

Maryland

MD, Anne Arundel County
MD, Baltimore city
MD, Baltimore County
MD, Carroll County
MD, Cecil County
MD, Frederick County
MD, Harford County
MD, Howard County
MD, Montgomery County
MD, Prince George's County
MD, Somerset County
MD, Talbot County
MD, Washington County
MD, Worcester County

Maine

ME, Kennebec County

Michigan

MI, Allegan County
MI, Branch County
MI, Calhoun County
MI, Delta County
MI, Genesee County
MI, Grand Traverse County
MI, Hillsdale County
MI, Ionia County
MI, Jackson County
MI, Kalamazoo County
MI, Kent County
MI, Livingston County
MI, Luce County
MI, Macomb County
MI, Midland County
MI, Monroe County
MI, Montcalm County
MI, Muskegon County
MI, Oakland County
MI, Otsego County
MI, Ottawa County
MI, Sanilac County
MI, St. Clair County
MI, St. Joseph County
MI, Tuscola County
MI, Van Buren County
MI, Washtenaw County
MI, Wayne County
MI, Wexford County

Minnesota

MN, Anoka County
MN, Benton County
MN, Brown County
MN, Carver County
MN, Cass County
MN, Dakota County
MN, Fillmore County
MN, Goodhue County
MN, Hennepin County
MN, Le Sueur County
MN, Olmsted County
MN, Otter Tail County
MN, Ramsey County
MN, Scott County
MN, Sherburne County
MN, St Louis County
MN, St. Louis County
MN, Swift County
MN, Washington County
MN, Winona County
MN, Wright County

Missouri

MO, Camden County
MO, Cass County
MO, Clay County
MO, Greene County
MO, Jackson County
MO, Jefferson County
MO, Laclede County
MO, Lafayette County
MO, Lawrence County
MO, Linn County
MO, Platte County
MO, St. Charles County
MO, St. Francois County
MO, St. Louis city
MO, St. Louis County
MO, Taney County

Mississippi

MS, Alcorn County
MS, Hancock County
MS, Jackson County
MS, Lafayette County
MS, Lauderdale County
MS, Madison County

Montana

MT, Missoula County
MT, Yellowstone County

North Carolina

NC, Alamance County
NC, Alexander County
NC, Anson County
NC, Beaufort County
NC, Bladen County
NC, Brunswick County
NC, Buncombe County
NC, Burke County
NC, Cabarrus County
NC, Caldwell County
NC, Camden County
NC, Carteret County
NC, Catawba County
NC, Chatham County
NC, Cherokee County
NC, Clay County
NC, Cleveland County
NC, Columbus County
NC, Craven County
NC, Cumberland County
NC, Currituck County
NC, Dare County
NC, Davidson County
NC, Davie County
NC, Duplin County
NC, Durham County
NC, Edgecombe County
NC, Forsyth County
NC, Franklin County
NC, Gaston County
NC, Graham County
NC, Granville County
NC, Guilford County
NC, Harnett County
NC, Haywood County
NC, Henderson County
NC, Hoke County
NC, Hyde County
NC, Iredell County
NC, Jackson County
NC, Johnston County
NC, Jones County
NC, Lee County

NC, Lenoir County
NC, Lincoln County
NC, Macon County
NC, Madison County
NC, Martin County
NC, McDowell County
NC, Mecklenburg County
NC, Mitchell County
NC, Moore County
NC, Nash County
NC, New Hanover County
NC, Northampton County
NC, Onslow County
NC, Orange County
NC, Pasquotank County
NC, Pender County
NC, Person County
NC, Pitt County
NC, Polk County
NC, Randolph County
NC, Robeson County
NC, Rockingham County
NC, Rowan County
NC, Rutherford County
NC, Sampson County
NC, Stanly County
NC, Stokes County
NC, Surry County
NC, Swain County
NC, Transylvania County
NC, Union County
NC, Wake County
NC, Watauga County
NC, Wayne County
NC, Wilkes County
NC, Wilson County
NC, Yadkin County
NC, Yancey County

North Dakota

ND, Burleigh County
ND, Cass County
ND, Grand Forks County
ND, McLean County
ND, Morton County
ND, Stark County
ND, Ward County
ND, Williams County

