# EXHIBIT A

🏠NATIONAL HOME     LOGIN     STORE     ESPAÑOL

# Join Moms for Liberty

## Become a national member of Moms for Liberty for FREE today!

We're fighting to protect our kids and empower parents, and just secured a HUGE victory! The Department of Education's Title IX rule was halted by a judge in federal court, prohibiting the new rule from applying in certain states as well as EVERY SINGLE SCHOOL attended by the children of Moms for Liberty members.

Becoming a national member at large of Moms for Liberty is FREE and ensures your child's school is included in this exemption. ***The judge's deadline is July 15th.*** Sign up below and select the "Member at Large" membership.

Read more about the ruling HERE.

**National Members at Large** - Join at a national level to subscribe to updates and receive access to exclusive trainings, tools and events.

## Join the fight for Liberty

**First Name***

**Last Name***

**Email***

**Phone***

**Street Address***

**County/Parish***

**State***

   ----------- ▼

**Zip Code***

**School District**

**School**

**Receive Text Updates?**

   --------- ▼

**I am interested in helping fight for parental rights in the following ways:**

☐ Writing Postcards

☐ Phone Calls

☐ Leadership Role

☐ Fundraising

☐ Attending School Board Meetings

☐ Hosting a Madison Meetup

☐ Tracking School Board Issues

☐ Tracking Legislative Issues

☐ Curriculum Review

☐ Other (please specify)

**If other, please specify**

## I'd like to become a National Member!

To join an existing chapter in your area, locate your county on the drop down below.

**National Membership***

○ Member at Large - $0.00

## Locate a Chapter in your community

While it is optional to become a member at your local level, we highly recommend joining other like minded parents and grandparents in your area. We believe there is power in numbers and the purpose of Moms for Liberty is to fight for the survival of America by unifying, educating, and empowering parents. If there's not a chapter in your area and you'd like to help start one, please email: info@momsforliberty.org

[ Lake, IL ▾ ]

Application will generate below

# Lake Chapter Membership Application

Thank you for your interest in joining our chapter. Fill out the application below and select either Associate or Voting membership. Contact your chapter's leadership for more information on membership types. Donations are appreciated and welcomed!

**District**

```
WINTHROP HARBOR D1
BEACH PARK D3
ZION ELEMENTARY D6
MILLBURN CC D24
EMMONS D33
```

Select the school district(s) of your children (if applicable)

**School Name**

Type in the full names of the school(s) of your children (if applicable). IMPORTANT: If you do not provide this information the school(s) WILL NOT BE COVERED under the Title IX injunction.

**School Type**

Select the schooling type of your children (if applicable)

- [ ] Public
- [ ] Private
- [ ] Charter
- [ ] Homeschool
- [ ] N/A No Kids in School

## Children?

- ( ) Yes
- ( ) No

Do you have children under age 18?

## Children Ages

Select the age range(s) for your children (if applicable)

- [ ] Infant/Toddler
- [ ] Prek
- [ ] Kindergarten
- [ ] Elementary
- [ ] Middle School
- [ ] High School
- [ ] College
- [ ] Adult

## Your Expertise

## Occupation

## Social Media Links

## I would be interested in a leadership role

○ Yes

○ No

○ Maybe - More information please!

**I have read & agree to the code of conduct***

☐

Located on the chapter page within the Resources section

**How did you hear about us?**

**Membership Type***

○ Voting Chapter Member - $0.00

○ Associate Chapter Member - $0.00

**Payment Method**

○ Annual Chapter Dues Online Payment

○ Paid in Person

○ Associate Membership (no payment necessary)

**SUBMIT**

Subscribe for Moms for Liberty News, Updates, and Events

**JOIN OUR MAILING LIST**

Moms for Liberty is a 501(c)(4) nonprofit organization.

Moms for Liberty is dedicated to fighting for the survival of America by unifying, educating and empowering parents to defend their parental rights at all levels of government.



Privacy Policy / Terms of Use / Contact Us / Chapter Chair Log In

Phone: 321.345.1671 | Email: info@momsforliberty.org | Media: media@momsforliberty.org

Copyright ©  2023