IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| STATE OF KANSAS, *ET AL.*, | § |
| | § |
| *Plaintiffs*, | § |
| | § |
| v. | § |
| | § Civil Action No. 24-4041-JWB |
| UNITED STATES DEPARTMENT OF EDUCATION, *ET AL.* | § |
| | § |
| | § |
| *Defendants.* | § |

## PLAINTIFFS YOUNG AMERICA'S FOUNDATION'S, FEMALE ATHLETES UNITED'S, AND MOMS FOR LIBERTY'S NOTICE OF LIST OF SCHOOLS

In accordance with this Court's July 2, 2024, Preliminary Injunction order (Doc. 54), Plaintiffs Young America's Foundation and Female Athletes United come forth and submit their notice of the list of schools attended by their members. Plaintiff Moms for Liberty also comes forth and submits the schools attended by the children of its four declarant members. Attached as Exhibit A is the list of K-12 schools attended by members of Young America's Foundation, Female Athletes United, and the children of the four declarant members of Moms for Liberty. Attached as Exhibit B is the list of colleges and universities attended by members of Young America's Foundation and Female Athletes United.

Respectfully submitted this 15th day of July, 2024.

KRIS W. KOBACH
Attorney General of Kansas

*/s/ Erin B. Gaide*
Abhishek S. Kambli
Deputy Attorney General
Kansas Bar No. 29788
Erin B. Gaide
Assistant Attorney General
Kansas Bar No. 29691
Jay Rodriguez

Assistant Attorney General

Kansas Bar No. 29172

Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: abhishek.kambli@ag.ks.gov
　　　　erin.gaide@ag.ks.gov
　　　　jay.rodriguez@ag.ks.gov

<u>/s/   Braden   H.   Boucek</u>
Kimberly S. Hermann*
Ga. Bar No. 646473
Braden H. Boucek*
Tenn. BPR No. 021399
Ga. Bar No. 396831
Jordan R. Miller*
Michigan Bar No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
jmiller@southeasternlegal.org

*Counsel for Plaintiffs Young America's Foundation and Moms for Liberty*

<u>/s/ Rachel A. Rouleau</u>
Tyson C. Langhofer
Kansas Bar No. 19241
Rachel A. Rouleau*
Virginia Bar No. 97783
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, Virginia 20716
(571) 707-2119
(571) 707-4790 Fax
tlanghofer@ADFlegal.org
rrouleau@ADFlegal.org

Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W. Frampton IV*
South Carolina Bar No. 75314

2

**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

*Counsel for Female Athletes United*

*Pro Hac Vice

3

CERTIFICATE OF SERVICE

This is to certify that on this the 15th day of July, 2024, this motion was electronically filed with the Clerk of the Court by using the CM/ECF system with electronic service to all counsel.

/s/ *Erin B. Gaide*
Erin B. Gaide