EXHIBIT A

LIST OF K-12 SCHOOLS FROM YOUNG AMERICA'S
FOUNDATION, FEMALE ATHLETES UNITED, & MOMS FOR
LIBERTY DECLARANTS

**Alabama**

Evangel Christian School (Alabaster AL)
Pleasant Valley High School (Jacksonville AL)
Linden High School (Linden AL)
Central High School of Clay County (Lineville AL)
Mountain Brook High School (Mountain Brook AL)

**Arkansas**

Greenbrier High School (Greenbrier AR)

**Arizonia**

Higley High School (Gilbert AZ)
Leman Academy of Excellence (Oro Valley AZ)
Phoenix Country Day School (Paradise Valley AZ)
Phoenix Christian Preparatory School (Phoenix AZ)
Northwest Christian School (Phoenix AZ)
Arizona School for the Arts (Phoenix AZ)
Phoenix Christian Preparatory School (Phoenix AZ)
Carl Hayden High School (Phoenix AZ)

**California**

Atascadero High School (Atascadero CA)
Atascadero Middle School (Atascadero CA)
San Benito Elementary School (Atascadero CA)
Sacred Heart Schools Atherton (Atherton CA)
Mission Vista Academy (Beaumont CA)
Heritage High (Brentwood CA)
Adolfo Camarillo High (Camarillo CA)
Canyon High (Canyon Country CA)
La Costa Canyon High (Carlsbad CA)
Core Butte Charter (Chico CA)
Chino Hills High (Chino Hills CA)
Mater Dei Catholic High School (Chula Vista CA)
Olympian High (Chula Vista CA)
Clovis High School (Clovis CA)
Clark Intermediate School (Clovis CA)
Pacific Cross Preparatory (Dana Point CA)
Dublin High (Dublin CA)
John Adams Academy (El Dorado Hills CA)
Escondido Charter High (Escondido CA)
Etiwanda High (Etiwanda CA)
Folsom High (Folsom CA)
American High (Fremont CA)
Dos Pueblos High School (Goleta CA)
Marina High (Huntington Beach CA)
Northwood High (Irvine CA)
Arnold O. Beckman High (Irvine CA)
La Canada High School (La Canada CA)
St. Francis High School (La Canada CA)
Crescenta Valley High (La Crescenta CA)
Damien High School (La Verne CA)
Grace Christian School (Lake Forest CA)
Lancaster Baptist School (Lancaster CA)
Holy Innocents School (Long Beach CA)
Harvard-Westlake (Los Angeles CA)
Granite Mountain Charter (Lucerne Valley CA)
Mira Costa High School (Manhattan Beach CA)
Blue Ridge Academy (Maricopa CA)
Milpitas High (Milpitas CA)
The High School at Moorpark College (Moorpark CA)
Calvary Murrieta Christian Academy (Murrieta CA)

Kolbe Academy (Napa CA)

Conejo Adventist Elementary School (Newbury Park, CA)

Skyline High (Oakland CA)

Mother Of Divine Grace School (Ojai CA)

Orange Lutheran High School (Orange CA)

Adelphia Classical Christian Academy (Orange CA)

Miramonte High (Orinda CA)

Oceana High School (Pacifica CA)

Xavier College Preparatory High School (Palm Desert CA)

Palo Alto High School (Palo Alto CA)

Palos Verdes High School (Palos Verdes Estates CA)

Sky Mountain Charter School (Placerville CA)

Ocean Grove Charter (Placerville CA)

Harmony Magnet Academy (Porterville CA)

Christian Family Schools of Poway (Poway CA)

Notre Dame Belmont (Ralston CA)

Rancho Cucamonga High School (Rancho Cucamonga CA)

R. Roger Rowe Middle School (Rancho Santa Fe CA)

Riverside Polytechnic High (Riverside CA)

Woodcrest Christian School System (Riverside CA)

Palos Verdes Peninsula High School (Rolling Hills Estates CA)

Hiram W. Johnson High (Sacramento CA)

Torrey Pines High (San Diego CA)

Del Norte High (San Diego CA)

Lowell High (San Francisco CA)

St Ignatius College Preparatory (San Francisco CA)

George Washington High School San Francisco

Independence High (San Jose CA)

