EXHIBIT B

NOTICE OF LIST OF COLLEGES & UNIVERSITIES BY YOUNG AMERICA'S FOUNDATION and FEMALE ATHLETES UNITED

Abilene Christian University

Alamance Community College

Allan Hancock College

Allegheny College

American Military University

American Public University

American River College

American University

Andrews University

Angelo State University

Anne Arundel Community College

Antelope Valley College

Appalachian State University

Arizona College Of Nursing (Las Vegas, NV)

Arizona State University

Asbury University

Ashland University

Auburn University

Augustana University

Aurora University

Austin Peay State University

Ave Maria University

Babson College

Baldwin-Wallace College

Ball State University

Baltimore City Community College

Barrett, The Honors College at Arizona State University

Baylor University

Bellarmine University

Belmont Abbey College

Belmont University

Benedict College

Benedictine College

Benedictine University

Bentley University

Berea College

Bergen Community College

Berry College

Bethel University (TN)

Biola University

Bishop Lynch High School

Black Hawk College - Quad-Cities Campus

Blinn College

Bob Jones University

Boise State University

Borough of Manhattan Community College of the City University of New York

Boston College

Boston University

Bowdoin College

Bowling Green State University

Bridgerland Applied Technology College

Bridgewater State University

Brigham Young University

Brigham Young University - Idaho

Bucknell University

Bucks County Community College

Bushnell University

Butler County Community College (PA)

Butler University

Cabrillo College

Cairn University

California Baptist University

California Polytechnic State University-San Luis Obispo

California Southern University

California State University - Bakersfield

California State University - Chico

California State University - Fresno

California State University - Fullerton

California State University - Los Angeles

California State University - Northridge

California State University - San Bernardino

California State University - Stanislaus

Cameron University

Campbell University

Canisius University

Capella University

Carleton College

Carroll College

Carroll University

Carteret Community College

Cedarville University

Central Arizona College

Central New Mexico Community College

Central Piedmont Community College

Central Wyoming College

Cerro Coso Community College

Chandler Gilbert Community College

Chapman University

Charleston Southern University

Chemeketa Community College

Chestnut Hill College

Christopher Newport University

Clark College

Clarkson University

Clemson University

Cleveland State University

Clinton Community College

Clovis Community College (CA)

Coastal Carolina University

Coe College

College of DuPage

College of Idaho

College of Lake County (IL)

College of New Jersey, The

College of Saint Benedict

College of Saint Mary

College of Southern Nevada

College of the Canyons

College of William and Mary

Collin County Community College District

Colorado Christian University

Colorado College

Colorado School of Mines

Columbia College (CA)

Columbia College (MO)

Columbia International University

Columbia University in the City of New York

Columbus Technical College

Community College of Baltimore County

Community College of Vermont

Concord University

Concordia College

Concordia University at Austin

Concordia University (Chicago)

Concordia University (Wisconsin)

Corban University

Cornell University

County College of Morris

Covenant College

Crown College (MN)

