IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| STATE OF KANSAS, *ET AL.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *ET AL.*<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 24-4041-JWB |

### PLAINTIFF MOMS FOR LIBERTY'S NOTICE OF LIST OF SCHOOLS

In accordance with this Court's July 19, 2024, Memorandum and Order (Doc. 70), Plaintiff Moms for Liberty comes forth and submits an initial list of the K-12 schools attended by the children of its members. Attached, as Exhibit A, is the initial list of K-12 schools.

Respectfully submitted this 26th day of July, 2024.

    KRIS W. KOBACH
    Attorney General of Kansas

    */s/ Erin B. Gaide*
    Abhishek S. Kambli
    Deputy Attorney General
    Kansas Bar No. 29788
    Erin B. Gaide
    Assistant Attorney General
    Kansas Bar No. 29691
    Jay Rodriguez
    Assistant Attorney General
    Kansas Bar No. 29172
    Memorial Building, 2nd Floor
    120 SW 10th Avenue
    Topeka, Kansas 66612-1597
    Phone: (785) 296-7109
    Fax: (785) 291-3767
    Email: abhishek.kambli@ag.ks.gov
           erin.gaide@ag.ks.gov
           jay.rodriguez@ag.ks.gov

/s/ *Jordan R. Miller*
Kimberly S. Hermann*
Ga. Bar No. 646473
Braden H. Boucek*
Tenn. BPR No. 021399
Ga. Bar No. 396831
Jordan R. Miller*
Michigan Bar No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
jmiller@southeasternlegal.org

*Counsel for Plaintiff Moms for Liberty*

*Pro Hac Vice

2

3

CERTIFICATE OF SERVICE

      This is to certify that on this the 26th day of July, 2024, this notice was electronically filed with the Clerk of the Court by using the CM/ECF system with electronic service to all counsel.

                                                                /s/ *Erin B. Gaide*
                                                                Erin B. Gaide