IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| STATE OF KANSAS, *ET AL.*, | § |
| | § |
| *Plaintiffs*, | § |
| | § |
| v. | § |
| | § Civil Action No. 24-4041-JWB |
| UNITED STATES DEPARTMENT OF EDUCATION, *ET AL.* | § |
| | § |
| | § |
| *Defendants*. | § |

## PLAINTIFFS YOUNG AMERICA'S FOUNDATION'S, FEMALE ATHLETES UNITED'S, AND MOMS FOR LIBERTY'S NOTICE OF SUPPLEMENTAL LIST OF SCHOOLS

Plaintiffs Young America's Foundation, Female Athletes United, and Moms for Liberty come forth and submit a notice of a supplemental list of schools attended by their members or the children of their members. Plaintiffs, in support of supplementing their previously submitted lists, note that the Final Rule enjoined by the Court's order has an effective date of tomorrow, August 1, 2024. Attached as Exhibit A is a list of additional K-12 schools attended by members of Young America's Foundation, Female Athletes United, and the children of members of Moms for Liberty. Attached as Exhibit B is a list of additional colleges and universities attended by members of Young America's Foundation and Female Athletes United.

Respectfully submitted this 31st day of July, 2024.

KRIS W. KOBACH
Attorney General of Kansas

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli
Deputy Attorney General
Kansas Bar No. 29788
Erin B. Gaide
Assistant Attorney General
Kansas Bar No. 29691
Jay Rodriguez

Assistant Attorney General
Kansas Bar No. 29172

Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: abhishek.kambli@ag.ks.gov
         erin.gaide@ag.ks.gov
         jay.rodriguez@ag.ks.gov

/s/   Jordan   R.   Miller
Kimberly S. Hermann*
Ga. Bar No. 646473
Braden H. Boucek*
Tenn. BPR No. 021399
Ga. Bar No. 396831
Jordan R. Miller*
Michigan Bar No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
jmiller@southeasternlegal.org

*Counsel for Plaintiffs Young America's Foundation and Moms for Liberty*

/s/ Rachel A. Rouleau
Tyson C. Langhofer
Kansas Bar No. 19241
Rachel A. Rouleau*
Virginia Bar No. 97783
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20716
(571) 707-2119
(571) 707-4790 Fax
tlanghofer@ADFlegal.org
rrouleau@ADFlegal.org

Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W. Frampton IV*
South Carolina Bar No. 75314

2

Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

*Counsel for Female Athletes United*

*Pro Hac Vice

CERTIFICATE OF SERVICE

This is to certify that on this the 31st day of July, 2024, this motion was electronically filed with the Clerk of the Court by using the CM/ECF system with electronic service to all counsel.

<u>/s/ *Abhishek S. Kambli*</u>
Abhishek S. Kambli
