# EXHIBIT A
# LIST OF K-12 SCHOOLS

## Alaska

| School | School District |
| --- | --- |
| Hunter Elementary | Fairbanks North Star Borough School District |

## Alabama

| School | School District |
| --- | --- |
| Fairhope High School | Baldwin County Public Schools |
| Perdido Elementary School | Baldwin County Public Schools |
| Goldsmith-Schiffman Elementary | Huntsville City Schools |
| Virgil Grissom High School | Huntsville City Schools |
| Brayn Elementary School | Jefferson County Schools |
| Johnson Elementary School | Limestone County Schools |
| Bob Jones High School | Madison City Schools |
| Mill Creek Elementary School | Madison City Schools |
| Buckhorn High School | Madison County School System |
| Buckhorn Middle School | Madison County School System |
| Monrovia Elementary School | Madison County School System |
| Monrovia Middle School | Madison County School System |
| Riverton Elementary School | Madison County School System |
| Riverton Intermediate School | Madison County School System |
| Sparkman High School | Madison County School System |
| Oneonta Elementary School | Oneonta City Schools |
| Oak Mountain High School | Shelby County Schools |

## Arkansas

| School | School District |
| --- | --- |
| Pea Ridge High School | Pea Ridge School District |

**Arizona**

| School | School District |
|---|---|
| American Leadership Academy Mesa K 6 | American Leadership Academy Inc. (4348) |
| American Leadership Academy of Applied Technologies | American Leadership Academy Inc. (4348) |
| American Leadership Academy West Foothills K 12 | American Leadership Academy Inc. (4348) |
| Great Hearts Academies—Archway Classical Academy Lincoln | Great Hearts Academies |
| Great Hearts Academies—North Phoenix Prep | Great Hearts Academies |
| Great Hearts Academies—Scottsdale Prep | Great Hearts Academies |
| Basis Peoria | Basis Charter Schools Inc. (90841) |
| Blue Ridge High School | Blue Ridge Unified School District No. 32 (4397) |
| Dr Camille Casteel High School | Chandler Unified District 80 (4242) |
| Hamilton High School | Chandler Unified District 80 (4242) |
| Boulder Creek High School | Deer Valley Unified District (4246) |
| Canyon Springs Stem Academy | Deer Valley Unified District (4246) |
| Diamond Canyon School | Deer Valley Unified District (4246) |
| Boulder Creek High School | Deer Valley Unified District (4246) |
| Desert Mountain School | Deer Valley Unified District (4246) |
| Sandra Day O'Connor High School | Deer Valley Unified District (4246) |
| Willow Canyon High School | Dysart Unified District (4243) |
| Pathfinder Academy | Edkey Schools (Governing Body) |
| Poston Butte High School | Florence Unified School District (4437) |
| Flowing Wells High School | Flowing Wells Unified District (4405) |
| Campo Verde High School | Gilbert Unified District (4239) |
| Estrella Mountain Elementary School | Liberty Elementary District (4266) |
| Cactus High School | Peoria Unified School District (4237) |
| Jack Barnes Elementary School | Queen Creek Unified District (4245) |
| Queen Creek High School | Queen Creek Unified District (4245) |
| Queen Creek Junior High School | Queen Creek Unified District (4245) |
| Ridgeline Academy Inc | Ridgeline Academy Inc (4301) |
| Highland Primary School | Snowflake Unified District (4391) |
| Snowflake High School | Snowflake Unified District (4391) |
| Benjamin Franklin Charter School (Gilbert, AZ) | N/A |
| Benjamin Franklin Charter School (Power, AZ) | N/A |
| Northern Arizona Academy for Career Development (Taylor, AZ) | N/A |

## California

| School | School District |
|---|---|
| Condit Elementary | Claremont Unified School District |
| Clovis North High School | Clovis Unified School District |
| Bear Valley Middle | Escondido Union School District |
| L R Green Elementary | Escondido Union School District |
| Alexander Hamilton Senior High | Los Angeles Unified School District |
| Fairfax Senior High | Los Angeles Unified School District |
| John Burroughs Middle | Los Angeles Unified School District |
| Daniel N Buchanan Elementary | Murrieta Valley Unified School District |
| Vista Murrieta High | Murrieta Valley Unified School District |
| Trabuco Hills High | Saddleback Valley Unified School District |
| Spreckels Elementary | San Diego Unified School District |
| La Costa Canyon High | San Dieguito Union High School District |
| Sunset High (Continuation) | San Dieguito Union High School District |
| Santa Monica High | Santa Monica-Malibu Unified School District |
| Hilltop Middle | Sweetwater Union High School District |
| Hilltop Senior High | Sweetwater Union High School District |
| Templeton Middle | Templeton Unified School District |
| Arroyo Seco Junior High | William S Hart Union High School District |
| Rio Norte Junior High | William S Hart Union High School District |
| Shirley Rominger Intermediate | Winters Joint Unified School District |
| Waggoner Elementary | Winters Joint Unified School District |
| Winters High | Winters Joint Unified School District |
| Winters Middle | Winters Joint Unified School District |
| Wolfskill High | Winters Joint Unified School District |
| Calvary Christian Academy (San Jose, CA) | N/A |
| Parnassus Preparatory Academy (Redondo Beach, CA) | Parnassus Preparatory Academy |
| Santa Fe Christian Schools (Solana Beach, CA) | N/A |

## Colorado

| School | School District |
|--------|-----------------|
| Chinook Trail Elementary School | Academy School District 20 in El Paso County |
| New Summit Charter Academy | Academy School District 20 in El Paso County |
| Timberview Middle School | Academy School District 20 in El Paso County |
| Stem Lab | Adams 12 Five Star Schools |
| Stellar Elementary School | Adams 12 Five Star Schools |
| Westlake Middle School | Adams 12 Five Star Schools |
| Boulder High School | Boulder Valley School District No Re2 |
| Creekside Elementary School at Martin Park | Boulder Valley School District No Re2 |
| Eldorado PK-8 School | Boulder Valley School District No Re2 |
| Manhattan Middle School of The Arts & Academics | Boulder Valley School District No Re2 |
| Meadowlark School | Boulder Valley School District No Re2 |
| University Hill Elementary School | Boulder Valley School District No Re2 |
| Colorado Military Academy (Colorado Springs) | Colorado Charter School Institute |
| Golden View Classical Academy | Colorado Charter School Institute |
| Howbert Elementary School | Colorado Springs School District No 11 in El Paso Cnty. |
| Mountain View Academy (Colorado Springs) | District 49 in El Paso County |
| American Academy | Douglas County School District No Re 1 |
| Heritage Elementary School | Douglas County School District No Re 1 |
| Mountain Vista High School | Douglas County School District No Re 1 |
| Pine Lane Elementary School | Douglas County School District No Re 1 |
| Summit View Elementary School | Douglas County School District No Re 1 |
| Thunderridge High School | Douglas County School District No Re 1 |
| Graham Mesa Elementary School | Garfield School District No Re 2 |
| Rifle High School | Garfield School District No Re 2 |
| Marble Charter School | Gunnison Watershed School District Re1J |
| Holyoke Elementary School | Holyoke School District No Re 1J |
| Arvada West High School | Jefferson County School District No R 1 |
| Chatfield High School | Jefferson County School District No R 1 |
| Deer Creek Middle School | Jefferson County School District No R 1 |
| Drake Junior High School | Jefferson County School District No R 1 |
| Evergreen High School | Jefferson County School District No R 1 |
| Golden View High School | Jefferson County School District No R 1 |
| Green Mountain High School | Jefferson County School District No R 1 |
| Lincoln Charter Academy | Jefferson County School District No R 1 |
| Marshdale Elementary School | Jefferson County School District No R 1 |
| Prospect Valley Elementary School | Jefferson County School District No R 1 |
| Three Creeks K 8 | Jefferson County School District No R 1 |
| Shelledy Elementary School | Mesa County Valley School District No 51 |
| Fossil Ridge High School | Poudre School District R 1 |
| Kinard Core Knowledge Middle School | Poudre School District R 1 |
| Traut Core Elementary School | Poudre School District R 1 |

