# EXHIBIT B

# LIST OF COLLEGES & UNIVERSITIES

Bristol Community College (Mass.)

Brooklyn College of the City University of New York

California Polytechnic State University San Luis Obispo

Eastern Oregon University

Ensign College (Utah)

Florida SouthWestern College (Collier Campus, Naples FL)

Georgia Military College

Lincoln Memorial University

Miami Media School

Southeast Kentucky Community and Technical College