IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STATE OF KANSAS *et al.*,

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF EDUCATION *et al.*,

    *Defendants*.

No. 24-4041-JWB

## ORDER

The Court, having considered the parties' scheduling proposals, hereby enters the following schedule for further proceedings:

- Plaintiffs shall file their dispositive motion on or before August 26, 2024;
- Defendants shall produce the administrative record to Plaintiffs on or before September 20, 2024;
- Defendants shall file their combined dispositive motion and opposition to Plaintiff's dispositive motion on or before September 26, 2024, and Defendants' deadline to respond to the complaint is also extended until September 26, 2024;
- Plaintiffs shall file their combined reply supporting their dispositive motion and opposition to Defendants' dispositive motion on or before October 10, 2024;
- Defendants shall file their reply supporting their dispositive motion on or before October 24, 2024.

**SO ORDERED.**

Dated: August 12, 2024

        _s/ John W. Broomes_
        JOHN W. BROOMES
        UNITED STATES DISTRICT JUDGE