IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| STATE OF KANSAS, *ET AL.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § |
| | § |
| UNITED STATES DEPARTMENT OF EDUCATION, *ET AL.* | § Civil Action No. 5:24-cv-04041-JWB-ADM |
| | § |
| Defendants. | § |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in their memorandum in support and pursuant to Fed. R. Civ. P. 56, Plaintiffs respectfully request the Court enter summary judgment in their favor.

Respectfully submitted this 26th of August, 2024.

KRIS W. KOBACH
Attorney General of Kansas

*/s/ Erin B. Gaide*
Abhishek S. Kambli, 29788
**Deputy Attorney General**
Erin B. Gaide, 29691
Assistant Attorney General
Jay Rodriguez, 29172
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: abhishek.kambli@ag.ks.gov
erin.gaide@ag.ks.gov
jay.rodriguez@ag.ks.gov

1

TREG TAYLOR
**Attorney General of Alaska**

/s/ *Cori Mills*
Cori Mills**
Deputy Attorney General
ALASKA DEPARTMENT OF LAW
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
(907) 465-4239
(515) 281-4209 (fax)
cori.mills@alaska.gov
Counsel for Plaintiff State of Alaska

SEAN REYES
**Attorney General of Utah**

/s/ *Lance F. Sorenson*
Lance F. Sorenson*
Assistant Utah Attorney General
UTAH ATTORNEY GENERAL
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0100
lancesorenson@agutah.gov

Counsel for Plaintiff State of Utah

BRIDGET HILL
**Attorney General of Wyoming**

/s/ *Ryan Schelhaas*
Ryan Schelhaas*
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786 Direct line
(307) 777-6869 Fax
ryan.schelhaas@wyo.gov

Counsel for Plaintiff State of Wyoming

/s/ *William E. Trachman*
William E. Trachman*
James L. Kerwin*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
Phone: (303) 292-2021
wtrachman@mslegal.org
jkerwin@mslegal.org
*Counsel for Plaintiffs Moms for Liberty and Young America's Foundation*

/s/ *Braden H. Boucek*
Kimberly S. Hermann*
Ga. Bar No. 646473
Braden H. Boucek*
Tenn. BPR No. 021399
Ga. Bar No. 396831
Jordan Miller*
*Counsel for Plaintiffs Moms for Liberty and Young America's Foundation*

Michigan Bar. No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel.: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
jmiller@southeasternlegal.org

<div style="columns:2">

*/s/ Tyson C. Langhofer*
Tyson C. Langhofer
Kansas Bar No. 19241
Rachel A. Rouleau*
Virginia Bar No. 97783
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
tlanghofer@ADFlegal.org
rrouleau@ADFlegal.org

Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W. Frampton, IV*
South Carolina Bar No. 75314
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Natalie D. Thompson*
TX Bar No. 24088529
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
(202) 347-3622 Fax
nthompson@ADFlegal.org

*Counsel for Plaintiffs K.R. and FAU*

\* Pro Hac Vice
\*\* Pro Hac Vice forthcoming

</div>