# EXHIBIT B

# LIST OF COLLEGES & UNIVERSITIES

Aims Community College (Greely, CO)

Bowie State University (Bowie, MD)

Boyce College (Louisville, KY)

Central Carolina Technical College (Sumpter, SC)

Chaffey College (Rancho Cucamonga, CA)

Claremont McKenna College (Claremont, CA)

Cochise College (Douglas, AZ)

Colorado Media School (Denver, CO)

Davidson College (Davidson, NC)

Grand Valley State University (Allendale, MI)

Hocking College (Nelsonville, OH)

Illinois Media School (Chicago, IL)

Indiana University—Bloomington (Bloomington, IN)

Jamestown Community College (Jamestown, NY)

Le Moyne College (Syracuse, NY)

Long Beach City College (Long Beach, CA)

Loyola University Chicago (Chicago, IL)

Monroe County Community College (Monroe, MI)

Monterey Peninsula College (Monterey, CA)

Moraine Valley Community College (Palos Hills, IL)

Muskegon Community College (Muskegon, MI)

New College of Florida (Sarasota, FL)

North Seattle Community College (Seattle, WA)

Ohio Christian University (Circleville, OH)

Ohio Dominican University (Columbus, OH)

Olivet Nazarene University (Olivet, IL)

Park University (Parkville, MO)

Rowan-Cabarrus Community College (Salisbury, NC)

Sandhills Community College (Pinehurst, NC)

St. Lawrence University (Canton, NY)

SUNY Genesco (Genesco, NY)

Thaddeus Stevens College of Technology (Lancaster, PA)

University of Bridgeport (Bridgeport, CT)

University of Colorado at Denver (Denver, CO)

University of Idaho (Moscow, ID)

University of Massachusetts – Amherst (Amherst, MA)

University of Mount Olive (Mount Olive, NC)

University of West Alabama (Livingston, AL)

Washington College (Chestertown, MD)