IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| STATE OF KANSAS, *ET AL.*, | § |
| | § |
| *Plaintiffs*, | § |
| | § |
| v. | § |
| | § Civil Action No. 24-4041-JWB |
| UNITED STATES DEPARTMENT OF EDUCATION, *ET AL.* | § |
| | § |
| *Defendants.* | § |

**PLAINTIFFS YOUNG AMERICA'S FOUNDATION'S, FEMALE ATHLETES UNITED'S, AND MOMS FOR LIBERTY'S NOTICE OF CORRECTIONS TO JULY 15, JULY 26, AND JULY 31 LISTS OF SCHOOLS**

Plaintiffs Young America's Foundation, Female Athletes United, and Moms for Liberty (Plaintiff Organizations) come forth and submit a notice of a list of corrections, clarifications, and amendments to the lists of schools they submitted on July 15, July 26, and July 31. In support of this Notice, Plaintiff Organizations advise the Court that they have been in contact with Defendants regarding corrections, clarifications, and amendments to the lists. Plaintiff Organizations represent that the vast majority of corrections, clarifications, and amendments are the result of schools changing names, duplication of schools on the lists, or mismatches between the name of a school in the Nation Center for Education Statistics (NCES)[1] dataset and the name of a school on a given school district's webpage. The list of corrections, clarifications, and amendments brings K-12 school names in line with those names found on a given school district's webpage. In instances where Plaintiff Organizations were unable to either match a previously-listed school name to a school name on a district website or confirm a

---

[1] The NCES is a subdivision of the United States Department of Education. It last published a dataset of all public K-12 schools in the United States for the 2023-24 academic year. The dataset may be found at: Common Core of Data (CCD) - CCD Data Files (ed.gov).

school name with the member associated with the school in question, Plaintiff Organizations have noted that the school may be removed from the list, subject to relisting upon verification of the school's true and correct name. Attached as Exhibit A is a list of corrections, clarifications, and amendments to the K-12 schools that appeared on Plaintiff Organizations' July 15, July 26, and July 31 lists. Attached as Exhibit B is a list of corrections, clarifications, and amendments to the list of colleges and universities submitted by Young America's Foundation and Female Athletes United on July 15, 2024.

Respectfully submitted this 13th day of September, 2024.

        KRIS W. KOBACH
        Attorney General of Kansas

        /s/ *Erin B. Gaide*
        Abhishek S. Kambli
        Deputy Attorney General
        Kansas Bar No. 29788
        Erin B. Gaide
        Assistant Attorney General
        Kansas Bar No. 29691
        Jay Rodriguez
        Assistant Attorney General
        Kansas Bar No. 29172
        Memorial Building, 2nd Floor
        120 SW 10th Avenue
        Topeka, Kansas 66612-1597
        Phone: (785) 296-7109
        Fax: (785) 291-3767
        Email: abhishek.kambli@ag.ks.gov
                erin.gaide@ag.ks.gov
                jay.rodriguez@ag.ks.gov

        /s/  *Jordan  R.  Miller*
        Kimberly S. Hermann*
        Ga. Bar No. 646473
        Braden H. Boucek*
        Tenn. BPR No. 021399
        Ga. Bar No. 396831
        Jordan R. Miller*
        Michigan Bar No. P81467

SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
jmiller@southeasternlegal.org

*Counsel for Plaintiffs Young America's Foundation and Moms for Liberty*

/s/ Rachel A. Rouleau
Tyson C. Langhofer
Kansas Bar No. 19241
Rachel A. Rouleau*
Virginia Bar No. 97783
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20716
(571) 707-2119
(571) 707-4790 Fax
tlanghofer@ADFlegal.org
rrouleau@ADFlegal.org

Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W. Frampton IV*
South Carolina Bar No. 75314
Alliance Defending Freedom

15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

*Counsel for Female Athletes United*

*Pro Hac Vice

3

## CERTIFICATE OF SERVICE

This is to certify that on this the 13th day of September, 2024, this motion was electronically filed with the Clerk of the Court by using the CM/ECF system with electronic service to all counsel.

*/s/ Erin B. Gaide*
Erin B. Gaide
