**EXHIBIT A:**

**Amendments and Corrections to July 15, 2024; July 26, 2024; and July 31, 2024, Lists of K-12 Schools**

## Alabama

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/31 | Perdido Elementary School | Perdido School (K-8) |
| 7/31 | Brayn Elementary School | Bryan Elementary School |

## Arkansas

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Hass Hall Academy | Hass Hall Academy- Fayetteville |

## Arizona

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | American Leadership Academy Gilbert North K-12 | American Leadership Academy Gilbert North 7-12 |
| 7/26 | Heritage Academy Gateway | Heritage Academy Gateway K-8 |
| 7/26 | Heritage Academy | Heritage Academy- Mesa |
| 7/31 | American Leadership Academy Mesa K-6 | American Leadership Academy Mesa Pre-K-6 |
| 7/31 | American Leadership Academy West Foothills K-12 | American Leadership Academy West Foothills 7-12 |
| 7/31 | Ridgeline Academy Inc. | Ridgeline Academy Inc. K-6 |

## California

| List Date | Identified As | Amendment or Change |
| --- | --- | --- |
| 7/15 | Legacy Christian Academy (Valencia, CA) | Remove as private school |
| 7/15 | Libertas Preparatory School (Valencia, CA) | Remove as private school |
| 7/26 | Classical Academy | Classical Academy at 2950 S. Bear Valley Parkway in the Escondido Union School District |
| 7/26 | Costa Mesa High | Costa Mesa Middle & High School |
| 7/26 | Orange County Classical Academy | Change school district to Orange County Department of Education |
| 7/26 | Orcutt Academy Charter | Change school district to Orcutt Union Elementary School District |
| 7/26 | Pacific Coast Academy | Change school district to Dehesa Elementary School District |
| 7/26 | ALBA | ALBA Community Day School |
| 7/26 | Dana | Dana Middle School |
| 7/26 | Emory Elementary | Emory Academy of Global Leadership and Empowerment |
| 7/26 | Bonita Vista Senior High | Bonita Vista High School |
| 7/26 | Castle Park Senior High | Castle Park High School |
| 7/26 | Chula Vista Senior High | Chula Vista High School |
| 7/26 | Trivium Charter School Adventure | Place in Blochman Union Elementary School District |
| 7/31 | Hilltop Senior High | Hilltop High School |
| 7/31 | Wolfskill High | Wolfskill Career Readiness Academy |
| 7/31 | Calvary Christian Academy (San Jose, CA) | Remove from list as private school |
| 7/31 | Parnassus Preparatory Academy (Redondo Beach, CA) | Remove from list as homeschool program |
| 7/31 | Santa Fe Christian Schools (Solana Beach, CA) | Place in San Dieguito Union High School District |

3

## Colorado

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | New Summit Charter Academy | New Summitt Charter Academy Elementary-Middle School |
| 7/26 | The Classical Academy Charter and The Classical Academy Middle School | These should be listed as a single entry covering the Elementary, Middle, and High School. |
| 7/26 | Calhan Secondary School | Calhan High School |
| 7/26 | Adams Elementary School | Place in Colorado Springs District 11 |
| 7/26 | Coronado High School | Place in Colorado Springs District 11 |
| 7/26 | Freedom Elementary School | Place in Colorado Springs District 11 |
| 7/26 | Palmer High School | Place in Colorado Springs District 11 |
| 7/26 | Russell Middle School | Place in Colorado Springs District 11 |
| 7/26 | Twain Elementary School | Place in Colorado Springs District 11 |
| 7/26 | Leman Classical Academy | Leman Academy of Excellence |
| 7/26 | Ellicott Senior High School | Ellicott High School |
| 7/26 | Palmer Ridge High School | Remove second/duplicate reference to this school |
| 7/26 | Ray E Kilmer Elementary School | Remove second/duplicate reference to this school |
| 7/26 | Liberty Common Charter School | Remove second/duplicate reference to this school |
| 7/26 | Liberty Point International School | Liberty Point International Middle School |
| 7/26 | Swallows Charter Academy and Swallows Charter Academy High School | These should be listed as a single entry covering the Elementary, Middle, and High School. |
| 7/26 | Mesa Ridge High School | Remove second/duplicate reference to this school |
| 7/26 | Sproul Junior High School | Remove second/duplicate reference to this school |
| 7/26 | Widefield High School | Remove second/duplicate reference to this school |
| 7/26 | Erie High School | Remove second/duplicate reference to this school |
| 7/31 | New Summit Charter Academy | Remove as already on 7/26 List |
| 7/31 | Golden View Classical Academy | Remove as already on 7/26 List |
| 7/31 | Stem Lab | Stem Lab (K-8) |
| 7/31 | Manhattan Middle School of the Arts & Academics | Manhattan Middle School |
| 7/31 | Meadowlark School | Meadowlark PK-8 School |
| 7/31 | American Academy | American Academy- Castle Pines |

