**EXHIBIT B:**

**Amendments and Corrections to July 15, 2024, List of Colleges & Universities**

| List Date | State | Identified As | Amendment or Change |
|---|---|---|---|
| 7/15 | VA | Liberty University Online Academy (Lynchburg, VA) | Move from College & University list to K-12 list |
| 7/15 | CA | Columbia College (CA) | Columbia College (Sonora, CA) |
| 7/15 | GA | Piedmont College | Piedmont University |
| 7/15 | MI | Rochester College | Rochester Christian University (Rochester Hills, MI) |
| 7/15 | IN | Saint Mary's College | St. Mary's College (Notre Dame, IN) |
| 7/15 | IL | Wheaton College | Wheaton College (Wheaton, IL) |
| 7/15 | IN | Indiana University-Purdue University Fort Wayne | Purdue Fort Wayne (Fort Wayne, IN) |
| 7/15 | MI | Grace Bible College | Grace Christian University (Grand Rapids, MI) |
| 7/15 | VA | Lord Fairfax Community College | Laurel Ridge Community College |
| 7/15 | PA | Mansfield University of Pennsylvania | Commonwealth University of Pennsylvania at Mansfield |
| 7/15 | MT | Montana Tech of the University of Montana | Montana Technological University |
| 7/15 | IN | Purdue University Calumet | Purdue University Northwest |
| 7/15 | NJ | Rowan College at Gloucester County | Remove subject to reinclusion upon identification of campus |
| 7/15 | NY | Empire State College | Empire State University |
| 7/15 | NY | Touro College | Touro University |
| 7/15 | TX | US Army—Baylor University | Remove as duplicative of Baylor University listing |
| 7/15 | TX | Mountain View College | Dallas College—Mountain View Campus |
| 7/15 | NC | Davidson County Community College | Davidson-Davie Community College |