IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION *et al.*,<br><br>    *Defendants*. | No. 24-4041-JWB |

**DEFENDANTS' CROSS-MOTION FOR JUDGMENT
ON THE ADMINISTRATIVE RECORD AND DISMISSAL**

For the reasons stated in Defendants' memorandum in support, Defendants respectfully move for judgment on the administrative record in their favor, *see Olenhouse v. Commodity Credit Corp.*, 42 F.3d 1560, 1580 (10th Cir. 1994), and for partial dismissal of Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 12(b).

Dated: September 26, 2024                                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Rebecca Kopplin*
REBECCA KOPPLIN
Cal. Bar 313970
CLAYTON L. BAILEY
PARDIS GHEIBI
JOHN T. LEWIS
BENJAMIN TAKEMOTO
ELIZABETH TULIS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-514-3953
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*