IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION *et al.*, <br><br> *Defendants*. | No. 24-4041-JWB |

**UNOPPOSED MOTION FOR EXCESS PAGES**

On October 24, 2024, Defendants will file their reply supporting their motion for judgment on the administrative record, which will complete the briefing on the parties' 4-brief schedule for dispositive motions. ECF No. 77. Under the Local Rules, reply briefs supporting summary judgment may be up to 15 pages. Rule 7.1(d).

Mindful of the value of the Court's time, Defendants have endeavored to draft their brief within this page limitation. Unfortunately, Defendants have found it difficult to fully address the arguments in Plaintiffs' opposition within that page limitation. Because Plaintiffs moved first in the four-brief schedule, Plaintiffs were able to file two briefs using the 40-page default page limitation. Accordingly, Defendants respectfully request a modest extension of 10 pages for their forthcoming reply, giving them up to 25 pages. Defendants will endeavor to file a shorter brief, if possible.

Plaintiffs do not oppose the requested relief.

Dated: October 16, 2024                              Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

/s/ Rebecca Kopplin
REBECCA KOPPLIN
Cal. Bar 313970
CLAYTON L. BAILEY
PARDIS GHEIBI
JOHN T. LEWIS
BENJAMIN TAKEMOTO
ELIZABETH TULIS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-514-3953
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*