IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, *ET AL.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 24-4041-JWB |
| UNITED STATES DEPARTMENT OF | § | |
| EDUCATION, *ET AL.* | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFFS YOUNG AMERICA'S FOUNDATION'S AND MOMS FOR LIBERTY'S NOTICE OF SUPPLEMENTAL LIST OF SCHOOLS

Plaintiffs Young America's Foundation and Moms for Liberty come forth and submit a notice of supplemental list of schools attended by their members or the children of their members. Attached as Exhibit A is a list of additional K-12 schools attended by members of Young America's Foundation and the children of members of Moms for Liberty. Attached as Exhibit B is a list of additional colleges and universities attended by members of Young America's Foundation.

Respectfully submitted this 12th day of November, 2024.

KRIS W. KOBACH
Attorney General of Kansas

/s/ *Erin B. Gaide*
Abhishek S. Kambli
Deputy Attorney General
Kansas Bar No. 29788
Erin B. Gaide
Assistant Attorney General
Kansas Bar No. 29691
Jay Rodriguez

Assistant Attorney General

Kansas Bar No. 29172

Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: abhishek.kambli@ag.ks.gov
        erin.gaide@ag.ks.gov
        jay.rodriguez@ag.ks.gov


/s/    Jordan   R.   Miller
Kimberly S. Hermann*
Ga. Bar No. 646473
Braden H. Boucek*
Tenn. BPR No. 021399
Ga. Bar No. 396831
Jordan R. Miller*
Michigan Bar No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
jmiller@southeasternlegal.org


*Counsel for Plaintiffs Young America's Foundation and
Moms for Liberty*


*Pro Hac Vice

## CERTIFICATE OF SERVICE

This is to certify that on this the 12th day of November, 2024, this motion was electronically filed with the Clerk of the Court by using the CM/ECF system with electronic service to all counsel.

/s/ *Erin B. Gaide*
Erin Gaide