# EXHIBIT A

# LIST OF K-12 SCHOOLS

## Alaska

| School | School District |
|--------|-----------------|
| Rilke Schule German Charter School of Arts & Sciences | Anchorage School District |
| Service High School | Anchorage School District |
| Mountain View Elementary | Kenai Peninsula Borough School District |
| Sitka High School | Sitka School District |

## Alabama

| School | School District |
|--------|-----------------|
| Spanish Fort Elementary School | Baldwin County Public Schools |
| Spanish Fort High School | Baldwin County Public Schools |
| Spanish Fort Middle School | Baldwin County Public Schools |
| Clay-Chalkville High School | Jefferson County Schools |
| Dalraida Elementary School | Montgomery County Public Schools |
| Chelsea High School | Shelby County Schools |
| Forest Oaks Elementary School | Shelby County Schools |

## Arkansas

| School | School District |
|--------|-----------------|
| Elkins Middle School | Elkins School District |

## Arizona

| School | School District |
|---|---|
| Canyon View High School | Agua Fria Union High School District (4289) |
| Ironwood Ridge High School | Amphitheater Unified District (4406) |
| Cactus Shadows High School | Cave Creek Unified District 93 (4244) |
| Arizona College Prep High School | Chandler Unified District 80 (4242) |
| Arizona College Prep Middle School | Chandler Unified District 80 (4242) |
| Shumway Leadership Academy | Chandler Unified District 80 (4242) |
| Jefferson Preparatory High School | Choice Academies Inc (90138) |
| Paragon Science Academy K-12 | Sonoran Schools |
| Sonoran Science Academy   Tucson | Sonoran Schools |
| Sonoran Virtual Academy | Sonoran Schools |
| Sonoran Science Academy East K-8 | Sonoran Schools |
| Empower College Prep High School | Empower College Prep (91277) |
| Lincoln Preparatory Academy | GreatHearts Academies |
| Cortina Elementary | Higley Unified School District (4248) |
| Combs High School | J O Combs Unified School District (4445) |
| Bush Elementary | Mesa Unified District (4235) |
| Mendoza Elementary School | Mesa Unified District (4235) |
| Red Mountain Ranch Elementary | Mesa Unified District (4235) |
| Salk Elementary School | Mesa Unified District (4235) |
| Shepherd Junior High School | Mesa Unified District (4235) |
| Cheyenne Elementary School | Peoria Unified School District (4237) |
| Mountainside Middle School | Scottsdale Unified District (4240) |
| Desert Marigold School | Valley Of The Sun Waldorf Education Association D (79957) |
| Kofa High School | Yuma Union High School District (4507) |
| Yuma High School | Yuma Union High School District (4507) |

## California

| School | School District |
| --- | --- |
| San Benito Elementary | Atascadero Unified School District |
| Buckeye School Of The Arts | Gateway Unified School District |
| Central Valley High School | Gateway Unified School District |
| The Academy Of Innovation | Hemet Unified School District |
| Bautista Creek Elementary School | Hemet Unified School District |
| Woodbury Elementary | Irvine Unified School District |
| Agoura High | Las Virgenes Unified |
| Grover Heights Elementary | Lucia Mar Unified School District |
| Oceano Elementary | Lucia Mar Unified School District |
| Butterfield Language Academy | Moreno Valley Unified School District |
| Silverwood Elementary School | Mt. Diablo Unified School District |
| Rail Ranch Elementary | Murrieta Valley Unified School Districts |
| Curie Elementary | San Diego Unified School District |
| Iron Horse Middle | San Ramon Valley Unified School District |
| Walt Disney Elementary | San Ramon Valley Unified School District |
| Woodside High School | Sequoia Union High School District |
| Fairwood Explorer Elementary | Sunnyvale School District |
| Casita Center | Vista Unified |
| Rancho Buena Vista High School | Vista Unified |

## Colorado

| School | School District |
| --- | --- |
| Liberty High School | Academy School District No 20 |
| Bayfield High School | Bayfield School District No 10Jt R |
| Bayfield Intermediate School | Bayfield School District No 10Jt R |
| Bayfield Middle School | Bayfield School District No 10Jt R |
| Doherty High School | Colorado Springs School District No 11 |
| Delta High School | Delta County Joint District 50J |
| Chaparral High School | Douglas County School District No Re 1 |
| Mountain Ridge Middle School | Douglas County School District No Re 1 |
| Bear Creek Elementary School | Lewis-Palmer School District 38 |
| Monument  Academy | Lewis-Palmer School District 38 |
| Arapahoe High School | Littleton Public Schools |
| Grand Junction High School | Mesa County Valley School District 51 |
| West Middle School | Mesa County Valley School District 51 |
| Crestone Charter School | Moffat Consolidated School District #2 |
| Cedar Ridge Elementary School | Pueblo County School District 70 |
| Liberty Point Elementary School | Pueblo County School District 70 |
| Rye High School | Pueblo County School District 70 |
| Ascent Classical Academy of Northern Denver | Colorado Charter School Institute |
| Ascent Classical Academy of Northern Colorado | Colorado Charter School Institute |

## Connecticut

| School | School District |
| --- | --- |
| Canton High School | Canton Public School District |
| Nayaug School | Glastonbury Public Schools |
| Green Acres Elementary School | North Haven Public Schools |
| North Haven High School | North Haven Public Schools |
| North Haven Middle School | North Haven Public Schools |
| Har-Bur Middle School | Regional School District 10 |
| Harwinton Consolidated School | Regional School District 10 |
| Lake Garda Elementary School | Regional School District 10 |
| Lewis S. Mills High School | Regional School District 10 |
| Simsbury High School | Simsbury Public Schools |

## Delaware

| School | School District |
| --- | --- |
| Carrie Downie Elementary | Colonial School District |
| Delmar High School | Delmar School District |
| Delmar Middle School | Delmar School District |

## Florida

| School | School District |
|--------|-----------------|
| Sea Park Elementary | Brevard Public Schools |
| Surfside Elementary | Brevard Public Schools |
| Lake Asbury Elementary School | Clay County School District |
| Lake Asbury Junior High School | Clay County School District |
| Ortega Elementary | Duval County Public Schools |
| Freedom High School | Hillsborough County Public Schools |
| Buck Lake Elementary School | Leon County Schools |
| Gilchrist Elementary School | Leon County Schools |
| Chiles High School | Leon County Schools |
| Roberts Elementary School | Leon County Schools |
| Swift Creek Middle School | Leon County Schools |
| Dunnellon Elementary School | Marion County Public Schools |
| Dunnellon High School | Marion County Public Schools |
| Dunnellon Middle School | Marion County Public Schools |
| Fort McCoy School | Marion County Public Schools |
| Ina A. Colen Academy | Marion County Public Schools |
| North Marion High School | Marion County Public Schools |
| Yulee Middle School | Nassau County School District |
| Yulee Primary School | Nassau County School District |
| Antioch Elementary School | Okaloosa County School District |
| Bluewater Elementary School | Okaloosa County School District |
| Crestview High School | Okaloosa County School District |
| Southside Primary School | Okaloosa County School District |
| Apopka High School | Orange County Public Schools |
| Emerald Cove Middle School | The School District of Palm Beach County |
| Wellington Landings Middle School | The School District of Palm Beach County |
| William T. Dwyer High School | The School District of Palm Beach County |
| Osceola Fundamental High | Pinellas County Schools |
| Osceola Middle | Pinellas County Schools |
| Walsingham Elementary | Pinellas County Schools |

