# EXHIBIT B

# LIST OF COLLEGES & UNIVERSITIES

1.   Arizona Christina University (Glendale AZ)
2.   Athens Technical College (Athens GA)
3.   California State University Maritime Academy (Vallejo, CA)
4.   Carnegie Mellon University (Pittsburgh PA)
5.   Carroll Community College (Westminster MD)
6.   Claremont Graduate University (Claremont CA)
7.   College of Charleston (Charleston SC)
8.   College of Southern Idaho (Twin Falls ID)
9.   Community College of the Air Force (Montgomery AL)
10.  Copper Mountain College (Joshua Tree CA)
11.  D'Youville College (Buffalo NY)
12.  Diablo Valley College (Pleasant Hill CA)
13.  East Tennessee State University (Johnson City TN)
14.  Eastern Washington University (Cheney WA)
15.  Elmhurst University (Elmhurst IL)
16.  Hyles-Anderson College (Crown Point IN)
17.  Iowa Central Community College (Fort Dodge IA)
18.  Kilgore College (Kilgore TX)
19.  Lower Columbia College (Longview WA)
20.  Manhattanville College (Purchase NY)
21.  Marion Military Institute (Marion AL)
22.  Marywood University (Scranton PA)
23.  Miami University (Oxford OH)
24.  Missouri State University (Springfield MO)
25.  Modesto Junior College (Modesto CA)
26.  Moravian College (Bethlehem PA)
27.  Oklahoma Christian University (Edmond OK)
28.  Oxnard College (Oxnard CA)
29.  Ozarks Technical Community College (Springfield MO)
30.  Palomar College (San Marcos CA)
31.  Queens University of Charlotte (Charlotte NC)
32.  Saint Louis Community College (St. Louis MO)
33.  San Joaquin Delta College (Stockton CA)
34.  Santa Monica College (Santa Monica CA)
35.  Sauk Valley Community College (Dixon IL)
36.  Seattle University (Seattle WA)
37.  Sierra College (Rocklin CA)
38.  Sinclair Community College (Dayton OH)
39.  South College (Knoxville TN)
40.  SUNY Maritime College (Bronz NY)
41.  Surry Community College (Dobson NC)
42.  Taylor University (Upland IN)
43.  Texas Wesleyan University (Fort Worth TX)
44.  The University of Tennessee Chattanooga (Chattanooga TN)
45.  Thomas Edison State University (Trenton NJ)
46.  Truckee Meadows Community College (Reno NV)

47. University of California – Davis (Davis CA)
48. University of Louisiana at Lafayette (Lafayette LA)
49. University of Massachusetts – Lowell (Lowell MA)
50. University of Minnesota - Twin Cities (Saint Paul MN)
51. University of Minnesota Morris (Morris MN)
52. University of Montevallo (Montevallo AL)
53. University of North Carolina Greensboro (Greensboro NC)
54. University of Pittsburg – Johnstown (Johnstown PA)
55. University of San Diego (San Diego CA)
56. University of West Georgia (Carrollton GA)
57. Villanova University (Villanova PA)
58. Virginia Highlands Community College (Abingdon VA)
59. Washington University in St. Louis (St. Louis MO)
60. William Rainey Harper College (Palatine IL)
61. Wittenberg University (Springfield OH)