IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| STATE OF KANSAS, *ET AL.*, | § |
| | § |
| *Plaintiffs*, | § |
| | § |
| v. | § |
| | § Civil Action No. 24-4041-JWB |
| UNITED STATES DEPARTMENT OF EDUCATION, *ET AL.* | § |
| | § |
| | § |
| *Defendants.* | § |

## PLAINTIFF YOUNG AMERICA'S FOUNDATION'S NOTICE OF SUPPLEMENTAL LIST OF SCHOOLS

Plaintiff Young America's Foundation comes forth and submits a notice of supplemental list of schools attended by its members. Attached as Exhibit A is a list of additional K-12 schools attended by members of Young America's Foundation.

Respectfully submitted this 25th day of November, 2024.

    KRIS W. KOBACH
    Attorney General of Kansas

    */s/ Erin B. Gaide*
    Abhishek S. Kambli
    Deputy Attorney General
    Kansas Bar No. 29788
    Erin B. Gaide
    Assistant Attorney General
    Kansas Bar No. 29691
    Jay Rodriguez

Assistant Attorney General
Kansas Bar No. 29172

Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: abhishek.kambli@ag.ks.gov
          erin.gaide@ag.ks.gov
          jay.rodriguez@ag.ks.gov

/s/   Jordan   R.   Miller
Kimberly S. Hermann*
Ga. Bar No. 646473
Braden H. Boucek*
Tenn. BPR No. 021399
Ga. Bar No. 396831
Jordan R. Miller*
Michigan Bar No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
jmiller@southeasternlegal.org

*Counsel for Plaintiffs Young America's Foundation and Moms for Liberty*


*Pro Hac Vice

## CERTIFICATE OF SERVICE

This is to certify that on this the 25th day of November 2024, this motion was electronically filed with the Clerk of the Court by using the CM/ECF system with electronic service to all counsel.

<u>/s/ <i>Erin B. Gaide</i></u><br>
Erin B. Gaide