# EXHIBIT A
# LIST OF K-12 SCHOOLS

## Arkansas

| School | School District |
|---|---|
| Heber Springs High School | Heber Springs School District |
| Heber Springs Middle School | Heber Springs School District |

## Arizona

| School | School District |
|---|---|
| Glendale Preparatory Academy--Peoria | Great Hearts Academies |
| Great Hearts Academies -- Trivium Prep | Great Hearts Academies |

## California

| School | School District |
|---|---|
| Whitney (Gretchen) High | ABC Unified School District |
| iLEAD Hybrid Charter School | Acton-Agua Dulce Unified |
| Beaumont High School | Beaumont Unified School District |
| Bonita High School | Bonita Unified School District |
| San Clemente High | Capistrano Unified School District |
| Pacific Coast Academy | Dehesa School District |
| Bullard High School | Fresno Unified School District |
| Glendale High School | Glendale Unified School District |
| Elsinore High School | Lake Elsinore Unified School District |
| Los Alamitos High School | Los Alamitos Unified School District |
| Palisades Charter High | Los Angeles Unified School District |
| Gorman Learning Center -- San Bernadino/Santa Clarita | Lucerne Valley Unified School District |
| Golden Valley Charter School | Mesa Union District |
| Milpitas High School | Milpitas Unified School District |
| Piedmont High | Piedmont Unified School District |
| Tuffree Middle School | Placentia-Yorba Linda Unified School District |
| Western Sierra Collegiate Academy | Rocklin Unified School District |
| King City High | South Monterey County High School District |
| Walnut High | Walnut Valley Unified School District |
| Glacier High School Charter | Yosemite Unified School District |

## Florida

| School | School District |
|---|---|
| Plant High School | Hillsborough County Public Schools |
| Rodgers Middle Magnet School | Hillsborough County Public Schools |
| Simmons Career Acceleration Academy | Hillsborough County Public Schools |
| Edgewater High School | Orange County Public Schools |
| Pine View School | Sarasota County Public Schools |
| Florida Virtual School | N/A |

## Georgia

| School | School District |
|---|---|
| Flowery Branch High School | Hall County Schools |
| Jefferson County High School | Jefferson County Schools |
| Oconee County High School | Oconee County Schools |
| The Campus-Peachtree City | N/A |

## Idaho

| School | School District |
|---|---|
| Idaho Arts Charter School | N/A |

## Illinois

| School | School District[1] |
|---|---|
| Bismark-Henning Jr. High | Bismark-Henning CUSD #1 |
| Glen Crest Middle School | CCSD 89 |
| Cerro Gordo Jr-Sr High School | Cerro Gordo CUSD 100 |
| Downers Grove South High School | CHSD 99 |
| Lake Forest High School | Lake Forest CHSD 115 |
| Oregon High School | Oregon CUSD 220 |
| Plainfield South High School | Plainfield CCSD 202 |
| Polo Community High School | Polo CUSD |
| St. Charles East High School | Saint Charles CUSD 303 |

---

[1] CUSD stands for Community Unit School District; CHSD stands for Community High School District; CCSD stands for Community Consolidated School District.

## Indiana

| School | School District |
|---|---|
| Delta High School | Delaware Community School Corporation |
| North Side High School | Fort Wayne Community Schools |

## Louisiana

| School | School District |
|---|---|
| University of Louisiana at Lafayette-University Connections | N/A |

## Massachusetts

| School | School District |
|---|---|
| Braintree High School | Braintree Public Schools |
| Greater New Bedford Regional Vocational Technical High School | Greater New Bedford Regional Vocational Technical High School District |

## Michigan

| School | School District |
|---|---|
| Oxford Virtual Academy | Oxford Community Schools |
| Troy High School | Troy School District |

## Minnesota

| School | School District |
|---|---|
| Blaine High School | Anoka-Hennepin Schools |
| Valley Middle School of STEM | ISD 196 Rosemount-Apple Valley-Eagan |
| Robbinsdale Virtual Academy | Robbinsdale Area Schools |
| West Wood Intermediate and Middle School | Spring Lake Park Schools |

## Missouri

| School | School District |
|---|---|
| Liberty North High School | Liberty Public Schools |

## Montana

| School | School District |
|---|---|
| Helena High School | Helena Public Schools |

## North Carolina

| School | School District |
|---|---|
| Kings Mountain High | Cleveland County Schools |
| First Flight High School | Dare County Schools |
| Watauga High School | Watauga County Schools |

## North Dakota

| School | School District |
|---|---|
| Red River High School | Grand Forks Public Schools |

## New Jersey

| School | School District |
|---|---|
| County Prep High School | Hudson County Schools of Technology |
| Morris Knolls High School | Morris Hills Regional District |

## Nevada

| School | School District |
|---|---|
| Centennial High School | Clark County School District |
| Coronado High School | Clark County School District |

## New York

| School | School District |
|---|---|
| Horace Greeley High School | Chappaqua Central School District |
| Eastport-South Manor Junior-Senior High School | Eastport-South Manor Central School District |

## Ohio

| School | School District |
|---|---|
| Covington High School | Covington Exempted Village Schools |
| Ottawa-Glandorf High School | Ottawa-Glandorf Local School District |

## Oklahoma

| School | School District |
|---|---|
| Enid High School | Enid Public Schools |

### Pennsylvania

| School | School District |
|---|---|
| North East High School | North East School District |

### South Carolina

| School | School District |
|---|---|
| Lexington High School | Lexington One "L1" |

### Tennessee

| School | School District |
|---|---|
| Brainerd High School | Hamilton County Schools |

### Texas

| School | School District |
|---|---|
| Borger High School | Borger ISD |
| Reedy High School | Frisco ISD |
| Harlingen Collegiate High School | Harlingen CISD |
| Klein Oak High School | Klein ISD |
| Lovejoy High School | Lovejoy ISD |
| Brooks Wester Middle School | Mansfield ISD |
| Round Rock High School | Round Rock ISD |
| Lynn Lucas Middle School | Willis ISD |

### Utah

| School | School District |
|---|---|
| Herriman High School | Jordan School District |
| Mountain Ridge High | Jordan School District |
| Brigham Young University Online High School | N/A |

### Virginia

| School | School District |
|---|---|
| Gloucester High School | Gloucester County Public Schools |
| Glen Allen High School | Henrico County Public Schools |
| Battlefield High School | Prince William County Public Schools |

## Washington (State)

| School | School District |
|---|---|
| Moses Lake High School | Moses Lake School District |

## Wisconsin

| School | School District |
|---|---|
| Benton High School | Benton School District |
| Oshkosh West High School | Oshkosh Area School District |