IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, *ET AL.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | Civil Action No. 5:24-cv-04041-JWB-ADM |
| UNITED STATES DEPARTMENT OF EDUCATION, *ET AL.* | § § § § | |
| *Defendants*. | § | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.1(f), Plaintiffs write to inform the Court of a decision in a related case, *Tennessee v. Cardona*, No. 2:24-cv-00072 (E.D. Ky.), which also challenges the Rule at issue here, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 89 Fed. Reg. 33474 (Apr. 29, 2024).

On January 9, 2025, the Eastern District of Kentucky entered an order vacating the Rule. The memorandum and order, attached as Exhibits A and B, reinforce Plaintiffs' arguments that the Rule is unlawful. Specifically, the court found the Rule (1) exceeds DoEd's statutory authority, (2) violates the First Amendment and Spending Clause of the Constitution, and (3) is arbitrary and capricious. *See* Ex. A at 1, 4–14; Ex. B at 1-2. Because Plaintiffs argue that the Rule is unlawful for these same or similar reasons, *see* ECF 79 at 9-12, 17-30, 30-35, the *Tennessee* decision confirms that summary judgment in favor of Plaintiffs is proper. And the *Tennessee* district court's vacatur of the entire Rule, Ex. A at 12, further confirms that the Rule cannot be

severed, should be vacated in its entirety, and relief should not be limited to the parties, *see* ECF 79 at 35; 93 at 28-37.

Plaintiffs further note that the *Tennessee* decision does not moot this case. Unless and until the *Tennessee* judgment becomes final and unappealable, Plaintiffs have no assurance that the vacatur will remain in effect, and there is a present controversy between the parties.

Respectfully submitted,

KRIS W. KOBACH
**Attorney General of Kansas**

/s/      *Erin B. Gaide*
Abhishek S. Kambli, 29788
Deputy Attorney General
Erin B. Gaide, 29691
Assistant Attorney General
Jay Rodriguez, 29172
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: abhishek.kambli@ag.ks.gov
          erin.gaide@ag.ks.gov
          jay.rodriguez@ag.ks.gov

2