IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| STATE OF KANSAS, *ET AL.*, § § *Plaintiffs*, § § v. § § UNITED STATES DEPARTMENT OF § EDUCATION, *ET AL.* § § *Defendants*. § § | Civil Action No. 5:24-cv-04041-JWB-ADM |

NOTICE OF WITHDRAWAL

Erin Gaide, Assistant Attorney General, and in accordance with D. Kan. Rule 83.5.5(b), respectfully notifies the Court and the parties of the withdrawal of Ahbishek S. Kambli, Deputy Attorney General, as counsel of record for State of Kansas.

The Court and parties are further notified that Erin Gaide and James Rodriguez will continue to represent State of Kansas in this matter.

Respectfully submitted,

KRIS W. KOBACH
**Attorney General of Kansas**

/s/   *Erin B. Gaide*
Erin B. Gaide, 29691
Assistant Attorney General
Jay Rodriguez, 29172
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Fax: (785) 291-3767
Email: erin.gaide@ag.ks.gov

jay.rodriguez@ag.ks.gov

/s/ *Abhishek S. Kambli*
Abhishek S. Kambli, 29788