**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

**March 13, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| STATE OF KANSAS; STATE OF ALASKA; STATE OF UTAH; STATE OF WYOMING; SHAWNA ROWLAND, as mother on behalf of K.R., a minor; MOMS FOR LIBERTY; YOUNG AMERICA'S FOUNDATION; FEMALE ATHLETES UNITED, | |
| Plaintiffs - Appellees, | |
| v. | No. 24-3097 |
| | (D.C. No. 5:24-CV-04041-JWB-ADM) |
| UNITED STATES DEPARTMENT OF EDUCATION; DENISE L. CARTER, Acting United States Secretary of Education, in her official capacity; UNITED STATES  DEPARTMENT OF JUSTICE; PAMELA J. BONDI, United States Attorney General, in her  official capacity, | (D. Kan.) |
| Defendants - Appellants. | |

------------------------------

FLOYD ABRAMS; VINCENT BLASI; LEE BOLLINGER; ERWIN CHEMERINSKY; GENEVIEVE LAKIER; AMANDA SHANOR; GEOFFREY STONE; LAURA WEINRIB; BEND THE ARC: A JEWISH PARTNERSHIP FOR JUSTICE; CENTRAL CONFERENCE OF AMERICAN RABBIS; EQUALITY CALIFORNIA; FORGE, INC.; GLSEN; IF/WHEN/HOW: LAWYERING FOR REPRODUCTIVE JUSTICE; MEN OF REFORM JUDAISM; NATIONAL

ASSOCIATION OF SOCIAL WORKERS;
NATIONAL NETWORK TO END
DOMESTIC VIOLENCE; PEOPLE FOR
THE AMERICAN WAY; PLANNED
PARENTHOOD FEDERATION OF
AMERICA; PUBLIC COUNSEL;
REPROACTION; SIECUS: SEX ED FOR
SOCIAL CHANGE; SISTERREACH;
SISTERREACH ILLINOIS; THE
TREVOR PROJECT; THE WOMXN
PROJECT; TOM HOMANN LGBTQ+
LAW ASSOCIATION; UNION FOR
REFORM JUDAISM; VIRGINIA
SEXUAL AND DOMESTIC VIOLENCE
ACTION ALLIANCE; WOMEN OF
REFORM JUDAISM; WOMENS BAR
ASSOCIATION OF THE DISTRICT OF
COLUMBIA; WOMENS LAW
PROJECT; JUSTICE + JOY NATIONAL
COLLABORATIVE; MOMMIES IN THE
D; GENERATION HOPE; U.S.
BREASTFEEDING COMMITTEE;
NATIONAL NURSE-LED CARE
CONSORTIUM; STATE OF NEW
JERSEY; STATE OF CALIFORNIA;
STATE OF PENNSYLVANIA; STATE
OF COLORADO; STATE OF
CONNECTICUT; STATE OF
DELAWARE; DISTRICT OF
COLUMBIA; STATE OF HAWAII;
STATE OF ILLINOIS; STATE OF
MAINE; STATE OF MARYLAND;
STATE OF MASSACHUSETTS; STATE
OF MICHIGAN; STATE OF
MINNESOTA; STATE OF NEVADA;
STATE OF NEW YORK; STATE OF
OREGON; STATE OF RHODE ISLAND;
STATE OF VERMONT; STATE OF
WASHINGTON; STATE OF
WISCONSIN; KEVIN BARRY; MAXINE
EICHNER; KATIE EYER; HOLNING
LAU; NAOMI SCHOENBAUM; BRIAN
SOUCEK; DEBORAH WIDISS; EZRA

2

ISHMAEL YOUNG; NATIONAL
WOMEN'S LAW CENTER; WOMEN'S
LIBERATION FRONT; INDEPENDENT
WOMEN'S LAW CENTER; WOMEN'S
DECLARATION INTERNATIONAL
USA; CONCERNED WOMEN FOR
AMERICA; ADVANCING AMERICAN
FREEDOM, INC.; AFA ACTION; AMAC
ACTION; AMERICAN ASSOCIATION
OF SENIOR CITIZENS; AMERICAN
HINDU COALITION; AMERICAN
PRINCIPLES PROJECT; AMERICAN
VALUES; ASSOCIATION OF MATURE
AMERICAN CITIZENS; SHAWNNA
BOLICK, Arizona State Senator, District 2;
CATHOLICS COUNT; CENTER FOR
POLITICAL RENEWAL; CENTER FOR
URBAN RENEWAL AND EDUCATION,
(CURE); COALITION FOR JEWISH
VALUES; EAGLE FORUM; FAMILY
INSTITUTE OF CONNECTICUT;
CHARLIE GEROW; GRASSROOTS
AMERICA - WE THE PEOPLE PAC;
JAY D. HOMNICK, Senior Fellow,
Project Sentinel; IDAHO FREEDOM
ACTION; IDAHO FREEDOM
FOUNDATION; INTERNATIONAL
CONFERENCE OF EVANGELICAL
CHAPLAIN ENDORSERS;
JCCWATCH.ORG; TIM JONES, Former
Speaker, Missouri House, Chairman,
Missouri Center-Right Coalition;
GERARD KASSAR, State Chairman, NYS
Conservative Party; LAND CENTER FOR
CULTURAL ENGAGEMENT;
MARYLAND FAMILY INSTITUTE;
MEN AND WOMEN FOR A
REPRESENTATIVE DEMOCRACY IN
AMERICA, INC.; NATIONAL
APOSTOLIC CHRISTIAN LEADERSHIP
CONFERENCE; NATIONAL CENTER
FOR PUBLIC POLICY RESEARCH;
NATIONAL ORGANIZATION FOR

