**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

STATE OF KANSAS *et al.*,

     *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
EDUCATION *et al.*,

     *Defendants*.

No. 24-4041-JWB

**JOINT STIPULATION TO DISMISS**

The parties submit this joint stipulation to dismiss pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) without prejudice with each party to bear its own attorneys' fees and

costs.

1.     On April 29, 2024, the Department of Education issued a Rule titled

Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal

Financial Assistance, 89 Fed. Reg. 33,474 (Apr. 29, 2024) (the "Rule").

2.     Plaintiffs filed their complaint on May 14, 2024. ECF No. 1. Plaintiffs moved for a

stay or preliminary injunction on May 24, 2024, *see* ECF No. 24, which was granted on July 2,

2024, *see* ECF No. 54.

3.     Subsequently, the Final Rule was vacated in its entirety by two district courts

following summary judgment briefing. *See* Mem. Op. *Tennessee v. Cardona*, No. 2:24-072-DCR

(E.D. Ky. Jan. 9, 2025), ECF No. 143; *see* Order, *Carroll Ind. Sch. Dist. v. U.S. Dep't of Educ.*

("*Carroll ISD*"), No. 4:24-cv-00461-O (N.D. Tex. Feb. 19, 2025), ECF No. 86.

4.      On March 21, 2025, this Court issued an Order "to show cause why this action should not be dismissed as moot or, at a minimum, why the pending motions should not be denied without prejudice to refiling." *See* ECF No. 106. In response, the parties agreed that the action was not moot because third parties moved to intervene in both *Carroll ISD* and *Tennessee. See* ECF No. 107 & 108; *see* Motion to Intervene by A Better Balance, *Carroll Indep. Sch. Dist. v. U.S. Dep't of Educ.*, No. 4:24-cv-461 (N.D. Tex. Mar. 26, 2025), ECF No. 91; Motion to Intervene by Victims Right Law Center, *Tennessee v. Cardona*, No. 2:24-072-DCR (E.D. Ky. Feb. 28, 2025), ECF No. 152; Motion to Intervene by A Better Balance, *Tennessee v. Cardona*, No. 2:24-072-DCR (E.D. Ky. Feb. 26, 2025); ECF No. 164; Motion to Intervene by Victims Right Law Center, Jane Doe, *Tennessee v. Cardona*, No. 2:24-072-DCR (E.D. Ky. Feb. 28, 2025).

5.      This Court denied the pending motions for judgment without prejudice to refiling and directed the parties to file a joint status report by June 25, 2025. ECF No. 109.

6.      On June 25, 2025, the parties filed a joint status report informing the Court that, at the time of the filing, "there ha[d] been no material change in the status of either the *Tennessee* or *Carroll ISD* cases relative to the mootness of the action before this Court," ECF No. 111 at 2, and that "for the reasons discussed at more length in their responses to the Court's Order to Show Cause, this action is not yet moot," *id.* at 3. The parties "jointly agree[d] to a stay of this action pending resolution of the intervenors' appeals before the Fifth and/or Sixth Circuits" and "file a status report with the Court within thirty days of an order resolving either of the intervenors' appeals." *Id.*

7.      The district courts in both *Carroll ISD* and *Tennessee* denied intervention by the proposed intervenors. *Tennessee v. Cardona*, 2026 WL 524773 (E.D. Ky. Feb. 25); *Carroll Indep. Sch. Dist. v. U.S. Dep't of Educ.*, 2025 WL 1782571 (N.D. Tex. May 15). Subsequent appeals by

the proposed intervenors in *Tennessee* and *Carroll ISD* have both been dismissed. *See* CA6-Doc. 52, *Tennessee v. Cardona*, No. 25-5205 (May 13, 2026); CA5-Doc. 220, *Carroll Indep. Sch. Dist. v. U.S. Dep't of Educ*, No. 25-10651 (May 19, 2026). As such, the parties maintain that the at-issue case is now moot warranting dismissal.

9.      In lieu of a joint status report, the parties file the instant joint stipulation to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 11, 2026                                   Respectfully submitted,

                                                      BRETT A. SHUMATE
                                                      Assistant Attorney General
                                                      Civil Division

                                                      DIANE KELLEHER
                                                      Branch Director

                                                      */s/ Pardis Gheibi*
                                                      PARDIS GHEIBI
                                                      Trial Attorney
                                                      United States Department of Justice
                                                      Civil Division, Federal Programs
                                                      Branch
                                                      1100 L Street NW
                                                      Washington, DC 20005
                                                      Phone: 202-305-3246
                                                      E-mail: pardis.gheibi@usdoj.gov

                                                      *Counsel for Defendants*

CORI MILLS
Acting Attorney General of Alaska

/s/ Cori Mills
Cori Mills*
Acting Attorney General
ALASKA DEPARTMENT OF LAW
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
(907) 465-4239
(515) 281-4209 (fax)
cori.mills@alaska.gov

*Counsel for Plaintiff State of Alaska*

SEAN REYES
Attorney General of Utah

/s/ Lance F. Sorenson
Lance F. Sorenson*
Assistant Utah Attorney General
UTAH ATTORNEY GENERAL
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0100
lancesorenson@agutah.gov

*Counsel for Plaintiff State of Utah*

KRIS W. KOBACH
Attorney General of Kansas

/s/ James Rodriguez
James Rodriguez, No. 29172
Deputy Attorney General
120 SW 10th Avenue, 2d Floor
Topeka, Kansas 66612-1597
Phone: (785) 260-3960
Fax: (785) 291-3767
Email: jay.rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

KEITH G. KAUTZ
Attorney General of Wyoming

/s/ Ryan Schelhaas
Ryan Schelhaas*
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786 Direct line
(307) 777-6869 Fax
ryan.schelhaas@wyo.gov

*Counsel for Plaintiff State of Wyoming*

/s/ *Kimberly S. Hermann*
Kimberly S. Hermann*
Ga. Bar No. 646473
Jordan R. Miller*
Michigan Bar No. P81467
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Tel: (770) 977-2131
khermann@southeasternlegal.org
jmiller@southeasternlegal.org

/s/ *William E. Trachman*
William E. Trachman*
James L. Kerwin*
MOUNTAIN STATES LEGAL
FOUNDATION
2596 South Lewis Way
Lakewood, CO 80227
Phone: (303) 292-2021
wtrachman@mslegal.org
jkerwin@mslegal.org

*Counsel for Plaintiffs Young America's Foundation and Moms for Liberty*

/s/ *Natalie D. Thompson*
Natalie D. Thompson*
TX Bar No. 24088529
Alliance Defending Freedom
7250 Dallas Parkway, Suite 700
Plano, Texas 75024
(469) 894-8700
nthompson@ADFlegal.org

Tyson C. Langhofer
Kansas Bar No. 19241
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
(571) 707-2119
(571) 707-4790 Fax
tlanghofer@ADFlegal.org

Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W. Frampton, IV*
South Carolina Bar No. 75314
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

*Counsel for Plaintiffs K.R. and FAU*

*Pro Hac Vice