Nebraska

NE, Douglas County
NE, Greeley County
NE, Howard County
NE, Lancaster County
NE, Lincoln County
NE, Sarpy County

New Hampshire

NH, Hillsborough County
NH, Rockingham County

New Jersey

NJ, Bergen County
NJ, Camden County
NJ, Cape May County
NJ, Hudson County
NJ, Monmouth County
NJ, Morris County
NJ, Passaic County
NJ, Sussex County
NJ, Union County

New Mexico

NM, Bernalillo County
NM, Chaves County
NM, Dona Ana County
NM, San Juan County
NM, Sandoval County
NM, Santa Fe County
NM, Valencia County

Nevada

NV, Clark County
NV, Douglas County
NV, Washoe County

New York

NY, Albany County
NY, Broome County
NY, Cayuga County
NY, Chautauqua County
NY, Clinton County
NY, Dutchess County
NY, Erie County
NY, Greene County
NY, Kings County
NY, Monroe County
NY, Nassau County
NY, New York County
NY, Niagara County
NY, Oneida County
NY, Onondaga County
NY, Ontario County
NY, Orange County
NY, Putnam County
NY, Queens County
NY, Richmond County
NY, Rockland County
NY, Saratoga County
NY, Schenectady County
NY, Suffolk County
NY, Sullivan County
NY, Ulster County
NY, Warren County
NY, Wayne County
NY, Westchester County

Ohio

OH, Allen County
OH, Athens County
OH, Auglaize County
OH, Clark County
OH, Crawford County
OH, Cuyahoga County
OH, Delaware County
OH, Franklin County
OH, Geauga County
OH, Greene County
OH, Hamilton County
OH, Jefferson County
OH, Lake County
OH, Licking County
OH, Madison County
OH, Marion County
OH, Medina County
OH, Miami County
OH, Montgomery County
OH, Stark County
OH, Summit County
OH, Tuscarawas County
OH, Union County
OH, Warren County
OH, Washington County

Oklahoma

OK, Canadian County
OK, Cleveland County
OK, Comanche County
OK, Garfield County
OK, Johnston County
OK, Kay County
OK, McCurtain County
OK, Oklahoma County
OK, Pawnee County
OK, Pottawatomie County
OK, Rogers County
OK, Tulsa County
OK, Washington County

Oregon

OR, Baker County
OR, Clackamas County
OR, Deschutes County
OR, Douglas County
OR, Hood River County
OR, Josephine County
OR, Lane County
OR, Linn County
OR, Marion County
OR, Multnomah County
OR, Polk County
OR, Umatilla County
OR, Union County
OR, Washington County
OR, Yamhill County

Pennsylvania

PA, Adams County
PA, Allegheny County
PA, Beaver County
PA, Bedford County
PA, Berks County
PA, Blair County
PA, Bradford County
PA, Bucks County
PA, Butler County
PA, Cambria County
PA, Centre County
PA, Chester County
PA, Columbia County
PA, Crawford County
PA, Cumberland County
PA, Dauphin County
PA, Delaware County
PA, Erie County
PA, Fayette County
PA, Franklin County
PA, Indiana County
PA, Lackawanna County
PA, Lancaster County
PA, Lebanon County
PA, Lehigh County
PA, Luzerne County
PA, Lycoming County
PA, Mckean County
PA, Mifflin County
PA, Monroe County
PA, Montgomery County
PA, Northampton County
PA, Northumberland County
PA, Philadelphia County
PA, Pike County
PA, Potter County
PA, Schuylkill County
PA, Snyder County
PA, Susquehanna County
PA, Tioga County
PA, Union County
PA, Washington County
PA, Wayne County

PA, Westmoreland County
PA, York County

Rhode Island

RI, Washington County

South Carolina

SC, Anderson County
SC, Barnwell County
SC, Beaufort County
SC, Berkeley County
SC, Charleston County
SC, Dorchester County
SC, Florence County
SC, Georgetown County
SC, Greenville County
SC, Greenwood County
SC, Horry County
SC, Kershaw County
SC, Lancaster County
SC, Laurens County
SC, Lexington County
SC, Lexington County
SC, Marlboro County
SC, Oconee County
SC, Pickens County
SC, Richland County
SC, Saluda County
SC, Spartanburg County
SC, Union County
SC, York County

South Dakota

SD, Brookings County
SD, Brown County
SD, Butte County
SD, Clay County
SD, Gregory County
SD, Hanson County
SD, Harding County
SD, Hughes County
SD, Lincoln County
SD, Meade County
SD, Minnehaha County
SD, Pennington County

Tennessee

TN, Blount County
TN, Bradley County
TN, Davidson County
TN, Dickson County
TN, Hamilton County
TN, Knox County
TN, Obion County
TN, Polk County
TN, Putnam County
TN, Robertson County
TN, Rutherford County
TN, Shelby County
TN, Sullivan County
TN, Van Buren County
TN, Williamson County
TN, Wilson County

Texas

TX, Bexar County
TX, Bowie County
TX, Brazoria County
TX, Brazos County
TX, Collin County
TX, Comal County
TX, Coryell County
TX, Dallas County
TX, Denton County
TX, El Paso County
TX, Ellis County
TX, Fort Bend County
TX, Galveston County
TX, Gillespie County
TX, Guadalupe County
TX, Harris County
TX, Hays County
TX, Hunt County
TX, Kerr County
TX, Lubbock County
TX, Lynn County
TX, McLennan County
TX, Midland County
TX, Montgomery County
TX, Nueces County
TX, Randall County
TX, Rusk County
TX, San Patricio County
TX, Smith County
TX, Tarrant County
TX, Taylor County
TX, Travis County
TX, Victoria County
TX, Williamson County
TX, Wise County

Utah

UT, Cache County
UT, Salt Lake County
UT, Summit County
UT, Utah County
UT, Washington County

Virginia

VA, Bedford County
VA, Campbell County
VA, Chesapeake city
VA, Chesterfield County
VA, Culpeper County
VA, Fairfax County
VA, Falls Church city
VA, Fauquier County
VA, James City County
VA, King William County
VA, Loudoun County
VA, Montgomery County
VA, New Kent County
VA, Newport News city
VA, Orange County
VA, Powhatan County
VA, Prince William County
VA, Roanoke County
VA, Salem city
VA, Spotsylvania County
VA, Stafford County
VA, Suffolk city
VA, Virginia Beach
VA, Virginia Beach city
VA, Warren County
VA, Winchester city

Washington

WA, Benton County
WA, Chelan County
WA, Clark County
WA, Cowlitz County
WA, Douglas-Chelan County
WA, Ferry County
WA, Franklin County
WA, Grant County
WA, Grays Harbor County
WA, Island County
WA, King County
WA, Kitsap County
WA, Lewis County
WA, Pierce County
WA, Skagit County
WA, Snohomish County
WA, Spokane County
WA, Whatcom County
WA, Whitman County
WA, Yakima County

Wisconsin

WI, Adams County
WI, Ashland County
WI, Barron County
WI, Bayfield County
WI, Brown County
WI, Buffalo County
WI, Burnett County
WI, Calumet County
WI, Chippewa County
WI, Clark County
WI, Columbia County
WI, Dane County
WI, Dodge County
WI, Door County
WI, Douglas County
WI, Dunn County
WI, Eau Claire County
WI, Fond du Lac County
WI, Forest County
WI, Grant County
WI, Green County
WI, Green Lake County
WI, Iowa County
WI, Jackson County
WI, Jefferson County
WI, Juneau County
WI, Kenosha County
WI, Kewaunee County
WI, La Crosse County
WI, Manitowoc County
WI, Marathon County
WI, Marinette County
WI, Marquette County
WI, Milwaukee County
WI, Monroe County
WI, Oconto County
WI, Oneida County
WI, Outagamie County
WI, Ozaukee County
WI, Pierce County
WI, Polk County
WI, Portage County
WI, Price County

WI, Racine County
WI, Rock County
WI, Rusk County
WI, Sauk County
WI, Shawano County
WI, Sheboygan County
WI, St Croix County
WI, St. Croix County
WI, Trempealeau County
WI, Vernon County
WI, Vilas County
WI, Walworth County
WI, Washburn County
WI, Washington County
WI, Waukesha County
WI, Waupaca County
WI, Waushara County
WI, Winnebago County
WI, Wood County

West Virginia

WV, Berkeley County
WV, Hancock County
WV, Kanawha County

Wyoming

WY, Fremont County
WY, Hot Springs County
WY, Laramie County
WY, Natrona County
WY, Sweetwater County