Jserra Catholic High School (San Juan Capistrano CA)

Providence School (Santa Barbara CA)

Santa Barbara High School (Santa Barbara CA)

Bishop Garcia Diego High School (Santa Barbara CA)

The Knox School of Santa Barbara (Santa Barbara CA)

Pacifica Christian High School (Santa Monica CA)

Cardinal Newman High School (Santa Rosa CA)

Santa Ynez Valley Christian Academy (Santa Ynez, CA)

Saugus High (Saugus CA)

Scotts Valley High (Scotts Valley CA)

California Virtual Academy @ Los Angeles (Simi Valley CA)

Soquel High (Soquel CA)

Elite Academic Academy - Mountain Empire (Temecula CA)

Vineyard Country School (Temecula CA)

River Springs Charter (Temecula CA)
Thousand Oaks High School (Thousand Oaks CA)
Trinity Pacific Christian School (Thousand Oaks CA)
Compass Charter Schools Of Los Angeles (Thousand Oaks CA)
Sierra High (Tollhouse CA)
Legacy Christian Academy High School (Valencia CA)
Trinity Classical Academy (Valencia CA)
Libertas Preparatory School (Valencia CA)
Legacy Christian Academy High School (Valencia CA)
Libertas Preparatory School (Valencia CA)
Mare Island Technology Academy (Vallejo CA)
Redwood High School (Visalia CA)
Golden West High School (Visalia CA)
Central Valley Christian Schools (Visalia CA)
Chaminade College Preparatory-High School (West Hills CA)
Taft Charter High (Woodland Hills CA)

**Colorado**

Horizon High School (Brighton CO)
Prospect Ridge Academy (Broomfield CO)
Colorado Springs Christian School (Colorado Springs CO)
The Colorado Springs School (Colorado Springs CO)
Liberty Common Charter School (Fort Collins CO)
Golden View Classical Academy (Golden CO)
Silver Creek High School (Longmont CO)
Monarch High School (Louisville CO)
Pueblo West High School (Pueblo West CO)
Achieve Academy (Thorton CO)

**Connecticut**

Middles Middle School (Darien CT)
Connecticut River Academy (East Hartford CT)
Enfield High School (Enfield CT)
Greenwich Country Day School (Greenwich CT)
Hamden Hall Country Day School (Hamden CT)
New Branford Connecticut High School (Northford CT)
Stamford High School (Stamford CT)
King School, Inc. (Stamford CT)
Mesivta Ateres Shmuel of Waterbury (Waterbury CT)

**District of Columbia**

Coolidge Hs (Washington DC)

**Delaware**

Delcastle Technical High School (Newport DE)
St. Mark's High School (Wilmington DE)

**Florida**

Olympic Heights Community High (Boca Raton FL)
North Marion High School (Citra FL)
Seabreeze High School (Daytona Beach FL)
F. W. Buchholz High School (Gainesville FL)
Jose Marti Mast 6-12 Academy (Hialeah FL)
The Pine School (Hobe Sound FL)
Somerset Academy Charter High School (South Homestead) (Homestead FL)
Poinciana High School (Kissimmee FL)
The Freedom Institute Of Collier County (FL)
University High School (Orange City FL)
Spruce Creek High School (Port Orange FL)
Sarasota High School (Sarasota FL)
Sebring High School (Sebring FL)
The King's Academy (West Palm Beach FL)

**Georgia**

King's Ridge Christian School (Alpharetta GA)
Union County High School (Blairsville GA)
Brunswick High School (Brunswick GA)
North Forsyth High School (Cumming GA)
Coffee High School (Douglas GA)
Evans High School (Evans GA)
Greenbrier High School (Evans GA)
Mary Persons High School (Forsyth GA)
Pebblebrook High School (Mableton GA)
Northgate High School (Newnan GA)
Regina Caeli Academy (Roswell GA)

**Iowa**

Starmont High School (Arlington IA)
Western Christian High School (Hull IA)
Moulton-Udell High School (Moulton IA)
Pleasantville High School (Pleasantville IA)

**Idaho**

Coeur Du Christ Academy (Coeur d'Alene, ID)
Pacific Northwest Academy (Nampa ID)
Post Falls High School (Post Falls ID)

**Illinois**

Benton Consolidated High School (Benton IL)
Trinity Oaks Christian Academy (Cary IL)
St Ignatius College Prep (Chicago IL)
Collinsville High School (Collinsville IL)
Faith Christian School (Dixon IL)
Fusion Academy (Evanston IL)
American School of Correspondence (Lansing IL)
Adlai E Stevenson High School (Lincolnshire IL)
William Fremd High School (Palatine IL)
Southwestern High School (Piasa IL)
East Coloma-Nelson Middle School (Rock Falls IL)
New Trier Township H S Winnetka (Winnetka IL)

**Indiana**

Our Lady of Providence High School (Clarksville IN)
Three Oaks Christian School (Decatur IN)
Eastbrook High School (Marion IN)
St Theodore Guerin High School (Noblesville IN)
Noblesville High School (Noblesville IN)

**Kansas**

Richard Warren Middle School (Leavenworth KS)
Heritage Christian Academy (Olathe KS)
Washburn Rural High School (Topeka KS)
Rossville Junior-Senior High School (Topeka KS)
Troy High School (Troy KS)

**Kentucky**

Marshall County High School (Benton KY)
St Henry District High School (Erlanger KY)
North Oldham High School (Goshen KY)
Larry A. Ryle High School (Union KY)

**Louisiana**

Central Catholic High School (Morgan City LA)

**Massachusetts**

Cushing Academy (Ashburnham MA)
Marblehead High (Marblehead MA)
Sharon High (Sharon MA)
Dana Hall School (Wellesly MA)

**Maryland**

Rockbridge Academy (Crownsville MD)
Denton Elementary (Denton MD)
Quince Orchard High (Gaithersburg MD)
St Mary's Ryken High School (Leonardtown MD)
Beth Tfiloh Dahan Community School (Pikesville MD)
The Heights School (Potomac MD)
Connelly School of the Holy Child (Potomac MD)
Richard Montgomery High (Rockville MD)
Charles E Smith Jewish Day School (Rockville MD)

**Maine**

Narraguagus High School (Harrington ME)
Thornton Academy (Saco ME)
Winthrop High School (Winthrop ME)

**Michigan**

Calumet High School (Calumet MI)
Fowlerville Junior High (Fowlerville MI)
Grand Rapids Christian High School (Grand Rapids MI)
Lake Linden-Hubbell High School (Lake Linden MI)
Royal Oak High School (Royal Oak MI)
Saline Middle School (Saline MI)
Eisenhower High School (Shelby Township MI)
Farber Hebrew Day School (Southfield MI)
Frankel Jewish Academy of Metro Detroit (West Bloomfield MI)

**Minnesota**

Eastview Senior High (Apple Valley MN)
Minnehaha Academy (Minneapolis MN)
Two Harbors Secondary (Two Harbors MN)
St Paul Academy & Summit School (St. Paul MN)

**Missouri**

Cabool High (Cabool MO)
Lighthouse Preparatory Academy (Jefferson City MO)
Odessa High School (Odessa MO)
School of the Ozarks (Point Lookout MO)
John Burroughs School (Saint Louis MO)
Chaminade College Prep School (Saint Louis MO)
Christian Brothers College High School (St. Louis MO)
St. Joseph's Academy (St. Louis, MO)
Troy Buchanan High School (Troy MO)
West Plains High School (West Plains MO)

**Mississippi**

George County High School (Lucedale MS)
Leake Academy (Madden MS)

**North Carolina**

Uwharrie Charter Academy (Asheboro NC)
Burlington Christian Academy (Burlington NC)
Cary Christian School (Cary NC)
Chapel Hill High School (Chapel Hill NC)
St. Thomas More Catholic School (Chapel Hill NC)
American Leadership Academy Johnston (Clayton NC)
Surry Early College (Dobson NC)
Berean Baptist Academy (Fayetteville NC)
Page High School (Greensboro NC)
Surf City Middle School (Pender County NC)
Hendersonville Middle School (Hendersonville NC)
Hendersonville Elementary School (Hendersonville NC)
Metrolina Cristian Academy (Indian Trail NC)
Moving Mountains Academy (Lewisville NC)
Mount Pleasant High (Mount Pleasant NC)
New Bern High (New Bern NC)
Croatan High School (Newport NC)
Ronald W Reagan High School (Pfafftown NC)
Seaforth High School (Pittsboro NC)
North Raleigh Christian Academy (Raleigh NC)
Ligon Magnet Middle School (Raleigh NC)
Asheville Christian Academy (Swannanoa NC)
New Hanover High (Wilmington NC)
Oak Grove High School (Winston-Salem NC)

**North Dakota**

Magic City Campus High School (Minot ND)

**Nebraska**

Westside High School (Omaha NE)
Creighton Preparatory School (Omaha NE)

**New Hampshire**

Belmont High School (Belmont NH)
Alvirne High School (Hudson NH)

11

**New Jersey**

St Peter's Preparatory School (Jersey City NJ)
Livingston High School (Livingston NJ)

**New Mexico**

Siembra Leadership High School (Albuquerque NM)
Estancia Valley Classical Academy (Edgewood NM)
Rehoboth Christian School (Rehoboth NM)

**Nevada**

Coronado High School (Henderson NV)
Amplus Academy (Las Vegas NV)
Palo Verde Hs (Las Vegas NV)
Challenger School (Las Vegas NV)

**New York**

South Bronx Classixal Charter School (Bronx, NY)
Leon M Goldstein High School for The Sciences (Brooklyn NY)
St Edmund Prepatory High School (Brooklyn NY)
Camden Senior High School (Camden NY)
West Genesee Senior High School (Camillus NY)
Hugh C. Williams Senior High School (Canton NY)
The Masters School (Dobbs Ferry NY)
East Meadow High School (East Meadow NY)
Torah Academy for Girls (Far Rockaway NY)
Harborfields High School (Greenlawn NY)
St Marys High School (Lancaster NY)
General Douglas MacArthur High School (Levittown NY)
Chamineola High School (Mineola NY)
The Birch Wathen Lenox School (New York NY)
Newark Middle School (Newark NY)
Academy for Careers in Television and Film (Queens NY)
Staten Island Technical High School (Staten Island NY)
Suffern Central (Suffern NY)
Manlius Pebble Hill School (Syracuse NY)
Clarkstown High School South (West Nyack NY)

**Ohio**

Miami Valley Christian Academy (Cincinnati OH)
Harvest Temple Christian Academy (Clyde OH)
Butler Tech - D. Russel Lee (Fairfield Township OH)
Huron High School (Huron OH)
Clay High School (Oregon OH)
Talawanda High School (Oxford OH)
Shelby High School (Shelby OH)

**Oklahoma**

North Hs (Edmond OK)
Moore High School (Moore OK)

**Oregon**

Glencoe High School (Hillsboro OR)
La Grande High School (La Grande OR)
JoLane Middle School (Roseburg OR)
Western Christian School (Salem OR)
North Salem High School (Salem OR)
West Salem High School (Salem OR)
Pacific Highschool (Sixes OR)

**Pennsylvania**

Octorara Intermediate School (Atglen PA)
Bethel Park Hs (Bethel Park PA)
Bethlehem Catholic High School (Bethlehem PA)
Biglerville High School (Biglerville PA)
Boyertown Area Senior High School (Boyertown, PA)
Emmaus Hs (Emmaus PA)
High Point Baptist Academy (Geigertown PA)
Reach Cyber Cs (Harrisburg PA)
Lancaster Mennonite School (Lancaster PA)
Veritas Scholars Academy (Lancaster PA)
Berks Catholic High School (Reading PA)
Villa Jospeh Marie HS for Girls (Southhampton PA)

**South Carolina**

Porter-Gaud School (Charleston SC)
Easley High (Easley SC)
Myrtle Beach High (Myrtle Beach SC)
Woodmont High (Piedmont SC)
John Paul II Catholic School (Ridgeland SC)
Spartanburg Christian Academy (Spartanburg SC)

**Tennessee**

Fred J. Page High School (Franklin TN)
Liberty Creek High School (Gallatin TN)
West High School (Knoxville TN)
Farragut High School (Knoxville TN)
Eagleton College And Career Academy (Maryville, TN)
Father Ryan High School (Nashville TN)
St. Cecilia Academy in Nashville
Portland High School (Portland TN)
Tullahoma High School (Tullahoma TN)
White House High School (White House TN)
White House Heritage High School (White House TN)

**Texas**

Amarillo High School (Amarillo TX)
Episcopal High School (Bellaire TX)
Providence Preparatory School (Belton TX)
Boerne High School (Boerne TX)
College Station H S (College Station TX)
Corsicana H S (Corsicana TX)
Cypress Woods High School (Cypress TX)
The Cambridge School of Dallas (Dallas TX)
Pioneer Technology (Ptaa) Greenville (Dallas TX)
IDEA Edgemere (El Paso TX)
Paschal H S (Fort Worth TX)
The Oaks Tutorials (Forth Worth TX)
Alief Early College H S (Houston TX)
Texas Connections Academy at Houston (Houston TX)
Strake Jesuit College Prep School (Houston TX)
Westside High School (Houston TX)
Bob Lanier Middle School (Houston TX)
Guy M Sconzo Early College H S (Humble TX)
Keller H S (Keller TX)
Vista Ridge H S (Leander TX)
Rouse High School (Leander TX)
Founders Classical Academy (Lewisville TX)
Texas School for the Deaf (Austin TX)
Magnolia West H S (Magnolia TX)
Shepton High School (Plano TX)
Ponder H S (Ponder TX)
John Marshall High School (San Antonio TX)
Central Catholic High School -San Antonio (San Antonio TX)
Silsbee High School (Silsbee TX)

**Utah**

Cedar Valley High (American Fork UT)
North Summit High School (Coalville UT)
Juan Diego Catholic High School (Draper UT)
Farmington High School (Farmington UT)
Davis High (Kaysville UT)
Kearns High School (Kearns UT)
Park City High (Park City UT)
The Waterford School (Sandy UT)
Westlake High (Saratoga Springs UT)
Syracuse High School (Syracuse UT)
Uintah High School (Vernal UT)

**Virginia**

Bishop O'Connell High School (Arlington VA)
Virginia Connections Academy (Bristol VA)
Marsteller Middle School (Bristow VA)
Cedar Point Elementary School (Bristow VA)
The Covenant School (Charlottesville VA)
Culpeper County High (Culpeper VA)
Robinson Secondary School (Fairfax VA)
Justice High School (Falls Church VA)
Charles J Colgan Sr High (Manassas VA)
Langley High School (McLean VA)
Manchester High (Midlothian VA)
Patriot High School (Nokesville VA)
Potomac Falls High (Potomac Falls VA)
West Springfield High (Springfield VA)

**Vermont**

Central Vermont Career Center (Barre VT)

**Washington**

Cedar Park Christian School - Bothell Campus (Bothell, WA)
Union High School (Camas WA)
Colville High School (Colville WA)
Issaquah High School (Issaquah WA)
Tahoma Senior High School (Maple Valley WA)
Henry M. Jackson High School (Mill Creek WA)
Bishop Blanchet High School (Seattle WA)
St. Joseph School (Seattle WA)
King's High School (Shoreline WA)
Academy of Snohomish (Snohomish WA)

**Wisconsin**

Pecatonica High (Blanchardville WI)
Brookfield Academy (Brookfield WI)
Memorial High (Eau Claire WI)
Elkhorn Area High (Elkhorn WI)
Career And College Academy (Elkhorn WI)
Bay Port High School (Green Bay WI)
Notre Dame De La Baie Academy (Green Bay WI)
St. Paul Lutheran Green Bay (Green Bay WI)
Hartford Union High School (Hartford WI)
Lake Country Lutheran High School (Hartland WI)
Arrowhead High (Hartland WI)
Holmen High (Holmen WI)
Kettle Moraine Lutheran High School (Jackson WI)
Lodi High (Lodi WI)
Abundant Life Christian School (Madison WI)
Menomonee Falls High (Menomonee Falls WI)
Homestead High (Mequon WI)
Milton High School (Milton WI)
St. Thomas More High School (Milwaukee WI)
Marquette University High School (Milwaukee WI)
Muskego High School (Muskego WI)
Lake Country Classical Academy (Oconomowoc WI)
Westosha Central High School (Salem WI)
Stevens Point Area Senior High (Stevens Point WI)
Superior High (Superior WI)
West Allis Central High (West Allis WI)

**Wyoming**

Kelly Walsh High School (Casper WY)
Powell High School (Powell WY)