Cuesta College

Dallas Baptist University

Dartmouth College

Davidson County Community College

Daytona State College

Defense Acquisition University

Denison University

DePaul University

DePauw University

Des Moines Area Community College

DeSales University

DeVry University

Dominican University of California

Dordt University

Drake University

Drew University

Drexel University

Drury University

Duquesne University

Dutchess Community College

Dyersburg State Community College

East Carolina University

Eastern Florida State College

Eastern Illinois University

Eastern Kentucky University

Eastern Michigan University

Eastern New Mexico University - Roswell

Eastern University

Edgewood College

El Camino College

Elgin Community College

Elizabethtown College

Elizabethtown Community and Technical College

Elon University

Embry-Riddle Aeronautical University - Daytona Beach

Embry-Riddle Aeronautical University - Prescott

Emory University - Oxford College

Ensign College

Erskine College

Evangel University

Fairfield University

Ferris State University

Florida Atlantic University

Florida International University

Florida Southern College

Florida SouthWestern State College

Florida State University

Folsom Lake College

Fordham University

Fort Hays State University

Fort Lewis College

Framingham State University

Franciscan University of Steubenville

Franklin and Marshall College

Franklin College

Franklin University

Fresno City College

Fresno Pacific University

Friends University

Full Sail University

Furman University

Gardner-Webb University

Gaston College

Gateway Technical College

Geneva College

George Mason University

Georgetown University

Georgia Highlands College

Georgia Institute of Technology - Main Campus

Georgia Southern University

Georgian Court University

Germanna Community College

Gettysburg College

Golden West College

Gonzaga University

Gordon College

Grace Bible College

Grand Canyon University

Grand Valley State University

Greenville Technical College

Grossmont College

Grove City College

Guilford Technical Community College

Hardin-Simmons University

Harding University

Harvard University

Henry Ford College

High Point University

Hillsborough Community College

Hillsdale College

Holmes Community College

Hope College

Horry-Georgetown Technical College

Houghton University

Houston Community College

Howard Community College

Illinois State University

Imperial Valley College

Indian River State College

Indiana State University

Indiana University - Purdue University Fort Wayne

Indiana University Bloomington

Indiana University of Pennsylvania

Indiana University South Bend

Indiana University Southeast

Indiana University–Purdue University Indianapolis

Iowa State University

Jackson College

James Madison University

John Brown University

John Carroll University

Johnson University

Judson University

Kansas State University

Kellogg Community College

Kennesaw State University

Kent State University

King's College

Kutztown University of Pennsylvania

La Salle University

LaGuardia Community College of the City University of New York

Lake Michigan College

Lake Superior State University

Le Moyne College

Lee University

Lehigh University

Lehman College of the City University of New York

LeTourneau University

Lewis University

Liberty University

Liberty University Online Academy

Lincoln Memorial University

Lindenwood University

Linn-Benton Community College

Lipscomb University

Lone Star College System

Long Island University

Long Island University Post

Longwood University

Lorain County Community College

Loras College

Lord Fairfax Community College

Los Angeles Pacific College

Louisiana Christian College

Louisiana State University

Louisiana Tech University

Loyola University Maryland

Lyon College

Macalester College

Malone University

Manhattan College

Manipal University

Mansfield University of Pennsylvania

Marian University of Indiana

Maricopa Community Colleges - Rio Salado Community College

Marquette University

Mary Baldwin College

Marymount Manhattan College

Marymount University

Massachusetts Institute of Technology

McNeese State University

Metropolitan Community College

Metropolitan Community College - Kansas City

Metropolitan State University

Metropolitan State University of Denver

Miami Dade College

Miami University

Michigan State University

Michigan Technological University

MidAmerica Nazarene University

Mid Michigan Community College

Middle Tennessee State University

Middlesex Community College - Bedford

Millsaps College

Milwaukee Area Technical College

Minnesota State University - Mankato

Minnesota State University - Moorhead

Miracosta College

Mission College

Mississippi College

Mississippi State University

Missouri Baptist University

Missouri University of Science and Technology

Missouri Valley College

Monroe College

Montana Tech of the University of Montana

Montclair State University

Montgomery College

Moorpark College

Morehead State University

Moreno Valley College

Morningside University

Motlow State Community College

Mount Liberty College

Mount St. Mary's University

Mountain View College

Mt San Antonio College

Murray State University

Muskingum University

Nasarawa State University Keffi

National Taiwan University

Neumann University

New Jersey Institute of Technology

New Mexico State University

New York University

Newman University

Nicholls State University

Norco College

Normandale Community College

North Carolina State University

North Central State College

North Central University

North Dakota State University - Main Campus

North Greenville University

North Idaho College

Northeastern University

Northern Arizona University

Northern Illinois University

Northern Kentucky University

Northern Oklahoma College

Northern Virginia Community College

Northern Wyoming Community College District - Sheridan College

NorthWest Arkansas Community College

Northwest Nazarene University

Northwestern University

Northwood Technical College - Ashland

Norwich University

Nova Southeastern University - Tampa

Occidental College

Ohio Christian University

Ohio University - Eastern

Ohio University - Main Campus

Oklahoma Christian University

Oklahoma State University

Oklahoma State University Institute of Technology - Okmulgee

Old Dominion University

Onondaga Community College

Oral Roberts University

Orange Coast College

Oregon State University

Owensboro Community and Technical College

Ozarks Technical Community College - Richwood Valley

Palm Beach Atlantic University - West Palm Beach

Palomar College

Parkland College

Patrick Henry College

Pearl River Community College

Penn State University

Penn State University Harrisburg

Pennsylvania College of Technology

Pensacola State College

Pepperdine University

Piedmont College

Piedmont Technical College

Pinnacle College

Pittsburg State University

Point Loma Nazarene University

Polk State College

Portland State University

Princeton University

Purdue University

Purdue University Calumet

Queens College of the City University of New York

Ramapo College of New Jersey

Reedley College

Regent University

Reinhardt University

Rhode Island College

Rice University

Ripon College

Roanoke College

Rochester College

Rochester Institute of Technology

Rock Valley College

Rockhurst University

Rocky Mountain College

Rollins College

Rose State College

Rowan College at Gloucester County

Rowan University

Rutgers, The State University of New Jersey

Saddleback College

Saginaw Valley State University

Saint Francis University (PA)

Saint Louis Community College

Saint Louis University

Saint Mary's College

Saint Norbert College

Saint Vincent College

Salt Lake Community College

Sam Houston State University

Samford University

San Antonio College

San Jose State University

Santa Barbara City College

Santa Clara University

Santa Fe College

Santiago Canyon College

Schoolcraft College

Seattle Pacific University

Seminole State College of Florida

Seton Hall University

Sewanee: The University of the South

Shelton State Community College

Shenandoah University

Shippensburg University of Pennsylvania

Shoreline Community College

Shorter University

Siena College

Sistema Universitario Ana G Mendez

South Carolina State University

South Dakota State University

South Puget Sound Community College

South Suburban College of Cook County

South Texas College

Southeast Missouri State University

Southeastern University

Southern Methodist University

Southern New Hampshire University

Southern Oregon University

Southern Technical College

Southern Utah University

Southern Virginia University

Southwest Baptist University

Southwestern Oklahoma State University

Southwestern University

Spring Arbor University

St. Catherine University

St. John's University

St. Johns River State College

St. Joseph's College New York

St. Petersburg College

Stanford University

Stetson University

Stonehill College

Strayer University

Suffolk University

SUNY at Fredonia

SUNY College of Environmental Science and Forestry

SUNY College of Technology at Canton

SUNY Empire State College

SUNY Polytechnic Institute

SUNY Stony Brook

Surendranath College

Swarthmore College

Syracuse University

Tarrant County College District

Taylor University

Temple University

Texas A&M University

Texas A&M University - Central Texas

Texas A&M University - Corpus Christi

Texas A&M University - Kingsville

Texas Christian University

Texas Lutheran University

Texas State University

The Catholic University of America

The Citadel

The George Washington University

The InterAmerican University Of Puerto Rico

The Master's University

The New School

The Ohio State University

The Santa Barbara and Ventura Colleges of Law

The University of Alabama

The University of Tampa

The University of Tennessee - Chattanooga

The University of Tennessee - Knoxville

The University of Texas at Arlington

The University of Texas At Austin

The University of Texas at Dallas

The University of Texas at El Paso

The University of Texas at San Antonio

The University of Texas Rio Grande Valley

Thomas Jefferson University

Thomas More College

Touro College

Touro University Worldwide

Towson University

Trevecca Nazarene University

Trident Technical College

Trine University

Trinity College of Florida

Trinity University

Troy University

Truett McConnell University

Truman State University

Union College (NY)

Union University

United States Air Force Academy

United States Naval Academy

Universal Technical Institute of Arizona Inc

University At Buffalo

University at Buffalo Jacobs School of Medicine

University College London

University of Akron

University of Alabama at Birmingham

University of Alabama at Huntsville

University of Arizona

University of Arkansas, Grantham

University of Arkansas, Fayetteville

University of Austin

University of California, San Diego

University of California, Santa Cruz

University of California, Berkeley

University of California, Irvine

University of California, Los Angeles

University of California, Santa Barbara

University of Central Arkansas

University of Central Florida

University of Central Missouri

University of Central Oklahoma

University of Chicago

University of Cincinnati

University of Colorado at Boulder

University of Dallas

University of Delaware

University of Florida

University of Fortaleza

University of Georgia

University of Houston

University of Houston - Clear Lake

University of Houston - Downtown

University of Idaho

University of Idaho College of Law

University of Illinois at Chicago

University of Illinois at Urbana-Champaign

University of Iowa

University of Kansas

University of Kentucky

University of La Verne

University of Maine

University of Manitoba

University of Mary

University of Maryland - Baltimore County

University of Maryland - College Park

University of Massachusetts - Boston

University of Massachusetts Amherst

University of Memphis

University of Miami

University of Michigan - Ann Arbor

University of Michigan - Dearborn

University of Minnesota - Crookston

University of Minnesota - Duluth

University of Minnesota - Twin Cities

University of Minnesota - Rochester

University of Mississippi

University of Missouri - Columbia

University of Missouri - Kansas City

University of Missouri - St Louis

University of Nebraska - Lincoln

University of Nebraska at Omaha

University of Nevada - Las Vegas

University of Nevada - Reno

University of New Hampshire

University of North Carolina at Chapel Hill

University of North Carolina at Charlotte

University of North Carolina at Greensboro

University of North Carolina at Wilmington

University of North Dakota

University of North Florida

University of North Georgia

University of North Texas

University of Northern Iowa

University of Northwestern - St. Paul

University of Notre Dame

University of Nottingham

University of Oklahoma

University of Olivet

University of Pennsylvania

University of Phoenix

University of Pittsburgh - Main Campus

University of Portland

University of Rhode Island

University of Richmond

University of Saint Mary

University of South Alabama

University of South Carolina - Columbia

University of South Florida

University of Southern California

University of Southern Indiana

University of Southern Mississippi

University of St. Andrews

University of Texas at Austin

University of Texas at San Antonio

University of the Cumberlands

University of Toledo

University of Utah

University of Vermont

University of Virginia

University of Washington

University of Western States

University of Wisconsin - Eau Claire

University of Wisconsin - Green Bay

University of Wisconsin - La Crosse

University of Wisconsin - Madison

University of Wisconsin - Milwaukee

University of Wisconsin - Oshkosh

University of Wisconsin - Platteville

University of Wisconsin - Stevens Point

University of Wisconsin - Stout

University of Wisconsin - Superior

University of Wisconsin - Whitewater

University of Wyoming

US Army - Baylor University

Utah State University

Utah Tech University

Utah Valley University

Valdosta State University

Valencia College

Vanderbilt University

VanderCook College of Music

Ventura College

Virginia Tech

Viterbo University

Wake Forest University

Wake Technical Community College

Washington and Lee University

Waubonsee Community College

Waukesha County Technical College

Wayne County Community College District

Wayne State College

Wayne State University

Weber State University

Wellesley College

Wentworth Institute of Technology

West Chester University of Pennsylvania

West Coast Baptist College

West Liberty University

West Los Angeles College

West Texas A&M University

West Virginia State University

West Virginia University

Westcliff University

Western Governors University

Western Illinois University

Western Kentucky University

Western Michigan University

Western New England University

Western University

Westfield State University

Westminster College (PA)

Wharton County Junior College

Whatcom Community College

Wheaton College

Wichita State University

Widener University

William Jessup University

William Paterson University of New Jersey

Wilmington College

Wisconsin Lutheran College

Worcester Polytechnic Institute

Xavier University

Yale University

Yeshiva University

York Technical College

York University

Yuba College