## Colorado (Cont.)

| School | School District |
| --- | --- |
| Beach Court Elementary School | Denver Public Schools |
| Skinner Middle School | Denver Public Schools |
| Firestone Charter Academy | St Vrain Valley School District No Re1J |
| Frederick Senior High School | St Vrain Valley School District No Re1J |
| Grand View Elementary | St Vrain Valley School District No Re1J |
| Legacy Elementary School | St Vrain Valley School District No Re1J |
| Mead High School | St Vrain Valley School District No Re1J |
| Niwot High School | St Vrain Valley School District No Re1J |
| Skyline High School | St Vrain Valley School District No Re1J |
| Twin Peaks Charter Academy | St Vrain Valley School District No Re1J |
| Elwell Elementary School | Weld County School District No Re-5J |
| Milliken Elementary School | Weld County School District No Re-5J |

## Connecticut

| School | School District |
| --- | --- |
| Amity Middle School - Bethany | Amity Regional School District #5 |
| Amity Middle School - Orange | Amity Regional School District #5 |
| Amity Regional High School | Amity Regional School District #5 |
| Canterbury Elementary School | Canterbury School District |
| Dr Helen Baldwin Middle School | Canterbury School District |
| Mansfield Elem And High School | Mansfield School District |
| Mansfield Elementary School | Mansfield School District |
| Mansfield Middle School | Mansfield School District |
| East Ridge Middle School | Ridgefield School District |
| Farmingville Elementary School | Ridgefield School District |
| Ridgefield High School | Ridgefield School District |

## District of Columbia

| School | School District |
| --- | --- |
| Ballou High School | District of Columbia Public Schools |
| Bard High School Early College DC (Bard) | District of Columbia Public Schools |
| Brightwood Elementary School | District of Columbia Public Schools |
| Eliot Hine Middle School | District of Columbia Public Schools |
| National Cathedral School | N/A |

## Florida

| School | School District |
| --- | --- |
| Chester Shell Elementary School | Alachua County Public Schools |
| Hawthorne Middle/High School | Alachua County Public Schools |
| Viera High School | Brevard Public Schools |
| Cypress Bay High School | Broward County Public Schools |
| Lyons Creek Middle School | Broward County Public Schools |
| Manatee Bay Elementary School | Broward County Public Schools |
| Hyde Park Elementary School | Duval County Public Schools |
| Landmark Middle School | Duval County Public Schools |
| Samuel W Wolfson High School | Duval County Public Schools |
| Westside High School | Duval County Public Schools |
| Westside Middle School | Duval County Public Schools |
| North County Charter School | School District of Indian River County |
| Sebastian River High School | School District of Indian River County |
| Coconut Palm K-8 Academy | Miami-Dade County Public Schools |
| Crestview Elementary School | Miami-Dade County Public Schools |
| John A Ferguson Senior High School | Miami-Dade County Public Schools |
| Bay Lake Elementary School | Orange County Public Schools |
| Horizon West Middle School | Orange County Public Schools |
| Water Spring Middle School | Orange County Public Schools |
| Windermere Elementary School | Orange County Public Schools |
| Windermere High School | Orange County Public Schools |
| Barton Elementary School | The School District of Palm Beach County |
| John I. Leonard High School | The School District of Palm Beach County |
| Osceola Creek Middle School | The School District of Palm Beach County |
| Tarpon Springs High School | Pinellas County Schools |
| Tarpon Springs Middle School | Pinellas County Schools |
| Beachside Elementary School | Volusia County Schools |
| Burns Science & Technology Charter School | Volusia County Schools |
| Citrus Grove Elementary School | Volusia County Schools |
| Coronado Beach Elementary School | Volusia County Schools |
| David C Hinson Sr Middle School | Volusia County Schools |
| Deland High School | Volusia County Schools |
| Deland Middle School | Volusia County Schools |
| Deltona High School | Volusia County Schools |
| Edgewater Public Elementary School | Volusia County Schools |
| Enterprise Elementary School | Volusia County Schools |
| Forest Lake Elementary School | Volusia County Schools |
| Freedom Elementary School | Volusia County Schools |
| Galaxy Middle School | Volusia County Schools |
| Horizon Elementary School | Volusia County Schools |
| Indian River Elementary School | Volusia County Schools |
| Ivy Hawn Charter School Of The Arts | Volusia County Schools |

## Florida (Cont.)

| School | School District |
| --- | --- |
| Mainland High School | Volusia County Schools |
| New Smyrna Beach High School | Volusia County Schools |
| New Smyrna Beach Middle School | Volusia County Schools |
| Orange City Elementary School | Volusia County Schools |
| Ormond Beach Middle School | Volusia County Schools |
| Pride Elementary School | Volusia County Schools |
| Silver Sands Middle School | Volusia County Schools |
| Southwestern Middle School | Volusia County Schools |
| Spruce Creek High School | Volusia County Schools |
| Sugar Mill Elementary School | Volusia County Schools |
| Tradition Preparatory High School (Port St. Lucie) | N/A |

## Georgia

| School | School District |
| --- | --- |
| Metter College And Career Academy | Candler County School District |
| Metter Elementary School | Candler County School District |
| Metter High School | Candler County School District |
| Metter Middle School | Candler County School District |
| Centennial Arts Academy | Gainesville City School System |
| Enota Multiple Intelligences Academy | Gainesville City School System |
| Gainesville High School | Gainesville City School System |
| New Holland Leadership Academy | Gainesville City School System |
| Fort Daniel Elementary School | Gwinnett County Public Schools |
| Moore Middle School | Gwinnett County Public Schools |
| Mountain Park Elementary School | Gwinnett County Public Schools |
| Osborne Middle School | Gwinnett County Public Schools |
| East Hall High School | Hall County Schools |
| East Hall Middle School | Hall County Schools |
| Lula Elementary School | Hall County Schools |
| Gum Springs Elementary School | Jackson County School District |
| Jackson County High School | Jackson County School District |
| West Jackson Middle School | Jackson County School District |
| West Laurens High School | Laurens County Schools |

## Hawaii

| School | School District |
| --- | --- |
| Mililani Mauka Elementary School | Hawaii Department of Education/Central Oahu District |

8

## Iowa

| School | School District |
|---|---|
| Northeast Elementary | Ankeny Comm School District |
| Spring Creek  6Th Grade Center | Southeast Polk Comm School District |
| Willowbrook Elementary | Southeast Polk Comm School District |

## Illinois

| School | School District[1] |
|---|---|
| Ashton Franklin Center Elementary School | Ashton Franklin Center CUSD 275 |
| Ashton Franklin Center High School | Ashton Franklin Center CUSD 275 |
| Belleville High School East | Belleville Twp HSD 201 |
| Beasley Elementary Magnet Academic Ctr. | Chicago Public Schools Dist. 299 |
| Lane Technical High School | Chicago Public Schools Dist. 299 |
| Learn Chtr Middle School | Chicago Public Schools Dist. 299 |
| Glenbard West High School | Glenbard Twp HSD 87 |
| Hadley Junior High School | Glen Ellyn School District 41 |
| Bulldog Early Learning Academy | Harrisburg CUSD 3 |
| East Side Intermediate School | Harrisburg CUSD 3 |
| Harrisburg High School | Harrisburg CUSD 3 |
| Harrisburg Middle School | Harrisburg CUSD 3 |
| West Side Primary School | Harrisburg CUSD 3 |
| Clifford Crone Middle School | Indian Prairie CUSD 204 |
| Spring Brook Elementary School | Indian Prairie CUSD 204 |
| The Joseph Sears School | Kenilworth School District 38 |
| Lincoln Way Central High School | Lincoln Way CHSD 210 |
| Metamora Grade School | Metamora CCSD 1 |
| Minooka Community High School | Minooka CHSD 111 |
| Morton High School | Morton Unit School District 709 |
| Morton Jr. High School | Morton Unit School District 709 |
| Naperville Central High School | Naperville CUSD 203 |
| River Woods Elementary School | Naperville CUSD 203 |
| Niles North High School | Niles Twp HSD 219 |
| Niles West High School | Niles Twp HSD 219 |
| Oregon Jr/Sr High School | Oregon CUSD 220 |
| Oregon Elementary School | Oregon CUSD 220 |
| Pekin Community High School | Pekin CHSD 303 |
| Broadmoor Junior High School | Pekin Public Schools District 10 |
| L E Starke Elementary School | Pekin Public Schools District 10 |
| Rochelle Twp High School | Rochelle Twp HSD 212 |
| St Charles East High School | St Charles CUSD 303 |

[1] HSD stands for High School District; CUSD stands for Community Unit School District; CHSD stands for Community High School District; CCSD stands for Community Consolidated School District.

## Illinois (Cont.)

| School | School District |
|---|---|
| North Elementary School | Sycamore CUSD 427 |
| Sycamore High School | Sycamore CUSD 427 |
| Sycamore Middle School | Sycamore CUSD 427 |
| Tremont High School | Tremont CUSD 702 |
| Beverly Manor Elementary School | Washington District 50 Schools |
| Marist High School (Chicago, IL) | N/A |

## Indiana

| School | School District |
|---|---|
| Batesville High School | Batesville Community School Corp |
| Batesville Intermediate School | Batesville Community School Corp |
| Batesville Middle School | Batesville Community School Corp |
| Batesville Primary School | Batesville Community School Corp |
| Carmel High School | Carmel Clay Schools |
| Carroll Junior High School | Carroll Consolidated School Corp |
| Carroll Senior High School | Carroll Consolidated School Corp |
| Leo Junior/Senior High School | East Allen County Schools |
| Lewis Cass Elementary School | Lewis Cass Schools |
| Lewis Cass High School | Lewis Cass Schools |
| Lewis Cass Junior High School | Lewis Cass Schools |
| Lewis Cass Polytechnic Academy | Lewis Cass Schools |
| Homestead High School | Southwest Allen County Schools |

## Kansas

| School | School District |
|---|---|
| Circle Towanda Elementary School | Circle Public Schools USD #375 |
| Olathe North Senior High School | Olathe Public Schools |

## Massachusetts

| School | School District |
|---|---|
| J F Kennedy Memorial High School | Franklin Public School District |
| Gerald M. Parmenter Elementary School | Franklin Public School District |
| Remington Middle School | Franklin Public School District |
| Natick High School | Natick Public Schools |
| Norwell Middle School | Norwell Public Schools |
| William G Vinal Elementary School | Norwell Public Schools |
| Cottage Street School | Sharon Public Schools |

## Maryland

| School | School District |
| --- | --- |
| Broadneck High School | Anne Arundel County Public Schools |
| Kingsville Elementary School | Baltimore County Public Schools |
| Perry Hall High School | Baltimore County Public Schools |
| Perry Hall Middle School | Baltimore County Public Schools |
| Patuxent High School | Calvert County Public Schools |
| Ridgely Elementary School | Caroline County Public Schools |
| Carroll County Career & Technology Center | Carroll County Public Schools |
| Eldersburg Elementary School | Carroll County Public Schools |
| North Carroll Middle School | Carroll County Public Schools |
| Westminster East Middle School | Carroll County Public Schools |
| Winfield Elementary School | Carroll County Public Schools |
| Winters Mill High School | Carroll County Public Schools |
| Bohemia Manor High School | Cecil County Public Schools |
| Bohemia Manor Middle School | Cecil County Public Schools |
| Calvert Elementary School | Cecil County Public Schools |
| Cherry Hill Middle School | Cecil County Public Schools |
| Chesapeake City Elementary School | Cecil County Public Schools |
| Conowingo Elementary School | Cecil County Public Schools |
| Elk Neck Elementary School | Cecil County Public Schools |
| Elkton High School | Cecil County Public Schools |
| Gilpin Manor Elementary School | Cecil County Public Schools |
| Kenmore Elementary School | Cecil County Public Schools |
| Leeds Elementary School | Cecil County Public Schools |
| North East High School | Cecil County Public Schools |
| Nort East Middle School | Cecil County Public Schools |
| Perryville High School | Cecil County Public Schools |
| Rising Sun Elementary School | Cecil County Public Schools |
| Rising Sun High School | Cecil County Public Schools |
| Rising Sun Middle School | Cecil County Public Schools |
| Hickory Elementary School | Harford County Public Schools |
| Southampton Middle School | Harford County Public Schools |
| Atholton Elementary School | Howard County Public Schools |
| Folly Quarter Middle School | Howard County Public Schools |
| Howard High School | Howard County Public Schools |
| Triadelphia Ridge Elementary School | Howard County Public Schools |
| Kent County High School | Kent County Public Schools |
| Ashburton Elementary School | Montgomery County Public Schools |
| Blacksburg High School | Montgomery County Public Schools |
| Blacksburg Middle School | Montgomery County Public Schools |
| Bayside Elementary School | Queen Anne's County Public Schools |
| Kent Island Elementary School | Queen Anne's County Public Schools |
| Kent Island High School | Queen Anne's County Public Schools |

## Maryland (Cont.)

| School | School District |
|---|---|
| Stevensville Middle School | Queen Anne's County Public Schools |
| Frederick Christian Academy (Middletown, MD) | N/A |

## Maine

| School | School District[2] |
|---|---|
| Houlton High School | RSU 29/MSAD 29 |
| Spruce Mountain Elementary School | RSU 73 |
| Spruce Mountain Primary School | RSU 73 |

---

[2] RSU stands for Regional School Unit; MSAD stands for Maine School Administrative District

## Michigan

| School | School District |
|--------|-----------------|
| Airport Center for Education | Airport Community Schools |
| Airport Senior High School | Airport Community Schools |
| Fred W Ritter Elementary School | Airport Community Schools |
| Henry Niedermeier Elementary School | Airport Community Schools |
| Joseph C Sterling Elementary School | Airport Community Schools |
| Loren Eyler Elementary School | Airport Community Schools |
| Wagar Junior High School | Airport Community Schools |
| Wagar Middle School | Airport Community Schools |
| Monroe Road Elementary School | Bedford Public Schools |
| Berkshire Middle School | Birmingham Public Schools |
| Greenfield Elementary School | Birmingham Public Schools |
| Wylie E. Groves High School | Birmingham Public Schools |
| Beach Elementary School | Cedar Springs Public Schools |
| Cedar Springs Early Childhood Center | Cedar Springs Public Schools |
| Cedar Springs High School | Cedar Springs Public Schools |
| Cedar Springs Middle School | Cedar Springs Public Schools |
| Cedar Trails Elementary School | Cedar Springs Public Schools |
| Cedar View Elementary School | Cedar Springs Public Schools |
| New Beginnings Alternative High School | Cedar Springs Public Schools |
| Red Hawk Intermediate | Cedar Springs Public Schools |
| Grandville High School | Grandville Public Schools |
| Grandville Oakestown Intermediate School | Grandville Public Schools |
| Star Elementary School | Hastings Area School District |
| North Elementary School | Jefferson Schools (Monroe) |
| Sodt Elementary School | Jefferson Schools (Monroe) |
| Blanche Sims Elementary School | Lake Orion Community Schools |
| Community Ed Resource Center | Lake Orion Community Schools |
| Lake Orion Community High School | Lake Orion Community Schools |
| Oakview Middle School | Lake Orion Community Schools |
| Lakewood High School | Lakewood Public Schools |
| Emma V Lobbestael Elementary School | L'Anse Creuse Public Schools |
| L'Anse Creuse Middle School - Central | L'Anse Creuse Public Schools |
| Stevenson High School | Livonia Public Schools School District |
| Okemos High School | Okemos Public Schools |
| Canton High School | Plymouth Canton Community Schools |
| East Middle School | Plymouth Canton Community Schools |
| Gallimore Elementary School | Plymouth Canton Community Schools |
| Isbister Elementary School | Plymouth Canton Community Schools |
| Pioneer Middle School | Plymouth Canton Community Schools |
| Plymouth High School | Plymouth Canton Community Schools |
| Salem High School | Plymouth Canton Community Schools |
| Jennings Elementary School | Quincy Community Schools |

## Michigan (Cont.)

| School | School District |
|---|---|
| Ravenna High School | Ravenna Public Schools |
| Reeths-Puffer High School | Reeths-Puffer Schools |
| Richmond Community High School | Richmond Community Schools |
| Richmond High School | Richmond Community Schools |
| Richmond Middle School | Richmond Community Schools |
| Will L Lee School | Richmond Community Schools |
| Rochester Adams High School | Rochester Community School District |
| Hamilton-Parsons Elementary School | Romeo Community Schools |
| Romeo High School | Romeo Community Schools |
| Romeo Middle School | Romeo Community Schools |
| South Lyon High School | South Lyon Community Schools |
| Malow Junior High School | Utica Community Schools |
| Schwarzkoff Elementary School | Utica Community Schools |
| Walled Lake Northern High School | Walled Lake Consolidated Schools |
| Doherty Elementary School | West Bloomfield School District |
| Sheiko Elementary School | West Bloomfield School District |
| The Laker Opportunity Center | West Bloomfield School District |
| West Bloomfield Transition Center | West Bloomfield School District |

## Minnesota

| School | School District |
|---|---|
| Bemidji Middle School | Bemidji Area Schools ISD #31 |
| Bemidji Senior High School | Bemidji Area Schools ISD #31 |
| Byron Intermediate School | Byron Public Schools |
| Byron Middle School | Byron Public Schools |
| Byron Primary School | Byron Public Schools |
| Buffalo Community Middle School | Buffalo Hanover Montrose Schools |
| Buffalo Senior High School | Buffalo Hanover Montrose Schools |
| Discovery Elementary School | Buffalo Hanover Montrose Schools |
| Hanover Elementary School | Buffalo Hanover Montrose Schools |
| Northwinds Elementary School | Buffalo Hanover Montrose Schools |
| Chanhassen High School | Eastern Carver County Schools |
| Chaska High School | Eastern Carver County Schools |
| Chaska Middle School East | Eastern Carver County Schools |
| Chaska Middle School West | Eastern Carver County Schools |
| Cleveland Elementary School | Fergus Falls Public Schools ISD #544 |
| Kennedy High School | Fergus Falls Public Schools ISD #544 |
| Kasson-Mantorville Elementary School | Kasson-Mantorville Schools |
| Fernbrook Elementary | Osseo Area Schools ISD #279 |
| Osseo Middle School | Osseo Area Schools ISD #279 |
| Heart of the Lakes Elementary | Perham-Dent Public School District |
| Perham Area Learning Center | Perham-Dent Public School District |
| Perham High School | Perham-Dent Public School District |
| Prairie Wind Middle School | Perham-Dent Public School District |
| Rochester Beacon Academy | N/A |
| Prior Lake High School | Prior Lake Savage Area Schools |
| Bear Cave Intermediate School | Stewartville Public Schools |
| Bonner Elementary School | Stewartville Public Schools |
| Warren Alvarado Oslo Secondary | Warren-Alvarado-Oslo School District #2176 |
| Warren Elementary | Warren-Alvarado-Oslo School District #2176 |
| Hilltop Primary School | Westonka Public Schools |

## Montana

| School | School District |
|---|---|
| Joliet Middle School | Joliet Public Schools |

## North Carolina

| School | School District |
|---|---|
| Eblen Intermediate | Buncombe County Schools |
| Leicester Elementary | Buncombe County Schools |
| Carl A Furr Elementary | Cabarrus County Schools |
| Harold E Winkler Middle | Cabarrus County Schools |
| J N Fries Magnet | Cabarrus County Schools |
| Jay M Robinson High | Cabarrus County Schools |
| Pitts School Road Elementary | Cabarrus County Schools |
| Roberta Road Middle | Cabarrus County Schools |
| West Cabarrus High | Cabarrus County Schools |
| Balls Creek Elementary | Catawba County Schools |
| Bandys High | Catawba County Schools |
| Harry M Arndt Middle | Catawba County Schools |
| Saint Stephens Elementary | Catawba County Schools |
| Jay M Robinson Middle | Charlotte-Mecklenburg Schools |
| Mckee Road Elementary | Charlotte-Mecklenburg Schools |
| Providence High | Charlotte-Mecklenburg Schools |
| Alexander Graham Middle | Charlotte-Mecklenburg Schools |
| Ardrey Kell High | Charlotte-Mecklenburg Schools |
| Ballantyne Elementary | Charlotte-Mecklenburg Schools |
| Beverly Woods Elementary | Charlotte-Mecklenburg Schools |
| Collinswood Language Academy | Charlotte-Mecklenburg Schools |
| Community House Middle | Charlotte-Mecklenburg Schools |
| Cotswold Elementary | Charlotte-Mecklenburg Schools |
| Crestdale Middle | Charlotte-Mecklenburg Schools |
| East Mecklenburg High | Charlotte-Mecklenburg Schools |
| Hopewell High | Charlotte-Mecklenburg Schools |
| McClintock Middle | Charlotte-Mecklenburg Schools |
| Myers Park High | Charlotte-Mecklenburg Schools |
| Providence Spring Elementary | Charlotte-Mecklenburg Schools |
| Rama Road Elementary | Charlotte-Mecklenburg Schools |
| Smithfield Elementary | Charlotte-Mecklenburg Schools |
| South Mecklenburg High | Charlotte-Mecklenburg Schools |
| William Amos Hough High | Charlotte-Mecklenburg Schools |
| Hiwassee Dam Elementary & Middle | Cherokee County Schools |
| Hiwassee Dam High | Cherokee County Schools |
| Ranger Elementary & Middle | Cherokee County Schools |
| Classical Charter Schools of Leland | N/A |
| Burns High | Cleveland County Schools |
| Dc Virgo Preparatory Academy | N/A |
| Falls Lake Academy | N/A |

## North Carolina (Cont.)

| School | School District |
|---|---|
| Long Mill Elementary | Franklin County Schools |
| Belmont Central Elementary | Gaston County Schools |
| Robinson Elementary | Gaston County Schools |
| Wilton Elementary | Granville County Schools |
| Gray Stone Day | N/A |
| Northwest Guilford High | Guilford County Schools |
| Southwest Guilford High | Guilford County Schools |
| Northern Guilford Middle | Guilford County Schools |
| Sharon Elementary | Iredell-Statesville Schools |
| Collaborative College for Technology | Iredell-Statesville Schools |
| Island Montessori Charter School | N/A |
| Archer Lodge Middle | Johnston County Public Schools |
| Clayton High | Johnston County Public Schools |
| Princeton Elementary | Johnston County Public Schools |
| Lake Norman Charter | N/A |
| Millennium Charter Academy | N/A |
| Spring Hope Elementary | Nash County Public Schools |
| John T Hoggard High | New Hanover County Schools |
| Masonboro Elementary | New Hanover County Schools |
| Myrtle Grove Middle | New Hanover County Schools |
| Pine Valley Elementary | New Hanover County Schools |
| Roland Grise Middle | New Hanover County Schools |
| Hunters Creek Middle | Onslow County Schools |
| Morton Elementary | Onslow County Schools |
| Northside High | Onslow County Schools |
| Queens Creek Elementary | Onslow County Schools |
| Richlands Elementary | Onslow County Schools |
| Sand Ridge Elementary | Onslow County Schools |
| Swansboro High | Onslow County Schools |
| Swansboro Middle | Onslow County Schools |
| Trexler Middle | Onslow County Schools |
| White Oak High | Onslow County Schools |
| Hurley Elementary | Rowan-Salisbury School System |
| Rowan Co Early College | Rowan-Salisbury School System |
| Southeast Middle | Rowan-Salisbury School System |
| Telra Institute | N/A |
| Cuthbertson High | Union County Public Schools |
| Porter Ridge Middle | Union County Public Schools |
| Sardis Elementary | Union County Public Schools |
| Union County Early College | Union County Public Schools |
| Apex Middle | Wake County Schools |

## North Carolina (Cont.)

| School | School District |
|---|---|
| Baucom Elementary | Wake County Schools |
| Fuquay Varina Elementary | Wake County Schools |
| Fuquay Varina Middle | Wake County Schools |
| Green Hope Elementary | Wake County Schools |
| Holly Ridge Middle | Wake County Schools |
| Middle Creek Elementary | Wake County Schools |
| Millbrook High | Wake County Schools |
| Wake Forest High | Wake County Schools |
| West Lake Middle | Wake County Schools |
| Herbert Akins Road Middle | Wake County Schools |
| Pine Hollow Middle | Wake County Schools |
| Wake Forest Charter Academy | N/A |
| East Forsyth High | Winston-Salem/Forsyth County Schools |
| Kernersville Middle | Winston-Salem/Forsyth County Schools |
| Piney Grove Elementary | Winston-Salem/Forsyth County Schools |
| West Forsyth High | Winston-Salem/Forsyth County Schools |
| Cash Elementary | Winston-Salem/Forsyth County Schools |
| Mount Tabor High | Winston-Salem/Forsyth County Schools |
| Thomas Jefferson Middle | Winston-Salem/Forsyth County Schools |

## North Dakota

| School | School District |
|---|---|
| McVay Elementary School | Williston Basin 7 |

## Nebraska

| School | School District |
|---|---|
| Aspen Creek Elementary School | Gretna Public Schools |
| Aspen Creek Middle School | Gretna Public Schools |
| Gretna East High School | Gretna Public Schools |
| Millard North High School | Millard Public Schools |
| Loveland Elementary School | Westside Community Schools |
| Westside High School | Westside Community Schools |
| Westside Middle School | Westside Community Schools |

## New Hampshire

| School | School District |
|---|---|
| Grantham Village School | Grantham School District |
| Microsociety Academy Charter School Foundation | N/A |
| Nashua High School South | Nashua School District |
| Fairgrounds Elementary School | Nashua School District |

## New Jersey

| School | School District |
|---|---|
| Brookside School | Allendale Public School District |
| Hillside Elementary School | Allendale Public School District |
| Applied Technology High School | Bergen County Vocational Technical School District |
| Bogota Jr/Sr High School | Bogota Public School District |
| Bogota Middle School | Bogota Public School District |
| E Roy Bixby Elementary School | Bogota Public School District |
| Lillian M Steen Elementary School | Bogota Public School District |
| Byram Intermediate School | Byram Township School District |
| Cinnaminson High School | Cinnaminson Township School District |
| Cinnaminson Middle School | Cinnaminson Township School District |
| McKenzie School | East Rutherford School District |
| Warren Point Elementary School | Fair Lawn Public School District |
| Frelinghuysen Township Elementary School | Frelinghuysen Township School District |
| Greenwich Elementary School | Greenwich Township School District |
| Ann Blanche Smith Elementary School | Hillsdale School District |
| Lafayette Township School | Lafayette Township School District |
| Middle Township High School | Middle Township Public School District |
| Godwin Elementary School | Midland Park School District |
| Highland Elementary School | Midland Park School District |
| Midland Park Jr/Sr High School | Midland Park School District |
| Morristown High School | Morris School District |
| Tinc Rd Elementary School | Mount Olive Township School District |
| Northvale Public School | Northvale Public School District |
| Valley Middle School | Oakland Public School District |
| East Brook Middle School | Paramus Public School District |
| Paramus High School | Paramus Public School District |
| Ridge Ranch Elementary School | Paramus Public School District |
| Martin J Ryerson Middle School | Ringwood School District |
| Pierrepont School | Rutherford School District |
| Rutherford High School | Rutherford School District |
| Chatham Middle School | School District of the Chathams |
| George Washington Elementary School | Union City School District |
| Crescent Elementary School | Waldwick School District |
| Julia A Traphagen Elementary School | Waldwick School District |
| Waldwick High School | Waldwick School District |
| Waldwick Middle School | Waldwick School District |
| Long Valley Middle School | Washington Township School District |
| West Morris Central High School | West Morris Regional High School District |

## Nevada

| School | School District |
|---|---|
| Durango High School | Clark County School District |
| Spring Valley High School | Clark County School District |

## New York

| School | School District |
|---|---|
| Alden Intermediate School | Alden Central School District |
| Amherst Central High School | Amherst Central School District |
| Amherst Middle School | Amherst Central School District |
| Clarence Middle School | Clarence Central School District |
| Clarence Senior High School | Clarence Central School District |
| Harris Hill Elementary School | Clarence Central School District |
| Clyde-Savannah High School | Clyde-Savannah Central School District |
| Clyde-Savannah Junior High School | Clyde-Savannah Central School District |
| East Aurora High School | East Aurora Union Free School District |
| East Aurora Middle School | East Aurora Union Free School District |
| Parkdale Elementary School | East Aurora Union Free School District |
| Eden Elementary School | Eden Central School District |
| Eden Middle & High School | Eden Central School District |
| G L Priess Primary School | Eden Central School District |
| Edgemont Junior/Senior High School | Edgemont Union Free School District |
| Greenville Elementary School | Edgemont Union Free School District |
| Seely Place Elementary School | Edgemont Union Free School District |
| A J Schmidt Elementary School | Evans Brant Central School District (Lake Shore) |
| Highland Elementary School | Evans Brant Central School District (Lake Shore) |
| John T Waugh Elementary School | Evans Brant Central School District (Lake Shore) |
| Lake Shore Senior High School | Evans Brant Central School District (Lake Shore) |
| William G Houston Middle School | Evans Brant Central School District (Lake Shore) |
| Fredonia High School | Fredonia Central School District |
| Fredonia Middle School | Fredonia Central School District |
| Fredonia Elementary School | Fredonia Central School District |
| Wheelock Primary School | Fredonia Central School District |
| Richard Mann Elementary School | Gananda Central School District |
| Ruben A Cirillo High School | Gananda Central School District |
| Charlotte Sidway Elementary School | Grand Island Central School District |
| Grand Island Senior High School | Grand Island Central School District |
| Veronica E Connor Middle School | Grand Island Central School District |
| Boston Valley Elementary School | Hamburg Central School District |
| Charlotte Avenue Elementary School | Hamburg Central School District |
| Hamburg Middle School | Hamburg Central School District |
| Holland High School | Holland Central School District |

**New York (Cont.)**

| School | School District |
| --- | --- |
| Holland Middle School | Holland Central School District |
| Jamesville Dewitt High School | Jamesville Dewitt Central School District |
| Jamesville Dewitt Middle School | Jamesville Dewitt Central School District |
| Ben Franklin Elementary School | Kenmore Tonawanda Union Free School District |
| Red Jacket Middle School | Manchester Shortsville Central School District (Red Jacket) |
| Marion Junior Senior High School | Marion Central School District |
| Concord High School | New York City Geographic District 31 |
| Ps 74 Future Leaders Elementary School | New York City Geographic District 31 |
| Young Women's Leadership of Staten Island | New York City Geographic District 31 |
| Norman R Kelley Intermediate School | Newark Central School District |
| Northville Central Middle/High School | Northville Central School District |
| Saw Mill Road Elementary School | North Bellmore Union Free School District |
| Eggert Road Elementary School | Orchard Park Central School District |
| Orchard Park High School | Orchard Park Central School District |
| Orchard Park Middle School | Orchard Park Central School District |
| Windom Elementary School | Orchard Park Central School District |
| Apalachin Elementary School | Owego Apalachin Central School District |
| Owego Apalachin Middle School | Owego Apalachin Central School District |
| Owego Elementary School | Owego Apalachin Central School District |
| Pittsford Mendon High School | Pittsford Central School District |
| Sodus Jr/Sr High School | Sodus Central School District |
| Tapestry Charter School | N/A |
| Wayne Central Elementary School | Wayne Central School District |
| Wayne Central Primary School | Wayne Central School District |
| Wayne Senior High School | Wayne Central School District |
| Thomas High School | Webster Central School District |
| Willink Middle School | Webster Central School District |
| East Middle School | West Seneca Central School District |
| West Seneca East Senior High School | West Seneca Central School District |
| West Seneca West Senior High School | West Seneca Central School District |
| Williamson Elementary School | Williamson Central School District |
| Williamsville East High School | Williamsville Central School District |
| Delevan Elementary School | Yorkshire Pioneer Central School District |
| Pioneer Middle School | Yorkshire Pioneer Central School District |
| Brookside Elementary School | Yorktown Central School District |
| Crompond Elementary School | Yorktown Central School District |
| Mildred E Strang Middle School | Yorktown Central School District |
| Mohansic Elementary School | Yorktown Central School District |
| Yorktown High School | Yorktown Central School District |

## Ohio

| School | School District |
|---|---|
| Carrollton Elementary School | Carrollton Exempted Village Schools |
| Carrollton High School/Carrollton Middle School | Carrollton Exempted Village Schools |
| Cuyahoga Falls High School | Cuyahoga Falls City School District |
| Elizabeth Price Elementary School | Cuyahoga Falls City School District |
| Roberts Middle School | Cuyahoga Falls City School District |
| Hilliard Heritage Middle School | Hilliard City Schools |
| London High School | London City Schools |
| North Royalton Elementary School | North Royalton City Schools |
| North Royalton High School | North Royalton City Schools |
| North Royalton Middle School | North Royalton City Schools |
| Olmsted Falls High School | Olmsted Falls City Schools |
| Olmsted Falls Middle School | Olmsted Falls City Schools |

## Oregon

| School | School District |
|---|---|
| Gold Beach Jr/Sr High School | Central Curry School District 1 |
| Riley Creek Elementary School | Central Curry School District 1 |

## Pennsylvania

| School | School District |
|--------|-----------------|
| Defranco Elementary School | Bangor Area School District |
| Washington Elementary School | Bangor Area School District |
| Bermudian Springs Elementary School | Bermudian Springs School District |
| Bermudian Springs High School | Bermudian Springs School District |
| Farmersville Elementary School | Bethlehem Area School District |
| Blue Mountain Elementary East School | Blue Mountain School District |
| Blue Mountain Elementary West School | Blue Mountain School District |
| Blue Mountain High School | Blue Mountain School District |
| Blue Mountain Middle School | Blue Mountain School District |
| Brockway Area Elementary School | Brockway Area School District |
| Brockway Area Jr/Sr High School | Brockway Area School District |
| Borland Manor Elementary School | Canon-McMillan School District |
| Canon-McMillan Middle School | Canon-McMillan School District |
| Canon-McMillan High School | Canon-McMillan School District |
| Cecil Intermediate School | Canon-McMillan School District |
| Hills Hendersonville Elementary School | Canon-McMillan School District |
| Muse Elementary School | Canon-McMillan School District |
| North Strabane Intermediate School | Canon-McMillan School District |
| South Central Elementary School | Canon-McMillan School District |
| Wylandville Elementary School | Canon-McMillan School District |
| William Tennent High School | Centennial School District |
| Claysburg Kimmel Elementary School | Claysburg Kimmel School District |
| Adamstown Elementary School | Cocalico School District |
| Cocalico Middle School | Cocalico School District |
| Cocalico High School | Cocalico School District |
| Denver Elementary School | Cocalico School District |
| Reamstown Elementary School | Cocalico School District |
| Conestoga Valley High School | Conestoga Valley School District |
| Smoketown Elementary School | Conestoga Valley School District |
| New Oxford High School | Conewago Valley School District |
| Delaware Valley High School | Delaware Valley School District |
| Delaware Valley Middle School | Delaware Valley School District |
| Garden Spot Middle School | Eastern Lancaster County School District |
| Bear Creek School | Elizabethtown Area School District |
| Elizabethtown Area Middle School | Elizabethtown Area School District |
| Ephrata Intermediate School | Ephrata Area School District |
| East Middle School | Erie City School District |
| Erie High School | Erie City School District |
| Fairfield Area High School | Fairfield Area School District |
| Fairfield Area Middle School | Fairfield Area School District |
| Fannett Metal Elementary School | Fannett Metal School District |
| Fannett Metal Middle School | Fannett Metal School District |

## Pennsylvania (Cont.)

| School | School District |
| --- | --- |
| Fannett-Metal Middle/High School | Fannett-Metal School District |
| Greencastle Antrim Middle School | Greencastle Antrim School District |
| Centerville Elementary School | Hempfield School District |
| Centerville Middle School | Hempfield School District |
| East Petersburg Elementary School | Hempfield School District |
| Farmdale Elementary School | Hempfield School District |
| Hempfield High School | Hempfield School District |
| Landisville Intermediate Center | Hempfield School District |
| Landisville Middle School | Hempfield School District |
| Landisville Primary Center | Hempfield School District |
| Mountville Elementary School | Hempfield School District |
| Rohrerstown Elementary School | Hempfield School District |
| Frankstown Elementary School | Hollidaysburg Area School District |
| Hollidaysburg Area Junior High School | Hollidaysburg Area School District |
| Charles W Longer Elementary School | Hollidaysburg Area School District |
| Iroquois Elementary School | Iroquois School District |
| Iroquois Jr/Sr High School | Iroquois School District |
| Hans Herr Elementary School | Lampeter Strasburg School District |
| Lampeter Elementary School | Lampeter Strasburg School District |
| Reidenbaugh Elementary School | Manheim Township School District |
| Eagleville Elementary School | Methacton School District |
| Methacton High School | Methacton School District |
| Skyview Upper Elementary School | Methacton School District |
| Woodland Elementary School | Methacton School District |
| Worcester Elementary School | Methacton School District |
| Mifflin Co High School | Mifflin County School District |
| Mifflinburg Area Intermediate School | Mifflinburg Area School District |
| Mifflinburg Area Middle School | Mifflinburg Area School District |
| Mifflinburg Area High School | Mifflinburg Area School District |
| Mifflinburg Elementary School | Mifflinburg Area School District |
| Kenneth N Butz Jr Elementary School | Nazareth Area School District |
| Shafer Elementary School | Nazareth Area School District |
| George Wolf Elementary School | Northampton Area School District |
| Moore Elementary School | Northampton Area School District |
| Northampton Area Middle School | Northampton Area School District |
| Octorara Area Junior-Senior High School | Octorara Area School District |
| Oley Valley Elementary School | Oley Valley School District |
| Oley Valley Middle School | Oley Valley School District |
| Oley Valley High School | Oley Valley School District |
| Central Manor Elementary School | Penn Manor School District |
| Letort Elementary School | Penn Manor School District |

## Pennsylvania (Cont.)

| School | School District |
|---|---|
| Martic Elementary School | Penn Manor School District |
| Marticville Middle School | Penn Manor School District |
| Penn Manor High School | Penn Manor School District |
| Pequea Elementary School | Penn Manor School District |
| Penns Manor Area Elementary School | Penns Manor Area School District |
| Paradise Elementary School | Pequea Valley School District |
| Pequea Valley High School | Pequea Valley School District |
| Pequea Valley Intrmediate Sch | Pequea Valley School District |
| Salisbury Elementary School | Pequea Valley School District |
| Evergreen Elementary School | Perkiomen Valley School District |
| North Montco Technical Career Center | Perkiomen Valley School District |
| Perkiomen Valley High School | Perkiomen Valley School District |
| Perkiomen Valley Middle School - East | Perkiomen Valley School District |
| Perkiomen Valley Middle School - West | Perkiomen Valley School District |
| South Elementary School | Perkiomen Valley School District |
| Bower Hill Elementary School | Peters Township School District |
| McMurray Elementary School | Peters Township School District |
| Peters Twp High School | Peters Township School District |
| Peters Twp Middle School | Peters Township School District |
| Pleasant Valley Elementary School | Peters Township School District |
| Punxsutawney Area Elementary School | Punxsutawney Area School District |
| Punxsutawney Area High School | Punxsutawney Area School District |
| Ringgold High School | Ringgold School District |
| Saucon Valley Elementary School | Saucon Valley School District |
| Saucon Valley Middle School | Saucon Valley School District |
| Saucon Valley High School | Saucon Valley School District |
| Solanco High School | Solanco School District |
| Boiling Springs High School | South Middleton School District |
| Baresville Elementary School | South Western School District |
| Emory H Markle Middle School | South Western School District |
| Manheim Elementary School | South Western School District |
| Park Hills Elementary School | South Western School District |
| South Western High School | South Western School District |
| West Manheim Elementary School | South Western School District |
| Richardson Middle School | Springfield School District |
| Springfield High School | Springfield School District |
| Beaumont Elementary School | Tredyffrin/Easttown School District |
| Tredyffrin/Easttown Middle School | Tredyffrin/Easttown School District |
| John Beck Elementary School | Warwick School District |
| Warwick High School | Warwick School District |
| John R Bonfield Elementary School | Warwick School District |

## Pennsylvania (Cont.)

| School | School District |
|---|---|
| Lititz Elementary School | Warwick School District |
| Warwick Middle School | Warwick School District |

## Rhode Island

| School | School District |
|---|---|
| Richmond Elementary School | Chariho Regional School District |
| Myron J Francis Elementary School | East Providence School District |
| Metcalf School | Exeter-West Greenwich Regional School District |
| Wawaloam School | Exeter-West Greenwich Regional School District |
| Vincent J Gallagher Middle School | Smithfield Public Schools |
| Winman Middle School | Warwick Public Schools |

## South Carolina

| School | School District |
| --- | --- |
| Belton Middle | Anderson 02 |
| Starr Elementary | Anderson 03 |
| Southwood Academy for the Arts | Anderson 05 |
| Hilton Head Island High | Beaufort 01 |
| Hilton Head Island Middle | Beaufort 01 |
| Laing Middle | Charleston 01 |
| Thomas C Cario Middle | Charleston 01 |
| American Leadership Academy -- Lexington Campus | Charter Institute at Erskine |
| John W Moore Middle | Florence 01 |
| Bethel Elementary | Greenville 01 |
| Blue Ridge High | Greenville 01 |
| Blythe Academy | Greenville 01 |
| Carolina Academy (High) | Greenville 01 |
| Eastside High | Greenville 01 |
| Gateway Elementary | Greenville 01 |
| Greenville Senior High Academy | Greenville 01 |
| Hillcrest Middle | Greenville 01 |
| J L Mann High Academy | Greenville 01 |
| Lake Forest Elementary | Greenville 01 |
| Langston Charter Middle | Greenville 01 |
| League Academy | Greenville 01 |
| Mauldin Elementary | Greenville 01 |
| Mitchell Road Elementary | Greenville 01 |
| Monarch Elementary | Greenville 01 |
| Pelham Road Elementary | Greenville 01 |
| Riverside High | Greenville 01 |
| Robert E Cashion Elementary | Greenville 01 |
| Ruldolph G Gordon School at Jones Mill | Greenville 01 |
| Sara Collins Elementary | Greenville 01 |
| Sevier Middle | Greenville 01 |
| Stone Academy | Greenville 01 |
| Tanglewood Middle | Greenville 01 |
| Taylors Elementary | Greenville 01 |
| Tigerville Elementary | Greenville 01 |
| Aynor Elementary | Horry 01 |
| Aynor High | Horry 01 |
| Aynor Middle | Horry 01 |
| Black Water Middle | Horry 01 |
| Carolina Forest High | Horry 01 |
| St James Intermediate | Horry 01 |
| Waccamaw Elementary | Horry 01 |
| Forestbrook Middle | Horry 01 |

## South Carolina (Cont.)

| School | School District |
| --- | --- |
| Ocean Bay Middle | Horry 01 |
| Socastee High | Horry 01 |
| New Providence Elementary | Lexington 01 |
| Chapin Elementary | Lexington 05 |
| Chapin High | Lexington 05 |
| Chapin Intermediate | Lexington 05 |
| Chapin Middle | Lexington 05 |
| Dutch Fork High | Lexington 05 |
| Dutch Fork Middle | Lexington 05 |
| Oak Pointe Elementary | Lexington 05 |
| D W Daniel High | Pickens 01 |
| McKissick Academy of Science & Technology | Pickens 01 |
| Green Charter School | SC Public Charter School District |
| New Prospect Elementary | Spartanburg 01 |
| James F Byrnes High | Spartanburg 05 |
| Griggs Road Elementary | York 02 |
| Orchard Park Elementary | York 04 |
| Pleasant Knoll Middle | York 04 |
| Nation Ford High | York 04 |
| Pleasant Knoll Elementary | York 04 |

## South Dakota

| School | School District |
| --- | --- |
| Patrick Henry Middle School   07 | Sioux Falls School District 49 5 |
| Robert Frost Elementary   18 | Sioux Falls School District 49 5 |
| Sioux Valley Elementary   02 | Sioux Valley School District 05 5 |
| Sioux Valley High School   01 | Sioux Valley School District 05 5 |
| Sioux Valley Middle School   04 | Sioux Valley School District 05 5 |

## Tennessee

| School | School District |
|---|---|
| Celina K-8 | Clay County Schools |
| Julia Green Elementary School | Davidson County (Metropolitan Nashville Public Schools) |
| May Werthan Shayne Elementary School | Davidson County (Metropolitan Nashville Public Schools) |
| Meigs Magnet Middle School | Davidson County (Metropolitan Nashville Public Schools) |
| East Brainerd Elementary School | Hamilton County Schools |
| Bellevue Middle School | Memphis Shelby County Schools |
| Cordova Elementary School | Memphis Shelby County Schools |
| Overton High School | Memphis Shelby County Schools |
| Nolensville High School | Williamson County Schools |

## Texas

| School | School District |
|---|---|
| Purcell Elementary School | Abilene ISD |
| Conroe High School | Conroe ISD |
| Dripping Springs Elementary School | Dripping Springs ISD |
| Dripping Springs High School | Dripping Springs ISD |
| Fredericksburg Elementary School | Fredericksburg ISD |
| Jack C Hays High School | Hays CISD |
| R C Barton Middle School | Hays CISD |
| Hamilton Middle School | Houston ISD |
| Henderson N Elementary School | Houston ISD |
| Wheatley High School | Houston ISD |
| Gus Almquist Middle School | Hutto ISD |
| Walnut Grove Middle School | Midlothian ISD |
| Midway High School | Midway ISD |
| Huebner Elementary School | North East ISD |
| Weiss High School | Pflugerville ISD |
| Red Lick Middle School | Red Lick ISD |
| Brushy Creek Elementary School | Round Rock ISD |
| Canyon Vista Middle School | Round Rock ISD |
| Hopewell Middle School | Round Rock ISD |
| Redbud Elementary School | Round Rock ISD |
| Rrisd Early College High School | Round Rock ISD |
| Spicewood Elementary School | Round Rock ISD |
| Westwood High School | Round Rock ISD |

## Utah

| School | School District |
|---|---|
| Weber High School | Weber School District |

## Virginia

| School | School District |
|---|---|
| Cardinal Forest Elementary | Fairfax County Public Schools |
| Mclean High | Fairfax County Public Schools |
| Oakton High | Fairfax County Public Schools |
| Wc Taylor Middle | Fauquier County Public Schools |
| Blue Ridge Middle | Loudoun County Public Schools |
| Broad Run High | Loudoun County Public Schools |
| Riverside High | Loudoun County Public Schools |
| Brooke Point High | Stafford County Public Schools |
| North Stafford High | Stafford County Public Schools |

## Washington (State)

| School | School District |
|---|---|
| Somerset Elementary School | Bellevue School District |
| Impact | Black River Elementary | Impact Public Schools |
| Centennial Elementary | Olympia School District |
| Washington Middle School | Olympia School District |

## Wisconsin

| School | School District |
| --- | --- |
| Bloomer Middle | Bloomer School District |
| Boscobel Elementary | Boscobel Area School District |
| Boscobel High | Boscobel Area School District |
| Boscobel Junior High | Boscobel Area School District |
| Bristol Elementary | Bristol 1 School District |
| Cambridge High | Cambridge School District |
| Chippewa Falls High | Chippewa Falls Area Unified School District |
| Chippewa Falls Middle | Chippewa Falls Area Unified School District |
| Crivitz Elementary | Crivitz School District |
| Crivitz High | Crivitz School District |
| Crivitz Middle | Crivitz School District |
| Evergreen Elementary | D C Everest Area School District |
| Darien Elementary | Delavan Darien School District |
| Kansasville Elementary | Dover 1 School District |
| Lance Middle | Kenosha School District |
| Prairie Lane Elementary | Kenosha School District |
| Tremper High | Kenosha School District |
| Luxemburg-Casco High | Luxemburg-Casco School District |
| Luxemburg-Casco Intermediate | Luxemburg-Casco School District |
| Luxemburg-Casco Middle | Luxemburg-Casco School District |
| Luxemburg-Casco Primary | Luxemburg-Casco School District |
| Prairie View Elementary | Mukwonago School District |
| Lake Denoon Middle | Muskego-Norway School District |
| Mill Valley Elementary | Muskego-Norway School District |
| Horace Mann Elementary | Neenah Joint School District |
| New Leaf Prep Academy | N/A |
| Northland Pines Elementary St Germain | Northland Pines School District |
| Northland Pines High | Northland Pines School District |
| Northland Pines Middle | Northland Pines School District |
| Oakfield Elementary | Oakfield School District |
| Oakfield Middle | Oakfield School District |
| Haugen Elementary | Rice Lake Area School District |
| Sparta High | Sparta Area School District |
| Sparta Meadowview Middle | Sparta Area School District |
| Superior High | Superior School District |
| Superior Middle | Superior School District |
| Douglas Elementary | Watertown Unified School District |
| Waukesha West High School | School District of Waukesha |
| Weyauwega High | Weyauwega Fremont School District |
| Williams Bay Middle | Williams Bay School District |
| Williams Bay Elementary | Williams Bay School District |
| Winneconne Elementary | Winneconne Community School District |
| Winneconne Middle | Winneconne Community School District |

## West Virginia

| School | School District |
| --- | --- |
| Berkeley Heights Elementary School | Berkeley County Schools |
| South Middle School | Monongalia County Schools |

## Wyoming

| School | School District |
| --- | --- |
| Big Piney Elementary School | Sublette County School District 9 |
| Big Piney High School | Sublette County School District 9 |
| Big Piney Middle School | Sublette County School District 9 |
| La Barge Elementary School | Sublette County School District 9 |