## Colorado (Cont.)

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/31 | Drake Junior High School | Drake Middle School |
| 7/31 | Golden View High School | Golden High School |
| 7/31 | Frederick Senior High School | Frederick High School |

## Connecticut

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/15 | New Branford Connecticut High School | North Branford High School |
| 7/15 | Middles Middle School | Middlesex Middle School |
| 7/31 | Mansfield Elem and High School | Remove from list subject to relisting upon verifying proper name |

## District of Columbia

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/31 | Gonzaga College High School | Remove as private school |
| 7/31 | National Cathedral School | Remove as private school |

## Florida

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | River City Science Academy at Mandarin | River City Science Academy at Mandarin Middle/High School |
| 7/26 | Niceville Senior High School | Niceville High School |
| 7/26 | St. Petersburg Collegiate High School | St. Petersburg Collegiate High School – South |
| 7/26 | Allen D Nease Senior High School | Allen D. Nease High School |
| 7/31 | Samuel W. Wolfson High School | Remove as already on 7/26 list |

## Georgia

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | River City Science Academy at Mandarin | River City Science Academy at Mandarin Middle/High School |

5

## Idaho

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/15 | Pacific Northwest Academy | Remove as private school |

## Iowa

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | ADM Senior High School | ADM High School |
| 7/26 | Cowles Elementary School | Cowles Montessori School |
| 7/26 | Earlham Senior High School | Earlham High School |
| 7/26 | Irwin Elementary School | IKM Elementary School |
| 7/26 | Interstate 35 High School | Interstate 35 Secondary School |
| 7/26 | Johnston Senior High School | Johnston High School |
| 7/26 | Norwalk Senior High School | Norwalk High School |
| 7/26 | Trailridge School | Trailridge Middle School |
| 7/26 | Valley Southwoods | Valley Southwoods Freshman High School |
| 7/31 | Spring Creek 6th Grade Center | Southeast Polk Middle School |

## Illinois

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Barrington Middle Sch Station | Barrington Middle School Station Campus |
| 7/26 | Alcott Elem School | Alcott College Preparatory Elementary School |
| 7/26 | Parkview Jr. High School | Parkview Middle School |
| 7/26 | Lake Forest High School | Lake Forest Community High School |
| 7/26 | Lyons Twp High Sch | Lyons Township High School- North Campus |
| 7/26 | Aux Sable | Aux Sable Elementary School |
| 7/26 | Plum Grove Jr. High School | Plum Grove Middle School |
| 7/26 | Wesclin Sr. High School | Wesclin High School |
| 7/31 | Ashton Franklin Center High School | Ashton Franklin Center Jr./Sr. High School |
| 7/31 | Learn Chtr Middle School | Learn 8 Middle School- 3021 W. Carroll Ave., Chicago, IL |
| 7/31 | Lincoln-Way Central High School | Remove from list as already on 7/26 list |
| 7/31 | Minooka Community High School | Minooka Community High School Central Campus |
| 7/31 | L E Starke Elementary School | L E Starke Primary School<br>Also place in Pekin Public Schools District 108 |
| 7/31 | Broadmoor Junior High School | Place in Pekin Public Schools District 108 |

## Indiana

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Central Middle School | Central Middle International School |
| 7/26 | Northwestern Senior High School | Northwestern High School |
| 7/26 | Carrol Junior High School, Carrol Senior High School | These are listed separately and there are children of members in each but they should be one entry since both schools are in the same building |

## Massachusetts

| List Date | Identified As | Amendment or Change |
| --- | --- | --- |
| 7/26 | Medford High School | Medford High & Vocational Tech High School |
| 7/26 | Bennett-Hemenway School | Bennett-Hemenway Elementary School |
| 7/31 | J F Kennedy Memorial High School | J. F. Kennedy Memorial Elementary School |

## Maryland

| List Date | Identified As | Amendment or Change |
| --- | --- | --- |
| 7/26 | Elmer A. Wolfe Elementary | Remove second/duplicate reference to this school |
| 7/26 | Westminster West Middle | West Middle School |
| 7/31 | Westminster East Middle | East Middle School |
| 7/31 | Nort East Middle School | North East Middle School |
| 7/31 | Blacksburg High School | Move to Montgomery County Public Schools in Virginia, not Maryland |
| 7/31 | Blacksburg Middle School | Move to Montgomery County Public Schools in Virginia, not Maryland |
| 7/31 | Frederick Christian Academy (Middletown, MD) | Frederick Christian Academy (Frederick, MD) |

## Maine

| List Date | Identified As | Amendment or Change |
| --- | --- | --- |
| 7/26 | Leeds Central School | Remove second/duplicate reference to this school |
| 7/31 | Houlton High School | Houlton Middle/High School |

## Michigan

| List Date | Identified As | Amendment or Change |
| --- | --- | --- |
| 7/26 | Dundee Community High School | Dundee High School |
| 7/26 | Ferndale Upper Elementary Campus | Ferndale Upper Elementary Campus and Montessori School |
| 7/26 | Maplewood School | Maplewood Elementary School |
| 7/26 | Gateway Elementary School | Gateway North Elementary School |
| 7/26 | Oakview Elementary School | Oakview South Elementary School |
| 7/26 | Patrick Henry Middle School | Woodhaven Upper Elementary School Also, remove second/duplicate reference to this school. |
| 7/26 | Brownstown Middle School | Remove second/duplicate reference to this school |
| 7/26 | Wegienka Elementary School | Remove second/duplicate reference to this school |
| 7/26 | Woodhaven High School | Remove second/duplicate reference to this school |
| 7/31 | Wagar Junior High School & Wagar Middle School | While members in both schools, this can be listed as a single school as a single building |
| 7/31 | New Beginnings Alternative High School | Remove from list as this is a program within the already listed high school |
| 7/31 | Community Ed Resource Center | Learning Options High School- 455 E. Scripps Rd, Lake Orion, MI |
| 7/31 | Ravenna High School | Remove as already on 7/26 list |
| 7/31 | Will L Lee School | Will L Lee Elementary School |

## Minnesota

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Chisago Lakes Elementary School | Chisago Lakes Primary School |
| 7/26 | Chisago Lakes Senior High School | Chisago Lakes High School |
| 7/26 | Eden Prairie Senior High School | Eden Prairie High School |
| 7/26 | Minnewaska Area Intermediate School | Members at both schools that are in a single building under the name Minnewaska Area Middle School- 25122 State Hwy. 28, Glenwood, MN |
| 7/26 | Minnewaska Area Junior High School | |
| 7/26 | ALC Independent Study | Bridges Area Learning Center- 15870 Fish Point Rd, Prior Lake, MN |
| 7/26 | John Marshall Senior High School | John Marshall High School |
| 7/26 | Lincoln K-8 District Wide School | Lincoln K-8 Elementary School |
| 7/26 | Stewartville Senior High School | Stewartville High School |
| 7/31 | Bemidji Senior High School | Bemidji High School |
| 7/31 | Buffalo Senior High School | Buffalo High School |
| 7/31 | Warren Alvarado Oslo Secondary | Warren-Alvarado-Oslo High School |

## North Carolina

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/15 | Moving Mountains Academy | Remove as homeschool program |
| 7/26 | American Leadership Academy-Coastal | Remove second/duplicate reference to this school |
| 7/26 | G C Hawley Middle | Remove second/duplicate reference to this school |
| 7/26 | Lake Norman High | Remove second/duplicate reference to this school |
| 7/26 | Shepard Elementary | Remove second/duplicate reference to this school |
| 7/31 | J N Fries Magnet | J N Fries Middle School |
| 7/31 | Ardrey Kell High | Remove as already on 7/26 list |
| 7/31 | Beverly Woods Elementary | Remove as already on 7/26 list |
| 7/31 | Cotswold Elementary | Billingsville/Cotswold Elementary School |

## North Dakota

| List Date | Identified As | Amendment or Change |
| --- | --- | --- |
| 7/26 | Magic City Campus High School | Minot High School |
| 7/26 | Bakken Elementary School | Bakken-Ridge Center on the Williston Middle School Central Campus |
| 7/26 | Williston Middle School | Remove as duplicative of Williston Middle School Central Campus |

## New Hampshire

| List Date | Identified As | Amendment or Change |
| --- | --- | --- |
| 7/26 | Colebrook Academy and Elementary School (E) | This is a reference to students enrolled in the elementary school portion of this school at 27 Dumont St., Colebrook, NH |
| 7/26 | Colebrook Academy and Elementary School (H) | This is a reference to students enrolled in the high school portion of this school at 27 Dumont St., Colebrook, NH |

## New Jersey

| List Date | Identified As | Amendment or Change |
| --- | --- | --- |
| 7/26 | Carl H. Kumpf School | Carl H. Kumpf Middle School |
| 7/26 | Northern Valley Central | Northern Valley Central/Regional Programs/Summit |

## Nevada

| List Date | Identified As | Amendment or Change |
| --- | --- | --- |
| 7/26 | Faiss Wilbur & Theresa Middle School | Wilbur & Theresa Faiss Middle School |

## New York

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/15 | Suffern Central | Remove subject to relisting upon determining specific school rather than school district |
| 7/26 | Frontier Senior High School | Frontier High School |
| 7/26 | Newark Senior High School | Newark High School |
| 7/26 | Oyster Bay High School and Oyster Bay Middle School | While there are children of members in both schools, this can be listed as a single school since single building |
| 7/26 | Palmyra Macedon Senior High School | Palmyra Macedon High School |
| 7/26 | Thornell Road School | Thornell Road Elementary School |
| 7/31 | Clarence Senior High School | Clarence High School |
| 7/31 | Clyde-Savannah High School | Clyde-Savannah Senior High School |
| 7/31 | Lake Shore Senior High School | Lake Shore High School |
| 7/31 | Wheelock Primary School | Wheelock Early Childhood Center |
| 7/31 | Jamesville Dewitt High School | Remove as already on 7/26 list |
| 7/31 | Jamesville Dewitt Middle School | Remove as already on 7/26 list |
| 7/31 | Pittsford Mendon High School | Mendon High School |
| 7/31 | Wayne Senior High School | James A. Beneway High School |

## Oregon

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/15 | JoLane Middle School | Joseph Lane Middle School (already included under this correct name on subsequent list) |
| 7/26 | Adrian Elementary School | Adrian Elementary/Middle School |

## Pennsylvania

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Baldwin SHS | Baldwin High School |
| 7/26 | J.E. Harrison Education Ctr. | J.E. Harrison Middle School |
| 7/26 | Crestwood Secondary Campus | Crestwood High School @ Crestwood Secondary Campus |
| 7/26 | Greencastle Antrim SHS | Greencastle-Antrim High School Also can remove second/duplicate reference to this school |
| 7/26 | Haverford SHS | Haverford High School |
| 7/26 | Lampeter Strasburg SHS | Lampeter Strasburg High School |
| 7/26 | Elk Ridge School | Elk Ridge Elementary School |
| 7/26 | Jordan Bank School | Jordan Bank Kindergarten Center |
| 7/26 | Nottingham School | Nottingham Elementary School |
| 7/26 | Pennridge South Middle School | South Middle School |
| 7/26 | Pittston City Intermd Ctr | Pittston Area Intermediate Center |
| 7/26 | Seneca Valley High School | Seneca Valley Senior High School |
| 7/26 | Southern Lehigh Intermediate School | Joseph P. Liberati Intermediate School |
| 7/26 | Southern Lehigh SHS | Southern Lehigh High School |
| 7/26 | Spring Ford SHS 9-12 Ctr. | Spring-Ford Area High School |
| 7/26 | Conestoga SHS | Conestoga High School |
| 7/26 | Upper Darby SHS | Upper Darby High School |
| 7/31 | Fannett Metal Elementary School | Fannett-Metal K-5 School |
| 7/31 | Fannett Metal Middle School | Remove as middle school is part of high school and Fannett-Metal Middle/High School is already listed |

## Rhode Island

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Blackrock School | Blackrock Elementary School |
| 7/26 | Aquidneck School | Aquidneck Elementary School |
| 7/26 | Forest Avenue School | Forest Avenue Elementary School |
| 7/26 | North Kingstown Sr. High | North Kingstown High School |

## South Carolina

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Charles B Dubose Middle | Charles B. Dubose Jr. Middle School |
| 7/26 | Olanta Elementary | Olanta Creative Arts and Science Magnet School |
| 7/26 | Scranton Elementary | Scranton Elementary STEM Academy |
| 7/26 | Boundary St. Elementary | Boundary Street Elementary |
| 7/31 | Carolina Academy (High) | Carolina High School & Academy |
| 7/31 | Greenville Senior High Academy | Greenville High Academy |
| 7/31 | Griggs Road Elementary | Place in Clover School District |
| 7/31 | Orchard Park Elementary | Place in Fort Mill School District |
| 7/31 | Pleasant Knoll Middle | Place in Fort Mill School District |
| 7/31 | Nation Ford High | Place in Fort Mill School District |
| 7/31 | Pleasant Knoll Elementary | Place in Fort Mill School District |

## South Dakota

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Tea Area Legacy Elementary - 01 | Legacy Elementary School |

## Tennessee

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Riverdale Elementary School | Riverdale K-8 School |

## Texas

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/15 | Founders Classical Academy | Remove as private school |
| 7/26 | Glen Rose J High Schoolchool | Glen Rose Junior High School |
| 7/26 | Elementary Schoollis Co JJAEP | Ellis County JJAEP- 2272 FM 878, Waxahachie, TX |
| 7/26 | Maypearl Pri | Maypearl Primary School |
| 7/26 | Samuelementary School Beck Elementary School | Samuel Beck Elementary School |

## Virginia

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | James G Brumfield Elementary | Remove second/duplicate reference to this school |
| 7/26 | Charles J Coglan Sr High | Remove second/duplicate reference to this school |
| 7/26 | Covington Harper Elementary | Remove second/duplicate reference to this school |
| 7/26 | EH Marsteller Middle | Remove second/duplicate reference to this school |

## Washington (State)

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Acceleration Academy | Bethel Acceleration Academy |
| 7/26 | Eastmont Senior High | Eastmont High School |
| 7/26 | Chambers Elementary | Chambers Primary School |

## Wisconsin

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Appleton Bilingual School | Appleton Bilingual Charter School |
| 7/26 | Auburndale High | Auburndale Middle/High School |
| 7/26 | Boyceville High & Boyceville Middle | Can be listed as single school since single building |
| 7/26 | Clear Lake Junior High | Clear Lake Junior/Senior High School |
| 7/26 | Early Childhood | Early Childhood Program in Parkview Elementary School |
| 7/26 | D C Everest High | D. C. Everest Senior High School |
| 7/26 | Elkhorn Options Virtual School | Options Virtual Charter School |
| 7/26 | Erin Elementary | Erin School |
| 7/26 | Frederic 6-12 School | Frederic 6-12 Grade School |
| 7/26 | Hartford High | Hartford Union High School |
| 7/26 | South Elementary | Hartland South Elementary School  Also remove second/duplicate reference to this school |
| 7/26 | North Elementary | Hartland North Elementary School |
| 7/26 | Dr H B Tanner Elementary | Dr H B Tanner Early Learning Center |
| 7/26 | River View School | River View Middle School |
| 7/26 | Theresa Elementary | Theresa Learning Center |
| 7/26 | Marathon Elementary | Marathon Area Elementary School |
| 7/26 | Marshfield K4 | Remove subject to relisting once specific campus is identified |
| 7/26 | Medford Elementary | Medford Area Elementary School |
| 7/26 | Medford High | Medford Area Senior High School |
| 7/26 | Medford Middle | Medford Area Middle School |
| 7/26 | Benjamin Franklin Elementary and Early Learning Center | Benjamin Franklin Elementary School |
| 7/26 | Donges Bay Elementary | Remove second/duplicate reference to this school |
| 7/26 | Homestead High | Remove second/duplicate reference to this school |
| 7/26 | Lake Shore Middle | Remove second/duplicate reference to this school |
| 7/26 | Wilson Elementary | Remove second/duplicate reference to this school |
| 7/26 | Milton Elementary School | Remove subject to relisting once East versus West School is determined |
| 7/26 | Milton Senior High School | Remove as second/duplicate reference to Milton High School |
| 7/26 | New Richmond Hillside Elementary | Hillside Elementary School |
| 7/26 | New Richmond Paperjack Elementary | Paperjack Elementary School |
| 7/26 | New Richmond Starr Elementary | Starr Elementary School |

## Wisconsin (Continued)

| List Date | Identified As | Amendment or Change |
|---|---|---|
| 7/26 | Paris Elementary | Paris Consolidated School |
| 7/26 | Phillips High and Phillips Middle | Can be listed as one school under the name Phillips 6-12 School |
| 7/26 | John Edwards High and John Edwards Middle | Can be listed as one school under the name John Edwards Middle/High School |
| 7/26 | Starbuck- An IB World School | Starbuck International K-8 School |
| 7/26 | Seymour High | Seymour Community High School |
| 7/26 | Riverview Elementary | Riverview School |
| 7/26 | Spencer Junior HighHigh | Spencer Middle/High School |
| 7/26 | Stratford High and Stratford Middle | Can be listed as one school under the name Stratford Middle/High School Also, can remove second/duplicate reference to Stratford High |
| 7/26 | Stratford Public School | Remove subject to relisting upon proper name verification |
| 7/26 | Swallow Elementary | Swallow School |
| 7/26 | Union Grove High | Union Grove Union High School |
| 7/26 | Waterford High | Waterford Union High School |
| 7/31 | Boscobel High | Boscobel Middle/High School |
| 7/31 | Boscobel Junior High | Remove as this is part of Boscobel Middle/High School |
| 7/31 | Bristol Elementary | Bristol School |
| 7/31 | Chippewa Falls High | Chippewa Falls Senior High |
| 7/31 | Kansasville Elementary | Kansasville School |
| 7/31 | Northland Pines Elementary St. Germain | St. Germain Elementary School |
| 7/31 | Oakfield Middle | Oakfield Middle/High School |
| 7/31 | Sparta Meadowview Middle | Meadowview Middle School |