## Georgia

| School | School District |
|--------|-----------------|
| Temple High School | Carroll County Schools |
| Brunswick High School | Glynn County Schools |
| Jane Macon Middle School | Glynn County Schools |
| Perry Middle School | Houston County School District |
| Liberty County High School | Liberty County School Systems |
| Liberty Elementary School | Liberty County School Systems |
| Midway Middle School | Liberty County School Systems |

## Hawaii

| School | School District |
|--------|-----------------|
| Kalihi Waena Elementary | Hawaii Department of Education/Honolulu District |

## Iowa

| School | School District |
|--------|-----------------|
| Eagle Heights Elementary | Clinton Community School District |
| Linn-Mar High School | Linn-Mar Community School District |
| Prairieview School | Waukee Community School District |

## Idaho

| School | School District |
|--------|-----------------|
| Canfield Middle School | Coeur D'Alene Public Schools |
| Coeur D'Alene High School | Coeur D'Alene Public Schools |
| Hayden Meadows Elementary | Coeur D'Alene Public Schools |

## Illinois

| School | School District[1] |
|---|---|
| Aviston Elem School | Aviston School District 21 |
| Bartelso Elem School | Bartelso School District 57 |
| Canton High School | Canton Union School District 66 |
| Ingersoll Middle School | Canton Union School District 66 |
| Central Comm High School | Central CHSD 71 |
| Channahon Junior High School | Channahon School District 17 |
| N B Galloway Elem School | Channahon School District 17 |
| Pioneer Path | Channahon School District 17 |
| Three Rivers School | Channahon School District 17 |
| Deer Creek-Mackinaw High School | Deer Creek Mackinaw CUSD 701 |
| Deer-Creek Mackinaw Intermediate School | Deer Creek Mackinaw CUSD 701 |
| Deer-Creek Mackinaw Primary/Junior High School | Deer Creek Mackinaw CUSD 701 |
| East Peoria High School | East Peoria CHSD 309 |
| Highland Elem School | Meridian CUSD 223 |
| Meridian Jr High School | Meridian CUSD 223 |
| Monroe Center Grade School | Meridian CUSD 223 |
| Stillman Valley High School | Meridian CUSD 223 |
| Grundy Elem School | Morton CUSD 709 |
| Kingsley Elementary School | Naperville CUSD 203 |
| Lincoln Junior High School | Naperville CUSD 203 |
| Palatine High School | Township HSD 211 |
| Walter R Sundling Middle School | Palatine CCSD 15 |
| Plainfield East High School | Plainfield CCSD 202 |
| Ira Jones Middle School | Plainfield CCSD 202 |
| Red Bud High School | Red Bud CUSD 132 |
| Robein Elem School | Robein School District 85 |
| South Pekin Elem School | South Pekin Grade School District 137 |
| Spoon River Valley Junior High School | Spoon River Valley CUSD #4 |
| West Elementary School | Sycamore CSD 427 |
| James B Conant High School | Township HSD 211 |
| Schaumburg High School | Township HSD 211 |

---

[1] HSD stands for High School District; CSD stands for Community School District; CUSD stands for Community Unit School District; CHSD stands for Community High School District; CCSD stands for Community Consolidated School District.

## Indiana

| School | School District |
| --- | --- |
| Henryville Jr & Sr High School | Borden Henryville School Corporation |
| Blackhawk Middle School | Fort Wayne Community Schools |
| Northrop High School | Fort Wayne Community Schools |

## Kansas

| School | School District |
| --- | --- |
| Blue Valley Northwest High | Blue Valley Unified School District 229 |
| De Soto High School | Unified School District 232 |
| Starside Elementary | Unified School District 232 |
| Price Harris Communications Magnet | Wichita Public Schools Unified School District 259 |

## Kentucky

| School | School District |
| --- | --- |
| Ryland Heights Elementary School | Kenton County School District |
| Summit View Academy | Kenton County School District |

## Massachusetts

| School | School District |
|---|---|
| Bellingham Early Childhood Center | Bellingham Public Schools |
| Bellingham High School | Bellingham Public Schools |
| Bellingham Memorial School | Bellingham Public Schools |
| Joseph F Dipietro Elementary School | Bellingham Public Schools |
| Keough Memorial Academy | Bellingham Public Schools |
| Stall Brook Elementary School | Bellingham Public Schools |
| Ayers Ryal Side School | Beverly Public Schools |
| Beverly High School | Beverly Public Schools |
| Beverly Middle School | Beverly Public Schools |
| Centerville Elementary | Beverly Public Schools |
| Cove Elementary School | Beverly Public Schools |
| Hannah Elementary School | Beverly Public Schools |
| McKeown preschool | Beverly Public Schools |
| North Beverly Elementary | Beverly Public Schools |
| Kilmer K 8 School | Boston Public Schools |
| Laliberte Elementary School | Bridgewater-Raynham Regional School District |
| Ivan G Smith | Danvers Public Schools |
| Dudley Middle School | Dudley Charlton Regional School District |
| Shepherd Hill Regional High | Dudley Charlton Regional School District |
| Duxbury High School | Duxbury Public Schools |
| Duxbury Middle School | Duxbury Public Schools |
| Easthampton High School | Easthampton Public School District |
| Mountain View School | Easthampton Public School District |
| Blanche A Ames Elementary School | Easton Public Schools |
| Easton Middle School | Easton Public Schools |
| Oliver Ames High | Easton Public Schools |
| Richardson Olmsted School | Easton Public Schools |
| Essex North Shore Agricultural & Technical School | Essex North Shore Agricultural &Technical School District |
| Helen Keller Elementary | Franklin Public School District |
| Hunking Elementary School | Haverhill Public Schools |
| Moody Preschool | Haverhill Public Schools |
| Robinson Elementary School | Mansfield Public Schools |
| Qualters Middle School | Mansfield Public Schools |
| Jordan/Jackson Elementary School | Mansfield Public Schools |
| Mansfield High School | Mansfield Public Schools |
| Marblehead High School | Marblehead Public Schools |
| Masconomet Regional High School | Masconomet Regional School District |
| Masconomet Regional Middle School | Masconomet Regional School District |
| Middleborough High School | Middleborough Public Schools |
| Milford High School | Milford Public School District |
| Stacy Middle School | Milford Public School District |
| Montachusett Regional Vocational Technical School | Montachusett Regional Vocational Technical School |

## Massachusetts (cont.)

| School | School District |
|---|---|
| Narragansett Regional High School | Narragansett Regional School District |
| Brown Elementary School | Natick Public Schools |
|  Burr Elementary School | Newton Public Schools |
| Horace Mann Elementary School | Newton Public Schools |
| Norton High School | Norton Public Schools |
| Norton Middle Schools | Norton Public Schools |
| Oxford High School | Oxford Public Schools |
| Oxford Middle School | Oxford Public Schools |
| Hobomock Elementary School | Pembroke Public Schools |
| Pembroke Community Middle School | Pembroke Public Schools |
| Pembroke High School | Pembroke Public Schools |
| Dr. Elmer S Bagnall School | Pentucket Regional School District |
| Pentucket Regional Middle School | Pentucket Regional School District |
| Pentucket Regional High School | Pentucket Regional School District |
| Plymouth Community Intermediate School | Plymouth Public Schools |
| J Warren Killam Elementary School | Reading Public Schools |
| Walter S Parker Middle School | Reading Public Schools |
| Saugus Middle High School Complex | Saugus Public Schools |
| Cushing Elementary School | Scituate Public Schools |
| Lester J. Gates Middle School | Scituate Public Schools |
| Powder Mill School | Southwick-Tolland-Granville Regional School District |
| Southwick Regional School | Southwick-Tolland-Granville Regional School District |
| Central Middle School | Stoneham Public Schools |
| Sutton Center for Early Learning | Sutton Public Schools |
| Sutton Elementary School | Sutton Public Schools |
| Sutton High School | Sutton Public Schools |
| Sutton Middle School | Sutton Public Schools |
| Tantasqua Regional High School | Tantasqua Regional School District |
| Taft Early Learning Center | Uxbridge Public Schools |
| Uxbridge High School | Uxbridge Public Schools |
| Whitin Intermediate School | Uxbridge Public Schools |
| Mayo Elementary School | Wachusett Regional School District |
| Paxton Center School | Wachusett Regional School District |
| Wareham High School | Wareham Public Schools |
| Major Victor E. Edwards Elementary School | West Boylston Public Schools |
| West Boylston Middle/High School | West Boylston Public Schools |
| Alice A. Macomber Primary School | Westport Community Schools |
| Frederick C. Murphy Elementary School | Weymouth Public Schools |
| John H. Duval Jr. Elementary School | Whitman-Hanson Regional School District |
| The Preschool Academy At Whitman Hanson | Whitman-Hanson Regional School District |
| Whitman Middle School | Whitman-Hanson Regional School District |

## Massachusetts (cont.)

| School | School District |
|---|---|
| Boutwell Early Childhood Center | Wilmington Public Schools |
| North Intermediate School | Wilmington Public Schools |
| Shawsheen Elementary School | Wilmington Public Schools |
| West Intermediate School | Wilmington Public Schools |
| Wilmington High School | Wilmington Public Schools |
| Wilmington Middle School | Wilmington Public Schools |
| Woburn Street Elementary School | Wilmington Public Schools |
| Charles E. Roderick Elementary School | Wrentham Public Schools |
| Delaney Elementary School | Wrentham Public Schools |

## Maryland

| School | School District |
|---|---|
| Morrell Park Elementary Middle School | Baltimore City Public Schools |
| Manchester Elementary School | Carroll County Public Schools |
| Catoctin High School | Frederick County Public Schools |
| Green Valley Elementary | Frederick County Public Schools |
| Thurmont Elementary | Frederick County Public Schools |
| Thurmont Middle School | Frederick County Public Schools |
| Walkersville High School | Frederick County Public Schools |
| Windsor Knolls Middle School | Frederick County Public Schools |
| Roye-Williams Elementary School | Harford County Public Schools |
| Guilford Park High School | Howard County Public Schools |
| Hollifield Station Elementary School | Howard County Public Schools |
| Quince Orchard High School | Montgomery County Public Schools |
| Springfield Middle School | Washington County Public Schools |
| Williamsport Elementary | Washington County Public Schools |
| Williamsport High School | Washington County Public Schools |
| Buckingham Elementary School | Worcester County Public Schools |

## Maine

| School | School District |
|---|---|
| Hermon High School | Hermon School Department |

**Michigan**

| School | School District |
|---|---|
| Evergreen Elementary School | Allendale Public Schools |
| Oakwood Intermediate School | Allendale Public Schools |
| Belding High School | Belding Area School District |
| Bloomingdale Middle and High School | Bloomingdale Public School District |
| Brown Elementary School | Byron Center Public Schools |
| Byron Center West Middle School | Byron Center Public Schools |
| Countryside Elementary School | Byron Center Public Schools |
| Marshall Elementary School | Byron Center Public Schools |
| Robert L Nickels Intermediate School | Byron Center Public Schools |
| Paris Ridge Elementary | Caledonia Community Schools |
| Peck Elementary School | Center Line Public Schools |
| Wolfe Middle School | Center Line Public Schools |
| Coloma Elementary School | Coloma Community School District |
| Coloma High School | Coloma Community School District |
| Coloma Intermediate School | Coloma Community School District |
| Coloma Junior High School | Coloma Community School District |
| Dansville High School | Dansville Schools |
| Dansville Middle School | Dansville Schools |
| Delton Kellogg Elementary School | Delton Kellogg Schools |
| Delton Kellogg High School | Delton Kellogg Schools |
| Delton Kellogg Middle School | Delton Kellogg Schools |
| Dowagiac Middle School | Dowagiac Union Schools |
| Justus Gage Elementary School | Dowagiac Union Schools |
| Kincheloe Elementary School | Dowagiac Union Schools |
| Patrick Hamilton Elementary School | Dowagiac Union Schools |
| Sister Lakes Elementary School | Dowagiac Union Schools |
| Union High School | Dowagiac Union Schools |
| East Lansing High School | East Lansing Public Schools |
| MacDonald Middle School | East Lansing Public Schools |
| Ada Vista Elementary School | Forest Hills Public Schools |
| Central Woodlands | Forest Hills Public Schools |
| Fowlerville High School | Fowlerville Community Schools |
| Fowlerville Junior High School | Fowlerville Community Schools |
| Fowlerville Online Learning Academy | Fowlerville Community Schools |
| Shettler Elementary School | Fruitport Community Schools |
| Gaylord High School | Gaylord Community Schools |
| Gaylord Intermediate School | Gaylord Community Schools |
| Gaylord Middle School | Gaylord Community Schools |
| South Maple Elementary | Gaylord Community Schools |
| Hunter Elementary School | Gibraltar School District |
| Grand Blanc High School | Grand Blanc Community Schools |
| East Middle School | Grand Blanc Community Schools |

**Michigan (cont.)**

| School | School District |
|---|---|
| Century Park Learning Center | Grandville Public Schools |
| East Elementary | Grandville Public Schools |
| South Elementary | Grandville Public Schools |
| West Elementary | Grandville Public Schools |
| George D. Gilbert Elementary School | Gwinn Area Community Schools |
| Gwinn Middle & High School | Gwinn Area Community Schools |
| Hartland Middle School at Ore Creek | Hartland Consolidated Schools |
| Haslett High School | Haslett Public Schools |
| Haslett Middle School | Haslett Public Schools |
| Ralya Elementary School | Haslett Public Schools |
| Holly Elementary | Holly Area Schools |
| Houghton Lake Collins Elementary | Houghton Lake Community Schools |
| Houghton Lake Community Education | Houghton Lake Community Schools |
| Alward Elementary | Hudsonville Public Schools |
| Baldwin Street Middle School | Hudsonville Public Schools |
| Bauer Elementary | Hudsonville Public Schools |
| Hudsonville Early Childhood Center | Hudsonville Public Schools |
| Georgetown Elementary | Hudsonville Public Schools |
| Hudsonville High School | Hudsonville Public Schools |
| Jamestown Lower Elementary | Hudsonville Public Schools |
| Jamestown Upper Elementary | Hudsonville Public Schools |
| Riley Street Middle School | Hudsonville Public Schools |
| South Elementary School | Hudsonville Public Schools |
| Bauerwood Elementary School | Jenison Public Schools |
| El Puente Elementary School | Jenison Public Schools |
| Jenison Senior High School | Jenison Public Schools |
| Jenison Innovation Academy | Jenison Public Schools |
| Jenison Junior High School | Jenison Public Schools |
| Pinewood Elementary School | Jenison Public Schools |
| Rosewood Elementary School | Jenison Public Schools |
| Johannesburg-Lewiston High School | Johannesburg-Lewiston Area Schools |
| Lewiston Elementary School | Johannesburg-Lewiston Area Schools |
| Kalkaska Upper Elementary | Kalkaska Public Schools |
| Birch Street Elementary | Kalkaska Public Schools |
| Kalkaska High School | Kalkaska Public Schools |
| Kalkaska Middle School | Kalkaska Public Schools |
| Kenowa Hills Alpine Elementary | Kenowa Hills Public Schools |
| Kenowa Hills Central Elementary | Kenowa Hills Public Schools |
| Kenowa Hills High School | Kenowa Hills Public Schools |
| Kenowa Hills Middle School | Kenowa Hills Public Schools |
| Pathways High School | Kenowa Hills Public Schools |

## Michigan (cont.)

| School | School District |
|---|---|
| Kenowa Hills Zinser Elementary | Kenowa Hills Public Schools |
| Kent Career Tech Center | Kent ISD |
| Lakewood Elementary School | Lakewood Public Schools |
| Livingston Classical Academy | Livingston Classical Academy |
| Buchanan Elementary School | Livonia Public Schools |
| Coolidge Elementary School | Livonia Public Schools |
| Alto Elementary | Lowell Area Schools |
| Cherry Creek Elementary | Lowell Area Schools |
| Murray Lake Elementary | Lowell Area Schools |
| Midland County Educational Service Agency @ Sugnet School | Midland County Educational Service Agency |
| Herbert Henry Dow High School | Midland Public Schools |
| Jefferson Middle School | Midland Public Schools |
| Plymouth Elementary School | Midland Public Schools |
| Woodcrest Elementary School | Midland Public Schools |
| Montabella Elementary | Montabella Community Schools |
| Montabella Junior/Senior High School | Montabella Community Schools |
| Montague Area Childhood Center | Montague Area Public Schools |
| Nellie B Chisholm Middle School | Montague Area Public Schools |
| R. R. Oehrli Elementary School | Montague Area Public Schools |
| Howard-Ellis Elementary | Niles Community Schools |
| Niles High School | Niles Community Schools |
| Cedar Street Campus | Paw Paw Public School District |
| Paw Paw Early Elementary School | Paw Paw Public School District |
| Pewamo-Westphalia Middle / High School | Pewamo-Westphalia Community Schools |
| Plainwell High School | Plainwell Community Schools |
| Reese Elementary School | Reese Public Schools |
| Reese High School | Reese Public Schools |
| Reese Middle School | Reese Public Schools |
| Clara Bolen Elementary School | Tawas Area Schools |
| Tawas Area High School | Tawas Area Schools |
| Tawas Area Middle School | Tawas Area Schools |
| Triumph Academy | Triumph Academy |
| Costello Elementary School | Troy School District |
| North Elementary School | Watervliet School District |
| South Elementary School | Watervliet School District |
| Watervliet Middle School | Watervliet School District |
| Watervliet High School | Watervliet School District |
| Way Program | Watervliet School District |
| Baker Elementary School | Wayland Union Schools |
| Pine Street Elementary | Wayland Union Schools |
| Steeby Elementary School | Wayland Union Schools |

## Michigan (cont.)

| School | School District |
|---|---|
| Washington Elementary School | Wyandotte Public Schools |
| Adams Elementary School | Zeeland Public Schools |
| Zeeland East High School | Zeeland Public Schools |

## Minnesota

| School | School District |
|---|---|
| Jefferson High School | Bloomington Public Schools |
| Olson Elementary School | Bloomington Public Schools |
| Olson Middle School | Bloomington Public Schools |
| Chisholm High School | Chisholm Public Schools |
| Fit Academy Charter School | Fit Academy |
| Forest Lake Area High School | Forest Lake Public School District |
| Forest Lake Area Middle School | Forest Lake Public School District |
| Lino Lakes Elementary | Forest Lake Public School District |
| Glencoe Silver Lake Junior/Senior High | Glencoe-Silver Lake School District |
| Lakeside Elementary School | Glencoe-Silver Lake School District |
| Lincoln Elementary School | Glencoe-Silver Lake School District |
| Meadowvale Elementary | Independent School District 728 |
| Mesabi East Elementary School | Mesabi East School District 2711 |
| Minneota Elementary | Minneota Public Schools |
| Merritt Elementary | Mountain Iron-Buhl Public Schools |
| Mountain Iron-Buhl School | Mountain Iron-Buhl Public Schools |
| Laurentian Elementary School | Rock Ridge Public Schools |
| Parkview Elementary | Rock Ridge Public Schools |

## Missouri

| School | School District |
|---|---|
| Doniphan High School | Doniphan R-I School District |
| Barnwell Middle School | Francis Howell  School District |
| Castlio Elementary School | Francis Howell  School District |
| Fairmount Elementary School | Francis Howell  School District |
| Francis Howell Central High School | Francis Howell  School District |
| Saeger Middle School | Francis Howell School District |
| Meadowmere Elementary School | Grandview C-4 District |
| East Elementary School | Jackson R-2 School District |
| Jackson Middle School | Jackson R-2 School District |
| Jackson Senior High | Jackson R-2 School District |
| North Elementary School | Jackson R-2 School District |
| Orchard Drive Elementary | Jackson R-2 School District |
| Russell Hawkins Junior | Jackson R-2 School District |
| South Elementary School | Jackson R-2 School District |
| West Lane Elementary School | Jackson R-2 School District |
| Nodaway-Holt Elementary School | Nodaway-Holt R-VII School District |
| Nodaway-Holt Jr-Sr High School | Nodaway-Holt R-VII School District |
| Oak Grove Primary | Oak Grove R-VI School District |
| John Evans Middle | Potosi R-3 School District |
| Potosi Elementary | Potosi R-3 School District |
| Potosi High School | Potosi R-3 School District |
| Trojan Intermediate | Potosi R-3 School District |
| Frontier Middle | Wentzville R-IV School District |
| Liberty High School | Wentzville R-IV School District |

17

## North Carolina

| School | School District |
|---|---|
| E.M. Holt Elementary School | Alamance-Burlington School System |
| Bath Elementary | Beaufort County Schools |
| Eastern Elementary | Beaufort County Schools |
| P. S. Jones Middle | Beaufort County Schools |
| Bolivia Elementary | Brunswick County Schools |
| Shallotte Middle | Brunswick County Schools |
| South Brunswick High | Brunswick County Schools |
| Union Elementary | Brunswick County Schools |
| West Brunswick High | Brunswick County Schools |
| Community High School | Buncombe County Schools |
| Buncombe County Early College | Buncombe County Schools |
| Icard Elementary School | Burke County Public Schools |
| Ray Childers Elementary | Burke County Public Schools |
| Valdese Elementary School | Burke County Public Schools |
| West Caldwell high | Caldwell County Schools |
| Camden County High School | Camden County Schools |
| Camden Middle School | Camden County Schools |
| Grandy Primary School | Camden County Schools |
| Clyde Campbell Elementary | Catawba County Schools |
| Peachtree Elementary | Cherokee County Schools |
| Brier Creek Elementary School | Davidson County Schools |
| Central Davidson High School | Davidson County Schools |
| Central Davidson Middle School | Davidson County Schools |
| Churchland Elementary School | Davidson County Schools |
| Davidson County High School | Davidson County Schools |
| Davidson Earl College High School | Davidson County Schools |
| Davis Townsend Elementary School | Davidson County Schools |
| Denton Elementary School | Davidson County Schools |
| E. Lawson Brown Middle School | Davidson County Schools |
| East Davidson High School | Davidson County Schools |
| Fair Grove Elementary School | Davidson County Schools |
| Friedberg Elementary School | Davidson County Schools |
| Friendship Elementary School | Davidson County Schools |
| Ledford Middle School | Davidson County Schools |
| Ledford High School | Davidson County Schools |
| Midway Elementary School | Davidson County Schools |
| North Davidson High School | Davidson County Schools |
| North Davidson Middle School | Davidson County Schools |
| Northwest Elementary School | Davidson County Schools |
| Oak Grove High School | Davidson County Schools |
| Oak Grove Middle School | Davidson County Schools |
| Reeds Elementary School | Davidson County Schools |

## North Carolina (cont.)

| School | School District |
|---|---|
| Silver Valley Elementary School | Davidson County Schools |
| Southmont Elementary School | Davidson County Schools |
| Southwood Elementary School | Davidson County Schools |
| Tyro Elementary School | Davidson County Schools |
| Tyro Middle School | Davidson County Schools |
| Wallburg Elementary School | Davidson County Schools |
| Welcome Elementary School | Davidson County Schools |
| West Davidson High School | Davidson County Schools |
| Cooleemee Elementary School | Davie County Schools |
| Smith High School | Guilford County Schools |
| Guilford eLearning University Prep | Guilford County Schools |
| Southern Elementary School | Guilford County Schools |
| Summerfield Elementary School | Guilford County Schools |
| Pisgah High School | Haywood County Schools |
| Clear Creek Elementary | Henderson County Schools |
| Lee County High School | Lee County Schools |
| W B Wicker Elementary School | Lee County Schools |
| West Lee Middle School | Lee County Schools |
| Elsie Middle | Moore County Schools |
| Pinehusrt Elementary | Moore County Schools |
| Robbins Elementary | Moore County Schools |
| Emsley A Laney High School | New Hanover County Schools |
| John J Blair Elementary | New Hanover County Schools |
| Wrightsboro Elementary | New Hanover County Schools |
| Newton Conover High School | Newton Conover City Schools |
| North Carolina Cyber Academy | North Carolina Cyber Academy |
| Swansboro Elementary School | Onslow County Schools |
| North Topsail Elementary School | Pender County Schools |
| Surf City Middle School | Pender County Schools |
| Topsail High School | Pender County Schools |
| Richfield Elementary School | Stanly County Schools |
| East Union Middle School | Union County Public Schools |
| Indian Trail Elementary School | Union County Public Schools |
| Marshville Elementary School | Union County Public Schools |
| Health Sciences Academy at Monroe Middle School | Union County Public Schools |
| Cape Fear Center for Inquiry | N/A |
| Cornerstone Charter Academy (Cfa) | N/A |
| Durham Charter | N/A |
| Guilford Preparatory Academy | N/A |
| Johnston Charter Academy | N/A |

## North Dakota

| School | School District |
|---|---|
| Mandan High School | Mandan Public Schools |
| Mandan Middle School | Mandan Public Schools |
| Badlands Elementary School | McKenzie County Public School District No. 1 |
| Watford City High School | McKenzie County Public School District No. 1 |
| Watford City Middle School | McKenzie County Public School District No. 1 |

## New Hampshire

| School | School District |
|---|---|
| Conval Regional High School | Contoocook Valley School District |
| Dublin Consolidated School | Contoocook Valley School District |
| South Meadow School | Contoocook Valley School District |
| Gilford High School | Gilford School District |
| Gilmanton Elementary School | Gilmanton School District |
| Early Learning Center - Dr. H.O. Smith Building | Hudson School District |
| Early Learning Center - Library Street Building | Hudson School District |
| Campbell High School | Litchfield School District |
| Litchfield Middle School | Litchfield School District |

## New Jersey

| School | School District |
| --- | --- |
| Clearview Regional High School | Clearview Regional High School District |
| Clearview Regional Middle School | Clearview Regional High School District |
| Eastern Regional High School | Eastern Camden County Regional School District |
| Essex Fells School | Essex Fells School District |
| Estell Manor Elementary School | Estell Manor School District |
| Frankford Township School | Frankford Township School District |
| Glenview Avenue Elementary School | Haddon Heights School District |
| Haddon Heights Jr/Sr High School | Haddon Heights School District |
| Meadowbrook Elementary School | Hillsdale Public Schools |
| Centre City School | Mantua Township Schools |
| J Mason Tomlin School | Mantua Township Schools |
| Montville Township High School | Montville Township Public Schools |
| Morris County School Of Technology | Morris County Vocational School District |
| Spotswood High School | Spotswood Public Schools |
| Wantage Elementary School | Sussex-Wantage Regional School District |
| Voorhees Middle School | Voorhees Township Public Schools |
| Orchard Valley Middle School | Washington Township Public Schools |
| Washington Township High School | Washington Township Public Schools |
| West Deptford Middle School | West Deptford School District |

## New Mexico

| School | School District |
| --- | --- |
| Albuquerque School Of Excellence | Albuquerque School Of Excellence |
| Capitan Elementary School | Capitan Municipal Schools |
| Capitan High School | Capitan Municipal Schools |
| Capitan Middle School | Capitan Municipal Schools |

## Nevada

| School | School District |
| --- | --- |
| Mannion Middle School | Clark County School District |
| Shelia Tarr Academy of International Studies | Clark Countyn School District |
| Douglas High School | Douglas County School District |
| Bonita Vista Middle School | Sweetwater Union High School District |
| Bonita Vista High School | Sweetwater Union High School District |
| Castle Park High School | Sweetwater Union High School District |
| Chula Vista Middle School | Sweetwater Union High School District |
| Chula Vista High School | Sweetwater Union High School District |
| Sweetwater High School | Sweetwater Union High School District |

## New York

| School | School District |
|--------|-----------------|
| Union Vale Middle School | Arlington Central School District |
| Clarkstown High School North | Clarkstown Central School District |
| Clarkstown High School South | Clarkstown Central School District |
| Felix Festa Middle School | Clarkstown Central School District |
| Lakewood Elementary School | Clarkstown Central School District |
| Coxsackie-Athens Middle School | Coxsackie-Athens Central School District |
| Edward J. Arthur Elementary School | Coxsackie-Athens Central School District |
| Eastchester Middle School | Eastchester Union Free School District |
| J. Watson Bailey Middle School | Kingston City School District |
| M.S. 255 Salk School Of Science | New York City Public Schools Geographic District  2 |
| Hillcrest Elementary School | Peekskill City School District |
| Oakside Elementary School | Peekskill City School District |
| Peekskill High School | Peekskill City School District |
| Peekskill Middle School | Peekskill City School District |
| Uriah Hill Elementary School | Peekskill City School District |
| Woodside Elementary School | Peekskill City School District |

## Ohio

| School | School District |
|--------|-----------------|
| Maddux Elementary School | Forest Hills School District |
| Greenon K-12 | Greenon Local Schools |
| Loveland Early Childhood Center | Loveland City School District |
| Loveland Elementary School | Loveland City School District |
| Loveland High School | Loveland City School District |
| Loveland Intermediate School | Loveland City School District |
| Loveland Middle School | Loveland City School District |
| Loveland Primary School | Loveland City School District |
| Colerain High School | Northwest Local School District |
| Houston Educational Service and Early Childhood Center | Northwest Local School District |
| Liberty High School | Olentangy Local School District |
| Stow-Munroe Falls High School | Stow-Munroe Falls City Schools |
| Amelia Elementary School | West Clermont School District |
| West Clermont Middle School | West Clermont School District |
| Wilmington High School | Wilmington City Schools |

## Oklahoma

| School | School District |
|---|---|
| Bill Wallace Early Childhood Center | Chickasha Public Schools |
| Chickasha High | Chickasha Public Schools |
| Chickasha Middle | Chickasha Public Schools |
| Grand Avenue Elementary | Chickasha Public Schools |
| Lincoln School Intermediate Center | Chickasha Public Schools |
| Tuttle High School | Tuttle Public Schools |

## Oregon

| School | School District |
|---|---|
| Roseburg High School | Roseburg Public Schools |
| Elmira Elementary School | Fern Ridge School District 28J |
| Middleton Elementary School | Sherwood School District 88J |
| Hidden Valley High School | Three Rivers School District |

## Pennsylvania

| School | School District |
|---|---|
| Economy Elementary School | Ambridge Area School District |
| State Street Elementary School | Ambridge Area School District |
| J.E. Harrison Middle School | Baldwin-Whitehall School District |
| Newville Elementary School | Big Spring School District |
| Buckingham Elementary School | Central Bucks School District |
| Holicong Middle School | Central Bucks School District |
| Clarion Area Elementary School | Clarion Area School District |
| Clarion Area Junior and Senior High School | Clarion Area School District |
| Clarion Limestone High School | Clarion-Limestone Area School District |
| Clarion Limestone Elementary School | Clarion- Limestone Area School District |
| Donegal High School | Donegal School District |
| Donegal Intermediate School | Donegal School District |
| Donegal Junior High School | Donegal School District |
| Donegal Primary School | Donegal School District |
| Downingtown STEM Academy | Downingtown Area School District |
| Pickering Valley Elementary School | Downingtown Area School District |
| East Pennsboro Area Middle School | East Pennsboro Area School District |
| East Pennsboro Area High School | East Pennsboro Area School District |
| East Pennsboro Elementary School | East Pennsboro Area School District |
| Exeter Township Senior High School | Exeter Township School District |
| Lorane Elementary | Exeter Township School District |
| General McLane High School | General McLane School District |
| James W. Parker Middle School | General McLane School District |
| McKean Elementary | General McLane School District |
| Avis Elementary School | Jersey Shore Area School District |
| Jersey Shore Area Elementary School | Jersey Shore Area School District |
| Jersey Shore Area Middle School | Jersey Shore Area School District |
| Jersey Shore Area Senior High School | Jersey Shore Area School District |
| Salladasburg Elementary School | Jersey Shore Area School District |
| Keystone Elementary School | Keystone School District |
| Kiski Area East Primary School | Kiski Area School District |
| Kiski Area High School | Kiski Area School District |
| Kiski Area Intermediate School | Kiski Area School District |
| Kiski Area South Primary School | Kiski Area School District |
| Kiski Area Upper Elementary School | Kiski Area School District |
| Greenwich-Lenhartsville Elementary School | Kutztown Area School District |
| Kutztown Area Middle School | Kutztown Area School District |
| Kutztown Area High School | Kutztown Area School District |
| Lehighton Area Elementary Center | Lehighton Area School District |
| Lehighton Area High School | Lehighton Area School District |
| Londonderry Elementary School | Lower Dauphin School District |
| Donald E. Schick Elementary | Loyalsock Township School District |

## Pennsylvania (cont.)

| School | School District |
|---|---|
| Mars Area Middle School | Mars Area School District |
| Elmwood Academy | Mechanicsburg Area School District |
| Mechanicsburg Area Senior High School | Mechanicsburg Area School District |
| Upper Allen Elementary School | Mechanicsburg Area School District |
| McDowell Intermediate High School | Millcreek Township School District |
| Montrose Area Junior-Senior High School | Montrose Area School District |
| New Hope- Solebury High School | New Hope Solebury School District |
| New Hope- Solebury Middle School | New Hope Solebury School District |
| North East Elementary School | North East School District |
| General Nash Elementary School | North Penn School District |
| Gwynedd Square Elementary School | North Penn School District |
| North Wales Elementary School | North Penn School District |
| Pennbrook Middle School | North Penn School District |
| Penndale Middle School | North Penn School District |
| Wellsville Elementary | Northern York County School District |
| Northwestern Elementary School | Northwestern School District |
| Northwestern Middle School | Northwestern School District |
| Northwestern High School | Northwestern School District |
| Springfield Elementary School | Northwestern School District |
| Octorara Primary Learning Center | Octorara Area School District |
| Oswayo Valley Elementary School | Oswayo Valley School District |
| Oswayo Valley Jr./Sr. High School | Oswayo Valley School District |
| Forge Road Elementary School | Palmyra Area School District |
| Lingle Avenue Elementary School | Palmyra Area School District |
| Northside Elementary School | Palmyra Area School District |
| Palmyra Area Middle School | Palmyra Area School District |
| Palmyra Area High School | Palmyra Area School District |
| Pine Street Elementary School | Palmyra Area School District |
| Sellersville Elementary School | Pennridge School District |
| Pine-Richland Middle School | Pine-Richland School District |
| Pleasant Valley Elementary School | Pleasant Valley School District |
| Pleasant Valley High School | Pleasant Valley School District |
| Pleasant Valley Intermediate School | Pleasant Valley School District |
| Pleasant Valley Middle School | Pleasant Valley School District |
| Edgeworth Elementary School | Quaker Valley School District |
| Quaker Valley Middle School | Quaker Valley School District |
| Redbank Valley High School | Redbank Valley School District |
| Redbank Valley Intermediate School | Redbank Valley School District |
| Redbank Valley Primary School | Redbank Valley School District |
| Riverside Elementary School | Riverside Beaver County School District |
| Riverside High School | Riverside Beaver County School District |

**Pennsylvania (cont.)**

| School | School District |
|---|---|
| Riverside Middle School | Riverside Beaver County School District |
| Smith Middle School | Solanco School District |
| Southern Columbia High School | Southern Columbia Area School District |
| Spring-Ford Intermediate School 5th/6th Grade Center | Spring-Ford Area School District |
| Pleasantville Elementary School | Titusville Area School District |
| Sligo Elementary School | Union School District |
| Union High School | Union School District |
| Valley Grove Elementary School | Valley Grove School District |
| Wallenpaupack North Primary School | Wallenpaupack Area School District |
| Warrior Run Elementary School | Warrior Run School District |
| Warrior Run JR/SR High School | Warrior Run School District |
| Mckee Elementary School | West Allegheny School District |
| Hillside Elementary School | West Shore School District |
| Red Land High School | West Shore School District |
| West York Area High School | West York Area School District |
| Bethlehem AVTS | N/A |
| Dogwood Charter School | N/A |

## Rhode Island

| School | School District |
|---|---|
| State Street Elementary | Westerly Public Schools |
| Westerly High School | Westerly Public Schools |
| Westerly Middle School | Westerly Public Schools |

## South Carolina

| School | School District |
| --- | --- |
| Delmae Elementary School | Florence 1 Schools |
| McLaurin Elementary School | Florence 1 Schools |
| Theodore Lester Elementary School | Florence 1 Schools |
| Forestbrook Elementary | Horry County Schools |
| Crosswell Elementary School | School District of Pickens County |
| Easley High School | School District of Pickens County |
| Doby's Bridge Elementary School | Fort Mill School District |
| Gold Hill Elementary School | Fort Mill School District |
| Gold Hill Middle School | Fort Mill School District |
| River Trail Elementary School | Fort Mill School District |
| Springfield Middle School | Fort Mill School District |
| Sugar Creek Elementary School | Fort Mill School District |
| Tega Cay Elementary School | Fort Mill School District |
| South Carolina Governor's School for Science + Mathematics | N/A |

## Tennessee

| School | School District |
| --- | --- |
| Gibbs High School | Knox County Schools |
| Gibbs Middle School | Knox County Schools |
| Coulter Grove Intermediate School | Maryville City Schools |
| Lavergne High School | Rutherford County Schools |
| Lavergne Middle School | Rutherford County Schools |
| Roy Waldron School | Rutherford County Schools |

## Texas

| School | School District |
|---|---|
| AmTech Career Academy | Amarillo ISD |
| Pinnacle Intermediate School | Canyon ISD |
| Randall High School | Canyon ISD |
| Randall Junior High School | Canyon ISD |
| Sundown Lane Elementary School | Canyon ISD |
| West Plains High School | Canyon ISD |
| West Plains Junior High School | Canyon ISD |
| Clear Falls High School | Clear Creek ISD |
| League City Intermediate | Clear Creek ISD |
| Tom Daniels Elementary School | Kerrville ISD |
| Early Childhood Center | Kerrville ISD |
| Tally Elementary School | Kerrville ISD |
| Hill Country High School | Kerrville ISD |
| Kerrville Disciplinary Alternative School | Kerrville ISD |
| Nimitz Elementary School | Kerrville ISD |
| Hal Peterson Middle School | Kerrville ISD |
| Starkey Elementary School | Kerrville ISD |
| Tivy High School | Kerrville ISD |
| Capitol Elementary School | Levelland ISD |
| Levelland High School | Levelland ISD |
| Weslaco High School | Weslaco ISD |
| Danforth Junior High School | Wimberley ISD |
| Wimberley High School | Wimberley ISD |

## Utah

| School | School District |
|---|---|
| Bear River High School | Box Elder School District |
| Bear River Middle School | Box Elder School District |
| Box Elder Middle School | Box Elder School District |
| Fielding Elementary | Box Elder School District |

## Virginia

| School | School District |
|---|---|
| Hayfield Elementary School | Fairfax County Public Schools |
| Hanover High School | Hanover County Public Schools |
| Locust Grove Elementary School | Orange County Public Schools |
| Locust Grove Middle School | Orange County Public Schools |
| Orange County High School | Orange County Public Schools |
| Bennett Elementary School | Prince William County Public Schools |
| Winding Creek Elementary School | Stafford County Public Schools |

## Washington (State)

| School | School District |
|---|---|
| Anacortes High School | Anacortes School District |
| West Auburn High School | Auburn School District |
| Naches Trail Elementary | Bethel School District |
| Shining Mountain Elementary | Bethel School District |
| Blaine Primary School | Blaine School District |
| South Pines Elementary | Central Valley School District |
| East Valley High School | East Valley School District |
| Ephrata High School | Ephrata School District (165) |
| Ephrata Middle School | Ephrata School District (165) |
| Parkway Intermediate School | Ephrata School District (165) |
| Creekside Elementary School | Ephrata School District (165) |
| Maple Hills Elementary School | Issaquah School District (411) |
| Maywood Middle School | Issaquah School District (411) |
| Crestwood Elementary | Kent School District |
| Mattson Middle School | Kent School District |
| Kirkland Middle School | Lake Washington School District |
| Lake Washington High School | Lake Washington School District |
| Kirk Elementary | Lake Washington School District |
| Highland Middle School | Mead School District |
| Mead High School | Mead School District |
| Nooksack Elementary | Nooksack Valley School District |
| Olympia Regional Learning Academy | Olympia School District |
| Reardan High School | Reardan-Edwall School District |
| Chase Middle School | Spokane Public School |
| Ferris High School | Spokane Public School |
| Moran Prairie Elementary | Spokane Public School |
| Ridgeview Elementary | Spokane Public School |
| Spokane County Jail | Spokane Public School |
| Bonney Lake High School | Sumner-Bonney Lake School District |
| Cedar River Elementary School | Tahoma School District |
| Lake Wilderness Elementary School | Tahoma School District |
| Tahoma High School | Tahoma School District |
| Glacier Middle School | White River School District 416 |
| Wilkeson Elementary | White River School District 416 |

## Wisconsin

| School | School District |
|---|---|
| Highlands Elementary | Appleton Area School District |
| Kaleidoscope Academy | Appleton Area School District |
| Washington Elementary | Beaver Dam Unified School District |
| Belleville Elementary School | School District Belleville |
| Belleville High School | School District of Belleville |
| Belleville Middle School | School District of Belleville |
| Aldrich Middle School | School District of Beloit |
| Fruzen Middle School | School District of Beloit |
| Beloit Memorial High School | School District of Beloit |
| Koshkonong Trails | School District of Cambridge |
| Colfax Elementary | School District of Colfax |
| Columbus Middle School | Columbus School District |
| Drummond Elementary | Drummond Area School District |
| Drummond High | Drummond Area School District |
| Drummond Junior High | Drummond Area School District |
| Chegwin Elementary School | Fond Du Lac School District |
| Fond Du Lac High School | Fond Du Lac School District |
| Roberts Elementary School | Fond Du Lac School District |
| Theisen Middle School | Fond Du Lac School District |
| Woodworth Middle School | Fond Du Lac School District |
| Bayside Middle | Fox Point-Bayside School District |
| Gillett Elementary School | Gillett School District |
| Gillett High School | Gillett School District |
| Gillett Middle School | Gillett School District |
| Grantsburg Elementary School | Grantsburg School District |
| Grantsburg High School | Grantsburg School District |
| Langlade Elementary | Green Bay Area Public School District |
| Hamilton High School | Hamilton School District |
| Lannon Elementary School | Hamilton School District |
| Maple Avenue Elementary School | Hamilton School District |
| Marcy Elementary School | Hamilton School District |
| Silver Spring Intermediate School | Hamilton School District |
| Templeton Middle School | Hamilton School District |
| Willow Springs Learning Center-District 4K | Hamilton School District |
| Woodside Elementary School | Hamilton School District |
| Hartland North Elementary | Hartland Lakeside School District |
| Hudson Prairie Elementary | Hudson School District |
| River Crest Elementary | Hudson School District |
| Willow River Elementary | Hudson School District |
| Kettle Moraine Middle School | Kettle Moraine School District |
| Kiel High School | Kiel Area School District |
| Kohler Middle School | Kohler School District |

**Wisconsin (cont.)**

| School | School District |
| --- | --- |
| Laona High School | Laona School District |
| C.L. Robinson Elementary School | Laona School District |
| Career Pathways Academy | Little Chute Area School District |
| Little Chute High School | Little Chute Area School District |
| Little Chute Intermediate/Middle School | Little Chute Area School District |
| Lomira Elementary School | School District of Lomira |
| Lomira High School | School District of Lomira |
| Lomira Middle School | School District of Lomira |
| Monroe Elementary School | Manitowoc Public School District |
| Riverview Elementary School | Manitowoc Public School District |
| Washington Middle School | Manitowoc Public School District |
| Wilson Middle School | Manitowoc Public School District |
| Menomonie High School | School District of the Menomonie Area |
| Menomonie Middle School | School District of the Menomonie Area |
| Oaklawn Elementary School | School District of the Menomonie Area |
| River Heights Elementary School | School District of the Menomonie Area |
| School District Of The Menomonie Area 4K | School District of the Menomonie Area |
| Forest Lane Community School | Montello School District |
| Clarendon Avenue Elementary School | Mukwonago Area School District |
| Eagleville Elementary Charter School | Mukwonago Area School District |
| Section Elementary School | Mukwonago Area School District |
| Bay Lane Elementary | Muskego Norway School District |
| Lakeview Elementary | Muskego Norway School District |
| Elmwood Elementary School | School District of New Berlin |
| New Berlin West Middle/High School | School District of New Berlin |
| Orchard Lane Elementary School | School District of New Berlin |
| Poplar Creek Elementary School | School District of New Berlin |
| Elementary School | School District of Niagara |
| Niagara High School | School District of Niagara |
| North Crawford Elementary School | North Crawford School District |
| North Crawford Middle/High School | North Crawford School District |
| Greenland Elementary (School) | Oconomowoc Area School District |
| Ixonia Elementary (School) | Oconomowoc Area School District |
| Meadow View Elementary (School) | Oconomowoc Area School District |
| Nature Hill Intermediate (School) | Oconomowoc Area School District |
| Park Lawn Elementary (School) | Oconomowoc Area School District |
| Silver Lake Intermediate (School) | Oconomowoc Area School District |
| Summit Elementary (School) | Oconomowoc Area School District |
| H.B. Patch Elementary School | School District of Omro |
| Emmeline Cook Elementary School | Oshkosh Area School District |
| Franklin Elementary School | Oshkosh Area School District |

**Wisconsin (cont.)**

| School | School District |
|--------|-----------------|
| Lakeside Elementary School | Oshkosh Area School District |
| Menominee Elementary School | Oshkosh Area School District |
| Oshkosh North High School | Oshkosh Area School District |
| Oaklawn Elementary School | Oshkosh Area School District |
| Read Elementary School | Oshkosh Area School District |
| South Park Middle School | Oshkosh Area School District |
| Vel Phillips Middle School | Oshkosh Area School District |
| Asa Clark Middle School | Pewaukee School District |
| Pewaukee High School | Pewaukee School District |
| Richmond 4K-8 | Richmond School District |
| Seneca Elementary (See Note) | Seneca Area School District |
| Seneca Middle/High (See Note) | Seneca Area School District |
| Shell Lake Elementary | School District of Shell Lake |
| Shell Lake Middle & High School | School District of Shell Lake |
| Sparta Montessori | Sparta Area School District |
| Spooner Elementary School | Spooner Area School District |
| Spooner High School | Spooner Area School District |
| Spooner Middle School | Spooner Area School District |
| Lemonweir Elementary School | Tomah Area School District |
| Tomah Area Montessori School | Tomah Area School District |
| Tomah High School | Tomah Area School District |
| Wyeville Elementary School | Tomah Area School District |
| L.B. Clarke Middle School | Two Rivers Public School District |
| Washington-Caldwell Elementary | Washington- Caldwell School District |
| Waterloo High School | Waterloo School District |
| Waterloo Intermediate/Middle School | Waterloo School District |
| John Marshall Elementary School | Wausau School District |
| Rib Mountain Elementary School | Wausau School District |
| South Mountain Elementary School | Wausau School District |
| Wausau West High School | Wausau School District |
| Webster Elementary School | Webster School District |
| Webster Middle School | Webster School District |

## West Virginia

**School**

Jefferson High School

**School District**

Jefferson County Schools

## Wyoming

**School**

Kemmerer Jr.-Sr. High School

**School District**

Lincoln County School District No. 1