3

MARRIAGE; NATIONAL RELIGIOUS
BROADCASTERS; NEW JERSEY
FAMILY FOUNDATION; NORTH
CAROLINA VALUES COALITION;
ORTHODOX JEWISH CHAMBER OF
COMMERCE; MELISSA ORTIZ,
Principal & Founder, Capability
Consulting; PENNSYLVANIA EAGLE
FORUM; PROJECT 21 BLACK
LEADERSHIP NETWORK; RIO
GRANDE FOUNDATION;
ROUGHRIDER INSTITUTE; 60 PLUS
ASSOCIATION; PAUL STAM, Former
Speaker Pro Tempore, North Carolina
House of Representatives; STAND FOR
GEORGIA VALUES ACTION;
STUDENTS FOR LIFE ACTION;
STUDENTS FOR LIFE OF AMERICA;
TEA PARTY PATRIOTS ACTION, INC.;
THE FAMILY FOUNDATION
(VIRGINIA); WISCONSIN FAMILY
ACTION, INC.; WOMEN FOR
DEMOCRACY IN AMERICA, INC.;
YOUNG CONSERVATIVES OF TEXAS;
STATE OF ALABAMA; STATE OF
ARKANSAS; STATE OF FLORIDA;
STATE OF GEORGIA; STATE OF
IDAHO; STATE OF INDIANA; STATE
OF IOWA; STATE OF KENTUCKY;
STATE OF LOUISIANA; STATE OF
MISSISSIPPI; STATE OF MISSOURI;
STATE OF MONTANA; STATE OF
NEBRASKA; STATE OF NEW
HAMPSHIRE; STATE OF NORTH
DAKOTA; STATE OF OHIO; STATE OF
OKLAHOMA; STATE OF SOUTH
CAROLINA; STATE OF SOUTH
DAKOTA; STATE OF TENNESSEE;
STATE OF TEXAS; STATE OF
VIRGINIA; STATE OF WEST
VIRGINIA; BRENT ELLIS, President of
Spring Arbor University; DR. STEPHEN
CRANNEY; BILLY BURLEIGH;

4

KATHY GRANCE DUNCAN;
MANHATTAN INSTITUTE; LAURA
PERRY SMALTS; JANE SMITH;
CENTER FOR RELIGION, CULTURE,
AND DEMOCRACY; ADAM
MACLEOD; ADELINE ALLEN; OWEN
ANDERSON; HUNTER BAKER;
JORDAN BALLOR; FRANCIS J.
BECKWITH; HONORABLE JOHN G.
BROWNING; PATRICK M. GARRY;
GIFFORD GROBIEN; MARK DAVID
HALL; NICHOLAS HIGGINS; JASON
JEWELL; BETHANY KILCREASE;
JOSEPH M. KNIPPENBERG; MORGAN
MARIETTA; MELISSA MATHES;
MICAH MATTIX; WILFRED M.
MCCLAY; GERALD R. MCDERMOTT,
Ph. D.; ALLEN MENDENHALL;
CATHERINE R. PAKALUK, Ph. D.;
JAMES PATTERSON; PETER SCAER;
JEFF SHAFER; LUKE SHEAHAN;
GARY L. STEWARD; KEVIN VALLER;
MICAH WATSON; JOHN D. WILSEY;
JACOB WOLF; AMERICA FIRST
LEGAL FOUNDATION; CHILD &
PARENTAL RIGHTS CAMPAIGN, INC.;
PROFESSOR GERALD V. BRADLEY;
JANE DOE; DEFENSE OF FREEDOM
INSTITUTE FOR POLICY STUDIES;
KENNETH DORMER; MAURICE H.
LAUGHLIN; DAVID HORTON;
AMERICA'S FUTURE; PUBLIC
ADVOCATE OF THE UNITED STATES;
U.S. CONSTITUTIONAL RIGHTS
LEGAL DEFENSE FUND;
FITZGERALD GRIFFIN FOUNDATION;
LONANG INSTITUTE; RESTORING
LIBERTY ACTION COMMITTEE;
CONSERVATIVE LEGAL DEFENSE
AND EDUCATION FUND; AMERICAN
CIVIL RIGHTS PROJECT, AKA ACR
Project; FOUNDATION FOR MORAL
LAW; INDEPENDENT COUNCIL ON

WOMEN'S SPORTS AND 135 FEMALE
ATHLETES, COACHES, SPORTS
OFFICIALS, AND PARENTS OF
FEMALE ATHLETES,

     Amici Curiae.

---

## ORDER

---

The stipulation filed by the parties to dismiss the captioned appeal is granted. *See*

Fed. R. App. P. 42(b)(1). Each party shall bear its own costs.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk